AKIN GUMP STRAUSS HAUER & FELD LLP
Dean L. Chapman Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1001

*Special Litigation Counsel to Debtors and Plaintiff Celsius Network Limited*

**UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>Plaintiff,<br>v.<br><br>STAKEHOUND SA,<br><br>Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Dean L. Chapman Jr. of Akin Gump Strauss Hauer & Feld LLP with offices located One Bryant Park, New York, NY 10036, hereby appears on behalf of Debtors and Plaintiff Celsius Network Limited ("<u>CNL</u>") in the above-captioned adversary proceeding, and requests that all papers be served upon the undersigned.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Dated: New York, NY<br>June 12, 2023 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: */s/ Dean L. Chapman Jr.*<br>     Dean L. Chapman Jr.<br>     One Bryant Park<br>     New York, NY 10036<br>     Telephone:  (212) 872-8095<br>     Facsimile:   (212) 872-1002<br>     dchapman@akingump.com<br><br>     *Special Litigation Counsel for Debtors and*<br>     *Plaintiff Celsius Network Limited* |