AKIN GUMP STRAUSS HAUER & FELD LLP
Nicholas R. Lombardi
2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES DISTRICT BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>       Plaintiff,<br>  v.<br><br>STAKEHOUND SA,<br><br>       Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

## **MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

   I, Nicholas R. Lombardi, request admission *pro hac vice* before the Honorable Martin Glenn, to represent Debtors and Plaintiff Celsius Network Limited in the above-referenced adversary proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

I certify that I am a member in good standing of the State Bar of New York, the State Bar of Texas, and the District of Columbia Bar.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated: Dallas, Texas<br>July 12, 2023 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: */s/ Nicholas R. Lombardi*<br>Nicholas R. Lombardi<br>2300 N. Field Street<br>Suite 1800<br>Dallas, Texas 75201<br>Telephone:   (214) 969-2800<br>Facsimile:   (214) 969-4343<br>nlombardi@akingump.com<br><br>*Special Litigation Counsel for Debtors and Plaintiff Celsius Network Limited* |

AKIN GUMP STRAUSS HAUER & FELD LLP
Nicholas R. Lombardi
2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Special Litigation Counsel to Debtors and Plaintiff Celsius Network Limited*

**UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br>　　　　　　　　　　　Plaintiff,<br>　　　　v.<br>STAKEHOUND SA,<br>　　　　　　　　　　　Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Nicholas R. Lombardi, to be admitted *pro hac vice*, to represent Debtors and Plaintiff Celsius Network Limited in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the State Bar of New York, the State Bar of Texas, and the District of Columbia Bar, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

**ORDERED,** that Nicholas R. Lombardi, Esq. is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent Debtors and Plaintiff Celsius Network Limited in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____          _____
New York, New York                       THE HONORABLE MARTIN GLENN
                                         CHIEF UNITED STATES BANKRUPTCY JUDGE