AKIN GUMP STRAUSS HAUER & FELD LLP
Elizabeth D. Scott
2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES DISTRICT BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>STAKEHOUND SA,<br><br>　　　　　　　　Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

　　　I, Elizabeth D. Scott, request admission *pro hac vice* before the Honorable Martin Glenn, to represent Debtors and Plaintiff Celsius Network Limited in the above-referenced adversary proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

I certify that I am a member in good standing of the State Bar of Texas, the bar of the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court of the Southern District of Texas, the United States District Court for the Western District of Texas, the United States District Court of Appeals for the Second Circuit and the United States Court of Appeals for the Fifth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Dallas, Texas  
July 12, 2023

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Elizabeth D. Scott*  
Elizabeth D. Scott  
2300 N. Field Street  
Suite 1800  
Dallas, Texas 75201  
Telephone:  (214) 969-2800  
Facsimile:  (214) 969-4343  
edscott@akingump.com

*Special Litigation Counsel for Debtors and Plaintiff Celsius Network Limited*

AKIN GUMP STRAUSS HAUER & FELD LLP
Elizabeth D. Scott
2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Special Litigation Counsel to Debtors and Plaintiff Celsius Network Limited*

**UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br>　　　　　　　　　　Plaintiff,<br>　　　　v.<br>STAKEHOUND SA,<br>　　　　　　　　　　Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Elizabeth D. Scott, to be admitted *pro hac vice*, to represent Debtors and Plaintiff Celsius Network Limited in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the State Bar of Texas, the bar of the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court of the Southern District

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

of Texas, the United States District Court for the Western District of Texas, the United States District Court of Appeals for the Second Circuit and the United States Court of Appeals for the Fifth Circuit, it is hereby

**ORDERED,** that Elizabeth D. Scott, Esq. is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent Debtors and Plaintiff Celsius Network Limited in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____  _____
New York, New York          THE HONORABLE MARTIN GLENN
                            CHIEF UNITED STATES BANKRUPTCY JUDGE