UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br>                          Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br>                          Plaintiff,<br>                v.<br>STAKEHOUND SA,<br>                          Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Elizabeth D. Scott, to be admitted *pro hac vice*, to represent Debtors and Plaintiff Celsius Network Limited in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the State Bar of Texas, the bar of the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court of the Southern District of Texas, the United States District Court for the Western District of Texas, the United States District Court of Appeals for the Second Circuit and the United States Court of Appeals for the Fifth Circuit, it is hereby

**ORDERED,** that Elizabeth D. Scott, Esq. is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent Debtors and Plaintiff Celsius Network

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

Limited in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 13, 2023                     _____/s/Martin Glenn_____
      New York, New York             THE HONORABLE MARTIN GLENN
                                         CHIEF UNITED STATES BANKRUPTCY JUDGE