AKIN GUMP STRAUSS HAUER & FELD LLP
Elizabeth D. Scott
2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Special Litigation Counsel to Debtors and Plaintiff Celsius Network Limited*

**UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>                Plaintiff,<br>    v.<br>STAKEHOUND SA,<br><br>                Defendant. | Adversary Proceeding<br><br>No. 23-01138 (MG) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth D. Scott, admitted *pro hac vice* by Order dated July 13, 2023, of Akin Gump Strauss Hauer & Feld LLP with offices located 2300 N. Field Street, Dallas, Texas 75201, hereby appears on behalf of Debtors and Plaintiff Celsius Network Limited

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

("CNL") in the above-captioned adversary proceeding, and requests that all papers be served upon the undersigned.

Dated: Dallas, Texas
July 17, 2023

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Elizabeth D. Scott
    Elizabeth D. Scott
    2300 N. Field Street
    Suite 1800
    Dallas, Texas 75201
    Telephone: (214) 969-2800
    Facsimile: (214) 969-4343
    edscott@akingump.com

*Special Litigation Counsel for Debtors and Plaintiff Celsius Network Limited*