# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |
| | |
| CELSIUS NETWORK LIMITED, | |
| Plaintiff, | Adversary Proceeding No. 23-01138 (MG) |
| v. | |
| STAKEHOUND SA, | |
| Defendant. | |

**ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT STAKEHOUND SA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

On the motion (the "Motion") of plaintiff Celsius Network Limited ("Celsius") for leave to serve defendant StakeHound SA ("StakeHound") by alternative means pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure ("Federal Rules") made applicable to this adversary proceeding by Rule 7004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and for the reasons stated on the record during a hearing in this case held on ●, it is hereby

**ORDERED THAT:**

1. The Motion is granted in its entirety, and all objections thereto are hereby overruled.

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2. Plaintiff Celsius is hereby authorized pursuant to Federal Rule 4(f)(3) and Bankruptcy Rule 7004 to effect service on the Defendant in this case, including, without limitation, of the summons with notice and complaint in this adversary proceeding, by emailing copies of the papers to be served to StakeHound's CEO at albert@stakehound.com, StakeHound's U.S. counsel at swickouski@lockelord.com, StakeHound's U.K. counsel at acarter-silk@keystonelaw.co.uk and StakeHound's Swiss counsel at Stefan.Leimgruber@swlegal.ch, Benjamin.Gottlieb@swlegal.ch and Nadine.Wipf@swlegal.ch, and that such service shall be effective upon sending, and that this shall constitute all service that is required under the Federal Rules and the Bankruptcy Rules.

3. Plaintiff shall file a certificate of service consistent with the foregoing.

4. Pursuant to Bankruptcy Rule 7012, the Court prescribes that the Defendant must serve an answer or responsive pleading within 21 days of being served with the summons and complaint pursuant to paragraph 2 hereof.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such motion, and the Federal Rules, Bankruptcy Rules and Local Bankruptcy Rules are satisfied by such notice.

6. This Court shall retain exclusive jurisdiction with respect to the interpretation and enforcement of this order.

**IT IS SO ORDERED.**

Dated:   ●, 2023
         New York, New York

                                                    _____
                                                    Hon. Martin Glenn
                                                    Chief United States Bankruptcy Judge