**Hearing Date: August 2, 2023, at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: July 26, 2023, at 4:00 p.m. (prevailing Eastern Time)**

Mitchell P. Hurley
Dean L. Chapman Jr.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
mhurley@akingump.com
dchapman@akingump.com

Elizabeth D. Scott (admitted *pro hac vice*)
Nicholas R. Lombardi (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
edscott@akingump.com
nlombardi@akingump.com

*Special Litigation Counsel for Debtors and*
*Plaintiff Celsius Network Limited*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |
| CELSIUS NETWORK LIMITED, | |
| Plaintiff, | Adversary Proceeding |
| v. | No. 23-01138 (MG) |
| STAKEHOUND SA, | |
| Defendant. | |

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**NOTICE OF PLAINTIFF CELSIUS NETWORK LIMITED'S MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE ON DEFENDANT STAKEHOUND SA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

**PLEASE TAKE NOTICE** that Celsius Network Limited ("Celsius"), plaintiff in the above-captioned adversary proceeding, filed the *Plaintiff Celsius Network Limited's Motion for an Order Authorizing Alternative Service on Defendant StakeHound SA Pursuant to Federal Rule of Civil Procedure 4(f)(3)* (the "Motion"), seeking entry of an order authorizing Celsius to effect service via alternative means pursuant to Federal Rule of Civil Procedure 4(f), made applicable to this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7004.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge (the "Court") on **Wednesday, August 2, 2023 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that at the direction of the Court, **this Hearing will take place in a hybrid fashion both in person and via Zoom for Government.** Those wishing to participate in the Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. eCourtAppearances

2

need to be made **by 4:00 p.m. (prevailing Eastern Time), the business day before the Hearing (*i.e.*, on Tuesday, August 1, 2023).**

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing remotely must connect to the Hearing beginning at least one hour prior to the scheduled start time of the Hearing. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing.  Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing.  When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect.  Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourt Appearance.  Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.  Additional information concerning how to participate in the Hearing is available in the Court's Zoom Video Hearing Guide, available at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that a copy of the pleadings filed in these chapter 11 cases and adversary proceedings may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of the pleading filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

3

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion (the "Objections") shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York; (iii) be filed with the Bankruptcy Court, together with proof of service, electronically, on the docket of *Celsius Network Limited v. StakeHound SA*, Adv. Proc. No. No. 23-01138-mg by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (iv) be served in accordance with the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [ECF No. 2560] (the "Case Management Order"), so as to be filed and received no later than **July 26, 2023, at 4:00 p.m. (prevailing Eastern Time)**, to (1) the entities on the Master Service List (as defined in the Case Management Order and available on the case website of the Debtors at https://cases.stretto.com/celsius) and (2) any person or entity with a particularized interest in the subject matter of the Motion.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. The relief requested herein may be granted, pursuant to Local Rule 9074-1(b)(1)(K), without a hearing if no objection is timely filed and served in accordance with the Case Management Order.

Dated:  July 19, 2023
        New York, New York

          AKIN GUMP STRAUSS HAUER & FELD LLP

          By:  */s/ Mitchell P. Hurley*
               Mitchell P. Hurley
               Dean L. Chapman Jr.
               One Bryant Park
               New York, New York 10036
               Telephone: (212) 872-1000
               Facsimile: (212) 872-1002
               mhurley@akingump.com
               dchapman@akingump.com

               Elizabeth D. Scott (admitted *pro hac vice*)
               Nicholas R. Lombardi (admitted *pro hac vice*)
               2300 N. Field Street, Suite 1800
               Dallas, TX 75201
               Telephone: (214) 969-2800
               Facsimile: (214) 969-4343
               edscott@akingump.com
               nlombardi@akingump.com

               *Special Litigation Counsel for Debtors and Plaintiff Celsius Network Limited*