# EXHIBIT F

**Stanley, Michael**

| | |
|---|---|
| **From:** | Alexander Carter-Silk <acarter-silk@keystonelaw.co.uk> |
| **Sent:** | Tuesday, April 18, 2023 1:53 AM |
| **To:** | Stanley, Michael |
| **Cc:** | Hurley, Mitchell; Chapman, Dean |
| **Subject:** | RE: Celsius Network Limited et al. v. Jason Stone et al., Adversary Proceeding Number 22-001139 (MG) |

**EXTERNAL Email**

Dear Mr Stanley,
I acknowledge receipt of your letter, we will consider with our client and revert.

*Sincerely Alexander Carter-Silk*
Technology; Digital Commerce; Creative Industries
LINKED IN PROFILE

**Alexander Carter-Silk** | **Consultant Solicitor**
*Recognised by The Legal 500 2023 for Intellectual Property*

**t:** +44 (0)20 3319 3700 | **m:** +44 (0)7502 348153
48 Chancery Lane, London WC2A 1JF, United Kingdom





**REDACTED**

1