# EXHIBIT G

**Stanley, Michael**

| | |
|---|---|
| **From:** | Alexander Carter-Silk <acarter-silk@keystonelaw.co.uk> |
| **Sent:** | Wednesday, April 19, 2023 3:30 PM |
| **To:** | Hurley, Mitchell; Stanley, Michael |
| **Cc:** | Chapman, Dean; Claire Blewett |
| **Subject:** | Re: Celsius Network Limited et al. v. Jason Stone et al., Adversary Proceeding Number 22-001139 (MG) |

We anticipate being able to respond by Monday

Alexander Carter-Silk
Consultant
Keystone Law

**Alexander Carter-Silk** | **Consultant Solicitor**
*Recognised by The Legal 500 2023 for Intellectual Property*

**t:** +44 (0)20 3319 3700 | **m:** +44 (0)7502 348153
48 Chancery Lane, London WC2A 1JF, United Kingdom





---

**From:** Hurley, Mitchell <mhurley@AkinGump.com>
**Sent:** Wednesday, April 19, 2023 7:45:38 PM
**To:** Alexander Carter-Silk <acarter-silk@keystonelaw.co.uk>; Stanley, Michael <mstanley@akingump.com>
**Cc:** Chapman, Dean <dchapman@akingump.com>
**Subject:** RE: Celsius Network Limited et al. v. Jason Stone et al., Adversary Proceeding Number 22-001139 (MG)

Dear Mr. Carter-Silk:

Please advise when you will respond to the inquiries in our April 17, 2023 letter.  This matter is urgent, as you know.   We look forward to your reply.

Regards,

**Mitchell P. Hurley**
**Akin**

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.1011 | Internal: 31011
Fax: +1 212.872.1002 | mhurley@akingump.com | akingump.com | Bio

**REDACTED**