# EXHIBIT H

## Stanley, Michael

| | |
|---|---|
| **From:** | Alexander Carter-Silk <acarter-silk@keystonelaw.co.uk> |
| **Sent:** | Monday, April 24, 2023 12:04 PM |
| **To:** | Hurley, Mitchell; Stanley, Michael; Chapman, Dean |
| **Cc:** | Claire Blewett; Wipf Nadine; Leimgruber Stefan; Gottlieb Benjamin |
| **Subject:** | STAKEHOUND SA   vs CELSIUS NETWORK LIMITED |
| **Attachments:** | 2023.04.24 NOTICE OF ARBITRATION LETTER 4137-3311-2391 v.1.pdf |

Dear Mr Hurley,
Please find attached our formal notification that arbitration has been commenced in accordance with the Swiss Chamber of Commerce rules. In accordance with those rules the Arbitration Centre will serve the Notice on Your client. Our client's Swiss Counsel Schellenberg Wittmer will of course answer any reasonable questions and where appropriate provide copies of relevant documents. Our Colleagues in Switzerland have been copied in for convenience

Regards
Alexander Carter-Silk

**Alexander Carter-Silk** | **Consultant Solicitor**
*Recognised by The Legal 500 2023 for Intellectual Property*

**t:** +44 (0)20 3319 3700 | **m:** +44 (0)7502 348153
48 Chancery Lane, London WC2A 1JF, United Kingdom





**REDACTED**

1

# KEYSTONE LAW

48 Chancery Lane  
London WC2A 1JF  
United Kingdom

DX 193 Chancery Ln  
t +44 (0)20 3319 3700  
f +44 (0)845 458 9398

@keystone_law  
enquiries@keystonelaw.co.uk  
www.keystonelaw.co.uk

**By email: mhurley@akinhump.com**  
FAO: Mitchell P Hurley  
Akin Gump  
Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York, NY 10036  
USA

Your ref: Mitchell P Hurley  
Our ref: STA140.1

acarter-silk@keystonelaw.co.uk

24 April 2023

Dear Akin Gump,

**Staking Services Agreement**  
**StakeHound SA v Celsius Network Limited**

We write further to your letter dated 17 April 2023.

We note your client's persistent misplaced allegations and threats of dire consequences, including becoming embroiled in US litigation. All your allegations and threats are firmly rejected. In any event, the correct forum for the resolution of any dispute is the contractually agreed forum, namely Swiss arbitration.

In view of your client's continued attempts to bully our client into securing a resolution to which it is not entitled and to safeguard its own legal position, our client has initiated arbitration proceedings against your client. The Swiss Arbitration Centre will serve the relevant papers in due course.

We remain open and available to engage meaningfully in good faith negotiations to resolve the dispute between our respective clients.

Yours faithfully

*[signature]*

**Keystone Law Limited**

Keystone Law is a trading name of Keystone Law Limited, a company authorised and regulated by the Solicitors Regulation Authority with its registered office at First Floor, 48 Chancery Lane, London WC2A 1JF, United Kingdom. Company number: 4650763. VAT number: GB 200 7302 72. SRA number: 400999. A list of the directors is available for inspection at the registered office.