# EXHIBIT K

**REDACTED**

**From:** Alexander, Jasmine <Jasmine.Alexander@akingump.com>
**Sent:** Thursday, May 25, 2023 1:51 PM
**To:** centre@swissarbitration.org
**Cc:** shanaize.yahiaoui@swissarbitration.org; stefan.leimgruber@swlegal.ch; benjamin.gottlieb@swlegal.ch; nadine.wipf@swlegal.ch; Williams, Justin <williamsj@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Chapman, Dean <dchapman@akingump.com>
**Subject:** Case no. 300641-2023: Stakehound SA v Celsius Network Limited

Please find attached an Answer to Notice of Arbitration submitted by Celsius Network Limited to the Secretariat of the Arbitration Court of the Swiss Arbitration Centre in case no. 300641-2023 and pursuant to Article 4 of the Swiss Rules of International Arbitration.

Yours faithfully,
**Akin Gump LLP**

**Jasmine Alexander** | Associate
**Akin**

Akin Gump LLP | Eighth Floor | Ten Bishops Square | London E1 6EG | UK | Direct: +44 20.7661.5324 | Internal: 55324
Fax: +44 20.7012.9601 | jasmine.alexander@akingump.com | akingump.com | Bio
Pronouns: she/her/hers (What's this?)

1

**IN THE MATTER OF AN ARBITRATION UNDER
THE SWISS RULES OF INTERNATIONAL ARBITRATION**

CASE NO. 300641-2023

**B E T W E E N :**

STAKEHOUND SA (SWITZERLAND)

Claimant

And

CELSIUS NETWORK LIMITED (UNITED KINGDOM)

Respondent

---

### ANSWER TO NOTICE OF ARBITRATION

---

25 May 2023

Akin Gump Strauss Hauer & Feld LLP
Mitchell Hurley
Dean Chapman
Bank of America Tower,
1 Bryant Pk,
New York, NY 10036,
USA

Akin Gump LLP
Justin Williams
Bishops Square,
London E1 6EG,
UK

1. This Answer to Notice of Arbitration is submitted by Celsius Network Limited ("**Celsius**" or "**Respondent**") to the Secretariat of the Arbitration Court of the Swiss Arbitration Centre in case no. 300641-2023 and pursuant to Article 4 of the Swiss Rules of International Arbitration (the "**Swiss Rules**").

**The Respondent and its representatives**

2. The Respondent is a company incorporated in England. Its registered address is:

   The Harley Building
   77-79 New Cavendish Street
   W1W 8XB London
   United Kingdom

3. The Respondent is represented in this arbitration by:

   Akin Gump Strauss Hauer & Feld LLP
   Mitchell Hurley
   Dean Chapman
   Bank of America Tower,
   1 Bryant Pk,
   New York, NY 10036,
   USA

   Tel:    +1 212 872 1000
   E-Mail: mhurley@akingump.com
              dchapman@akingump.com

   Akin Gump LLP
   Justin Williams
   Bishops Square,
   London E1 6EG,
   UK

   Tel.: +442070129600
   Email: williamsj@akjingump.com

**Plea of lack of jurisdiction**

4. Celsius hereby raises a plea of lack of arbitral jurisdiction.

5. Celsius is a debtor in a pending bankruptcy case in the United States Bankruptcy Court for the Southern District of New York, namely Celsius Network Limited, Case No. 22-10966 (Bankr. S.D.N.Y.) (the "**Bankrupcy Proceeding**"). The filing of the petition in bankruptcy in that case was made on July 13, 2022, and under the United States Bankruptcy Code the filing of such a petition operates as an automatic stay of, among other things, the commencement of legal proceedings against the debtor and any act to exercise control over property of the debtor's estate (the "**Automatic Stay**"). *See generally* 11 U.S.C. § 362(a).

      The automatic stay applies extraterritorially, *see, e.g., In re Soundview Elite, Ltd.*, 503 B.R. 571, 584 & n.29 (Bankr. S.D.N.Y. 2014) and actions taken in violation of the Automatic Stay are void *ab initio* and without effect. *See In re Colonial Realty Co.*, 980 F.2d 125, 137 (2d Cir. 1992).

6.    Accordingly, the purported commencement, conduct and facilitation of the conduct of the present arbitration proceedings is in violation of the Automatic Stay, is in contempt and is void *ab initio* and without effect.

7.    Therefore, it is respectfully submitted that there is no arbitral jurisdiction. Alternatively, should the arbitral tribunal nevertheless find that it has jurisdiction (which is denied), it is respectfully submitted that it should exercise its power (including under Article 19 of the Swiss Rules) to stay the present arbitration pending determination of the Automatic Stay.

**Reservation**

8.    The filing of the present Answer is, and any steps that may be taken by Celsius pursuant to the same are, entirely without prejudice to the Respondent's challenge to arbitral jurisdiction and to its rights, all of which are fully reserved.

9.    The Respondent reserves (a) its position as to the claims and allegations contained in the Notice of Arbitration (none of which are hereby admitted) and (b) its right to amend and supplement its position as stated herein and otherwise, including (without limitation) to raise defenses to the claims asserted by the Claimant and to raise counterclaims.

25 May 2023

**Akin Gump Strauss Hauer & Feld LLP**
Mitchell Hurley
Dean Chapman
Bank of America Tower,
1 Bryant Pk,
New York, NY 10036,
USA

**Akin Gump LLP**
Justin Williams
Bishops Square,
London E1 6EG,
UK