# EXHIBIT M

**REDACTED**

**From:** Wickouski, Stephanie <swickouski@lockelord.com>
**Sent:** Thursday, July 6, 2023 12:35 PM
**To:** Hurley, Mitchell <mhurley@AkinGump.com>
**Cc:** Chapman, Dean <dchapman@akingump.com>
**Subject:** RE: Celsius/StakeHound

**EXTERNAL Email**

Mitchell,

Thank you for your email.  I will provide a further response once I have had a chance to discuss with StakeHound.

Stephanie

Stephanie Wickouski
Partner
Locke Lord LLP
200 Vesey Street, 20th Floor
New York NY 10281
212.912.2822

**REDACTED**

1