# EXHIBIT N

REDACTED

**From:** Gottlieb Benjamin <Benjamin.Gottlieb@swlegal.ch>
**Sent:** Monday, July 10, 2023 11:48 AM
**To:** Hurley, Mitchell <mhurley@AkinGump.com>; Chapman, Dean <dchapman@akingump.com>; Williams, Justin <williamsj@akingump.com>
**Cc:** Leimgruber Stefan <Stefan.Leimgruber@swlegal.ch>; Wipf Nadine <Nadine.Wipf@swlegal.ch>
**Subject:** Swiss Rules Case No. 300641-2023 [SWLE.tcV0]


**EXTERNAL Email**

Dear Mr Hurley,

We write in connection with Swiss Rules Case No. 300641-2023.

According to the Swiss Arbitration Centre's letter of 3 July 2023, the Court has decided that the arbitration shall proceed with all claims. Moreover, the Centre has noted that the parties failed to jointly designate the Sole Arbitrator within the applicable time limit and that the Court will thus proceed with the appointment.

We are of the view that it would be beneficial for both parties to have a say in who will hear their case. Accordingly, we would like to inquire if your client would be open to the joint nomination of the Sole Arbitrator and willing to discuss potential candidates, e.g. by applying some form of list procedure. If so, we propose to submit a joint request to the Court to set a new time limit for the Parties to jointly nominate a sole arbitrator.

Sincerely,
Benjamin Gottlieb

_____

**Benjamin Gottlieb**
Partner / Attorney at Law

**Schellenberg Wittmer Ltd** / Attorneys at Law
Löwenstrasse 19 / P.O. Box 2201 / 8021 Zurich / Switzerland
D +41 44 215 3405 / T +41 44 215 5252 / F +41 44 215 5200
www.swlegal.com



**Chambers & Partners 2023
Global / Europe Guide**

Recognized as a Leading Firm!

→    See more

This e-mail and any attachments are confidential and may be legally privileged. If you are not the intended recipient, please notify the sender immediately and destroy all copies. Thank you.