# EXHIBIT O

**REDACTED**

**From:** Hurley, Mitchell <mhurley@AkinGump.com>
**Sent:** Tuesday, July 11, 2023 10:18 PM
**To:** swickouski@lockelord.com
**Cc:** Chapman, Dean <dchapman@akingump.com>
**Subject:** Re: Celsius/StakeHound

Stephanie: Per your request last week, I am writing to advise that Celsius will be filing a complaint against StakeHound. I will send you a copy tomorrow after it is filed. Please feel free to reach out if you wish to discuss. Thanks. Mitch

Sent from my iPhone

**REDACTED**

1