# EXHIBIT Q

**REDACTED**

**From:** Wickouski, Stephanie <swickouski@lockelord.com>
**Sent:** Wednesday, July 12, 2023 1:18 PM
**To:** Hurley, Mitchell <mhurley@AkinGump.com>
**Cc:** Chapman, Dean <dchapman@akingump.com>; Lombardi, Nicholas <nlombardi@akingump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>; Kramer, Jeffrey <JKramer@lockelord.com>; Feener, Sean <Sean.Feener@lockelord.com>
**Subject:** RE: Celsius Network Ltd. v. StakeHound SA, 23-01138-mg

**EXTERNAL Email**

Mitchell,
I am not authorized to accept service on behalf of Stakehound.
Stephanie

**Stephanie Wickouski**
**Partner**
**Locke Lord LLP**
Brookfield Place
200 Vesey, 20th Floor
New York, NY 10281
T: (212) 912-2822
F: (212) 812-8366
swickouski@lockelord.com
Visit lockelord.com

**REDACTED**