# EXHIBIT T

| | |
|---|---|
| **From:** | Lombardi, Nicholas |
| **Sent:** | Thursday, July 13, 2023 8:19 PM |
| **To:** | Wickouski, Stephanie; Kramer, Jeffrey; Feener, Sean |
| **Cc:** | Hurley, Mitchell; Chapman, Dean; Scott, Elizabeth D. |
| **Subject:** | In re Celsius Network LLC (Celsius Network Limited v. StakeHound SA) – Case No. 23-01138-mg (Bankr. S.D.N.Y.) |
| **Attachments:** | SH 1 - Complaint.pdf; SH 7 - Summons with Notice of Pre-trial Conference.pdf |

Counsel,

Attached is a copy of the *Adversary Complaint* [ECF No. 1] filed on July 11, 2023 in the United States Bankruptcy Court for the Southern District of New York on behalf of Celsius Network Limited against StakeHound SA and the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* issued by the Clerk of the Court and dated July 13, 2023 [ECF No. 7].

**Nicholas R Lombardi**
**Akin**

2300 N. Field Street | Suite 1800 | Dallas, TX 75201 | USA | Direct: +1 214.969.2723 | Internal: 12723
Fax: +1 214.969.4343 | nlombardi@akingump.com | akingump.com | Bio