**LOCKE LORD LLP**
Stephanie Wickouski
Jonathan W. Young (*pro hac vice* forthcoming)
Jeffrey Kramer
Sean A. Feener
200 Vesey Street, 20th Floor
New York, New York 10281
Tel: (212) 415-8600
Fax: (212) 303-2754
swickouski@lockelord.com
Jonathan.Young@lockelord.com
jkramer@lockelord.com
sean.feener@lockelord.com

*Attorneys for StakeHound S.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>Plaintiff<br><br>v.<br><br>STAKEHOUND SA,<br><br>Defendant | Adversary Proceeding<br>No. 23-01138 (MG) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The Debtors' service address in these Chapter 11 Cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

133255996v.1

I, Jonathan W. Young, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent StakeHound, S.A., in the above-referenced adversary proceeding.

I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts and the State of Illinois, and am admitted to practice before the Supreme Court of the United States, the United States Court of Appeals for the First, Second, Third, Sixth, Seventh and Eighth Circuits and the United States District Court for the Northern and Central Districts of Illinois, the Northern District of Indiana, the District of Massachusetts and the Eastern and Western Districts of Wisconsin..

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 27, 2023        */s/ Jonathan W. Young*
Boston, Massachusetts        Jonathan W. Young
**LOCKE LORD LLP**
701 8th S., N.W., Suite 500
Washington, D.C., 20001
jonathan.young@lockelord.com
(202) 220-6967

133255996v.1