# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>                     Plaintiff<br><br>               v.<br><br>STAKEHOUND SA,<br><br>                     Defendant | Adversary Proceeding<br>No. 23-01138 (MG) |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Jonathan W. Young to be admitted *pro hac vice* to represent StakeHound S.A., the defendant in the above-referenced adversary proceeding, and upon the movant's certification that he is a member in good standing of Commonwealth of Massachusetts and the State of Illinois, and is admitted to practice before the Supreme Court of the United States, the United States Court of Appeals for the First, Second, Third, Sixth, Seventh and Eighth Circuits and the United States District Court for the Northern and Central Districts of Illinois, the Northern District of Indiana, the District of Massachusetts and the Eastern and Western Districts of Wisconsin., it is hereby

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The Debtors' service address in these Chapter 11 Cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

133255895v.1

**ORDERED**, that Jonathan W. Young, Esq., is admitted to practice *pro hac vice* in the above-referenced case to represent StakeHound S.A., in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: July 27, 2023
      New York, New York

                                               UNITED STATES BANKRUPTCY JUDGE