UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>STAKEHOUND SA,<br>　　　　　　　　Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

**DECLARATION OF MARIA J. GUITIERREZ IN SUPPORT OF
PLAINTIFF CELSIUS NETWORK LIMITED'S MOTION FOR AN ORDER
AUTHORIZING ALTERNATIVE SERVICE ON DEFENDANT STAKEHOUND SA
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

1.　　I am a process server with Judicial Process & Support, Inc. ("Judicial"). The facts set forth herein are based on my personal knowledge and documents and information available to me as an employee of Judicial.

2.　　Judicial has been in the service of process and legal translation industry for more than 20 years, and has caused service abroad via the Hague Convention countless times. Upon information and belief, it typically takes between three and six months to undertake and complete service of a U.S. lawsuit on a corporation located in Switzerland via the Hague Convention.

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: July 31, 2023

/s/ Maria J. Guitierrez
Maria J. Guitierrez