**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |
| CELSIUS NETWORK LIMITED, | |
| Plaintiff, | Adversary Proceeding |
| v. | No. 23-01138 (MG) |
| STAKEHOUND SA, | |
| Defendant. | |

**AFFIDAVIT OF SERVICE**

1.  I am a partner with the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin"), special litigation counsel for Plaintiff Celsius Network Limited ("Plaintiff" or "Celsius") in the above-captioned adversary proceeding (the "Adversary Proceeding"). I am admitted to practice before this Court.

2.  On July 11, 2023, Celsius filed its *Adversary Complaint* (the "Complaint") [ECF No. 1] in the above-captioned adversary proceeding against the defendant, StakeHound S.A. ("Defendant" or "StakeHound"). On July 13, 2023, the Clerk of this Court issued the Summons with Notice of Pre-Trial Conference (the "Summons") [ECF No. 7]. On July 19, 2023, Celsius filed a motion seeking to effect alternative service of the Summons and Complaint pursuant to Federal Rule of Civil Procedure 4(f)(3) (the "Motion for Alternative Service") [ECF No. 9].

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

2

3. This Court held a hearing on the Motion for Alternative Service on August 2, 2023 that was further continued to August 7, 2023. Consistent with those proceedings, and Federal Rule of Civil Procedure 4(f)(3), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure Rule 7004, I served a copy of the Summons and Complaint on StakeHound by email to StakeHound's U.S. counsel: Stephanie Wickouski at swickouski@lockelord.com, Jonathan Young at Jonathan.Young@lockelord.com, and Sean Feener at Sean.Feener@lockelord.com on August 7, 2023 at 3:39 p.m. EDT with service effective as of August 7, 2023.

4. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: August 9, 2023

 */s/ Mitchell P. Hurley*
Mitchell P. Hurley