**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br>STAKEHOUND SA,<br><br>　　　　　　　　　Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

**JOINT STIPULATION BETWEEN PLAINTIFF CELSIUS NETWORK LIMITED AND DEFENDANT STAKEHOUND SA**

This stipulation ("Stipulation") is entered into by and among Plaintiff Celsius Network Limited ("Celsius") and Defendant StakeHound S.A. ("StakeHound") in the above-captioned adversary proceeding. The parties agree and stipulate as follows:

1.　During the period (the "Period") extending through the date that is seven (7) days from the date set forth below, StakeHound will not sell or transfer or otherwise dispose of tokens (including ETH, DOT and MATIC) and associated rewards that are the subject of this litigation (the "Subject Property"), subject to the notice and objection procedures described below. The Period is subject to extension only by (i) agreement of the parties, or (ii) further order of the Court.

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2. In the event StakeHound needs to sell, transfer or otherwise dispose of any of the Subject Property, StakeHound shall provide three (3) days' notice to Celsius (email to undersigned counsel being sufficient).

3. Upon objection from Celsius during the notice period (email to undersigned counsel being sufficient), the parties shall negotiate in good faith to resolve the objection. If a resolution is reached by the close of the notice period, StakeHound may proceed consistent with such resolution. If no resolution is reached during the notice period, the parties agree to a hearing before the Court on shortened notice to resolve the objection.

4. The parties agree to the conditions above solely to facilitate further negotiations among the parties with respect to an appropriate scheduling stipulation and/or case management and scheduling order, and their agreement to this Stipulation shall not prejudice either party's position in such discussions in any way. For the avoidance of doubt, the parties' agreement to the terms set forth in this Stipulation shall be subject to a full reservation of their respective rights, remedies, claims and defenses, including, without limitation, StakeHound's defense regarding this Court's personal jurisdiction over StakeHound and any other defenses StakeHound may raise pursuant to Rule 12 of the Federal Rules of Civil Procedure (made applicable to these proceedings by Rule 7012 of the Federal Rules of Bankruptcy Procedure).

[*Signature page follows.*]

**SO STIPULATED:**

Date: August 10, 2023
New York, New York

*/s/ Mitchell P. Hurley*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Mitchell P. Hurley
Dean L. Chapman Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
mhurley@akingump.com
dchapman@akingump.com

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Elizabeth D. Scott (admitted *pro hac vice*)
Nicholas R. Lombardi (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
edscott@akingump.com
nlombardi@akingump.com

*Special Litigation Counsel for Debtors and Plaintiff Celsius Network Limited*

*/s/ Stephanie Wickouski*
**LOCKE LORD LLP**
Stephanie Wickouski
Jeffrey Kramer
Sean A. Feener
200 Vesey Street, 20th Floor
New York, New York 10281
Telephone: (212) 415-8600
Fax: (212) 303-2754
swickouski@lockelord.com
jkramer@lockelord.com
sean.feener@lockelord.com

– and –

**LOCKE LORD LLP**
Jonathan W. Young (admitted *pro hac vice*)
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
Telephone: (617) 239-0367
Fax: (617) 227-4420
jonathan.young@lockelord.com

*Attorneys for StakeHound S.A.*