# EXHIBIT H

## **Timeline of StakeHound's Insufficient Meet and Confer Efforts**

- **Tuesday, August 8**: Counsel and StakeHound read onto record preliminary asset preservation agreement, and agree to meet and confer concerning further joint stipulation governing asset preservation during briefing of initial motions (the "Stipulation").

- **Wednesday, August 9**: Celsius offers to prepare initial draft of Stipulation. StakeHound says it will do so, and that it "hopes" to provide draft "later today," i.e., August 9. *See* Exhibit I to Celsius' August 21, 2023 letter to the Court (all exhibits in this timeline are attached to Celsius' August 21 letter) at 8-9.

- **Thursday, August 10**: Having received no draft, Celsius follows up with StakeHound by email. *See id.* at 7-8.

- **Friday, August 11**: StakeHound finally sends draft Stipulation to Celsius for review. *See id.* at 7.

- **Monday, August 14**: One business day later, Celsius provides counterproposal and a redline, offers to meet and confer by phone later that day or Tuesday morning, August 15. *See id.* at 6.

- **Tuesday, August 15**: Having heard no response from StakeHound, Celsius again asks for a call to discuss the parties' proposed Stipulations. StakeHound indicates it is unavailable until Wednesday, August 16. *See id.*

- **Wednesday, August 16**: The parties speak by telephone. StakeHound asks Celsius to reconsider its position concerning briefing, and advises StakeHound will make a counterproposal on asset preservation.

- **Thursday, August 17**:

    o Without making any counter, StakeHound emails that the parties may "just be too far apart" and proposes to contact the Court. *See id.* at 4-5.

    o Celsius notes that contacting the Court would be premature, asks StakeHound to send its proposed markup of the Stipulation (as StakeHound had promised). *See id.* at 4.

    o StakeHound replies that it will send edits the next "morning" (Friday) and that the parties could review where they were at that time. *See id.* at 3.

    o Celsius asked StakeHound to advise when it will be available on Friday to continue the meet and confer by phone. *See id.* at 2-3.

- **Friday, August 18**:

    o When StakeHound does not send proposal in the morning, as it had promised, Celsius follows up to ask StakeHound if it still wanted to speak or if it would instead be sending its revised position via email. *See id.* at 2.

    o **At 2:50 p.m. StakeHound emails first ever substantive response to Celsius' August 14 proposal**. *Id.* at 1. Unaware that StakeHound already had filed its letter, Celsius emailed back that it would consider the proposal in good faith, and that the parties were not at an impasse. *Id.*

    o **At 2:51:52 p.m., just one minute and fifty-two seconds after sending its proposal to Celsius,** StakeHound files its letter seeking Court intervention.