Mitchell P. Hurley
Dean L. Chapman Jr.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
mhurley@akingump.com
dchapman@akingump.com

Elizabeth D. Scott (admitted *pro hac vice*)
Nicholas R. Lombardi (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
edscott@akingump.com
nlombardi@akingump.com

*Special Litigation Counsel for Debtors and
Plaintiff Celsius Network Limited*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |
| CELSIUS NETWORK LIMITED, | |
| Plaintiff, | Adversary Proceeding No. 23-01138 (MG) |
| v. | |
| STAKEHOUND SA, | |
| Defendant. | |

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that StakeHound SA ("StakeHound"), defendant in the above-captioned adversary proceeding, filed its *Letter to Judge Glenn Regarding Submission of Proposed Orders Regarding Case Management and Scheduling* [ECF No. 26] ("StakeHound's Letter") on August 18, 2023.

**PLEASE TAKE FURTHER NOTICE** that Celsius Network Limited ("Celsius"), plaintiff in the above-captioned adversary proceeding, filed its *Letter Regarding Proposed Briefing and Asset Preservation Stipulation* [ECF No. 27] ("Celsius' Letter," and together with StakeHound's Letter, the "Letters") on August 21, 2023.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the disputes conveyed in the Letters will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge (the "Court") on **Tuesday, August 22, 2023 at 11:15 a.m. (prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that at the direction of the Court, **this Hearing will take place via Zoom for Government** in accordance with General Order M-543 dated March 20, 2020. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. eCourtAppearances need to be made **by 4:00 p.m. (prevailing Eastern Time), the business day before the Hearing (*i.e.*, on Monday, August 21, 2023).**

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing remotely must connect to the Hearing beginning at least one hour prior to the scheduled start time of the Hearing.

2

When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourt Appearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing. Additional information concerning how to participate in the Hearing is available in the Court's Zoom Video Hearing Guide, available at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that a copy of the pleadings filed in these chapter 11 cases and adversary proceedings may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of the pleading filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Signature page follows.*]

Dated: <u>August 21, 2023</u>
       New York, New York

                                      AKIN GUMP STRAUSS HAUER & FELD LLP

                                      By:  */s/ Mitchell P. Hurley*
                                              Mitchell P. Hurley
                                              Dean L. Chapman Jr.
                                              One Bryant Park
                                              New York, New York 10036
                                              Telephone: (212) 872-1000
                                              Facsimile: (212) 872-1002
                                              mhurley@akingump.com
                                              dchapman@akingump.com

                                              Elizabeth D. Scott (admitted *pro hac vice*)
                                              Nicholas R. Lombardi (admitted *pro hac vice*)
                                              2300 N. Field Street, Suite 1800
                                              Dallas, TX 75201
                                              Telephone: (214) 969-2800
                                              Facsimile: (214) 969-4343
                                              edscott@akingump.com
                                              nlombardi@akingump.com

                                              *Special Litigation Counsel for Debtors and Plaintiff Celsius Network Limited*