# EXHIBIT B

# Stanley, Michael

| | |
|---|---|
| **From:** | FATHALLAH Raed <RaedFATHALLAH@bredinprat.com> |
| **Sent:** | Friday, August 18, 2023 2:52 PM |
| **To:** | Lombardi, Nicholas; RF Assistant |
| **Cc:** | Hurley, Mitchell; Williams, Justin; Chapman, Dean; Scott, Elizabeth D.; Alexander, Jasmine; Stanley, Michael; stefan.leimgruber@swlegal.ch; benjamin.gottlieb@swlegal.ch; nadine.wipf@swlegal.ch; Wickouski, Stephanie; Kramer, Jeffrey; Young, Jonathan; Yahiaoui Shanaize; Erasmo Genevieve; Feener, Sean; Haindl Daniela |
| **Subject:** | Re: Case No. 300641-2023 – Joint Letter from the Parties to M. Fathallah |

**\*\*EXTERNAL Email\*\***

Dear Counsel,

I acknowledge receipt of the joint letter received on 11 August 2023.

For the sake of good order, I kindly invite the Claimant to confirm its agreement with the contents of this letter and invite both Parties to clarify whether they request for the proceedings to be suspended and, if so, to specify until which date or which triggering event the requested suspension should be maintained.

I also kindly ask the parties to keep the team following this case at the Swiss Arbitration Centre copied on all future correspondence.

Kind regards,
Raed Fathallah

**Raëd FATHALLAH**
Avocat à la Cour
Solicitor of England and Wales/Avocat au Barreau du Québec

**B R E D I N   P R A T**
53 Quai d'Orsay
75007 Paris
Tél. : +33 1 44 35 35 35
Assistante : :   Salwa NAKHOUL-CARMICHAEL (01 44 35 71 40)


Sent from my iPhone please excuse typos

Le 11 août 2023 à 21:13, Lombardi, Nicholas <nlombardi@akingump.com> a écrit :


Dear M. Fathallah:

Attached to this email, please find a joint letter from the parties in the above-referenced arbitration proceeding. Thank you for your attention to this joint letter.

Respectfully submitted,

1

Nicholas R Lombardi

**Akin**

2300 N. Field Street | Suite 1800 | Dallas, TX 75201 | USA | Direct: +1 214.969.2723 | Internal: 12723
Fax: +1 214.969.4343 | nlombardi@akingump.com | akingump.com | Bio.

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message
<Case No. 300641-2023 – Joint Letter from the Parties to M. Fathallah.pdf>


Bredin Prat est un cabinet d'avocats inscrit au Barreau de Paris constitué sous forme de société par actions simplifiée (R.C.S. Paris 821 638 368).
Ce courrier électronique et ses pièces jointes sont couverts par la confidentialité ou le secret professionnel. Au cas où ils ne vous seraient pas destinés, nous vous remercions de bien vouloir nous en aviser immédiatement et de les supprimer.

Bredin Prat is a law firm registered with the Paris Bar and constituted in the form of a French *société par actions simplifiée* (*R.C.S. Paris 821 638 368*).
This e-mail and any attachments hereto are privileged and confidential. If you are not the intended recipient, please delete this e-mail and any attachments and notify us immediately.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.