# Exhibit B

| | |
|---|---|
| **From:** | Ron Sabo <ron.sabo@celsius.network> |
| **Sent:** | Monday, October 24, 2022 6:57 AM |
| **To:** | Albert Castellana |
| **Cc:** | Ron Deutsch; Chris Ferraro |
| **Subject:** | Stakehound <> Celsius: maintaining the security of valuable assets |
| **Attachments:** | Celsius - Letter to Stakehound 4882-4188-5746 v.13.pdf |

Dear Albert,

I hope my email finds you well.

Please find attached a letter related to the Staking Services Agreement entered into between Celsius and StakeHound on January 20, 2021.

As mentioned in the letter itself, please do not hesitate to reach out to us if you have any questions or concerns or would like to discuss this matter further.

Best,
Ron



**Ron Sabo**
**Head of Research** | Celsius

phone: +972-52-896-1622

1



October 23, 2022

**VIA E-MAIL**

StakeHound SA
c/o MN Associés
Place de Longemalle 1
1204 Genève, Switzerland

      Re:    *In re: Celsius Network LLC*, Case No. 22-10964 (Bankr. S.D.N.Y.)

To whom it may concern:

    We write to seek StakeHound's assistance in maintaining the security of valuable assets in which the estates of Celsius Network LLC and its affiliates (collectively, "Celsius") in the above-referenced bankruptcy case have a property interest.

    As we believe you are aware, during portions of 2020 and 2021 Jason Stone was an executive of Celsius' decentralized finance subsidiary or otherwise engaged in decentralized finance and staking activities on Celsius' behalf.  In that capacity, Stone had access to certain Celsius wallets, including the wallet with address 0xb1adceddb2941033a090dd166a462fe1c2029484 (the "0xb1 Wallet"), solely for purposes of deploying coins in investments authorized by Celsius and on Celsius' behalf.  On or around November 24, 2020, on behalf of Celsius, Stone caused 24,960 Celsius ETH (together, with all accrued interest and rewards, the "Staked ETH") to be transferred to an ETH2 deposit contract with the address 0x00000000219ab540356cBB839Cbe05303d7705Fa (the "Deposit Smart Contract") in a series of transactions.  These transactions were performed using a Staked.us Depositor smart contract with the address 0x39DC6a99209B5e6B81dC8540C86Ff10981ebDA29.  The Staked ETH became "locked" at the time it was deposited into the Deposit Smart Contract and will remain locked until the Ethereum network is upgraded to support withdrawals of staked ETH (the "Unlocking Event").

    Stakehound received access to the Staked ETH in accordance with and subject to the terms of the Staking Services Agreement entered into between Celsius and StakeHound on January 20, 2021.  On January 23, 2021, in exchange for receiving access to the Staked ETH (including receipt of the private keys to such Staked ETH), StakeHound issued to Celsius StakeHound Eth ("stETH") in the same number as the Staked ETH.  Upon the Unlocking Event, the Staked ETH will be unlocked, and StakeHound is required to transfer it to a new wallet.  Celsius is entitled to exchange its stETH for the Staked ETH, and intends to do so.

StakeHound SA
October 23, 2022
Page 2

      Stone's engagement by Celsius terminated in the Spring of 2021, and Stone does not act for Celsius and is not authorized in any way to do so. However, because of Stone's former role, Stone has access to the private keys needed to withdraw the Staked ETH. Celsius currently is in active litigation against Stone relating to Stone's conduct in connection with Celsius and Celsius' property. Celsius is concerned that Stone, or persons acting in concert with him (together "Stone"), may attempt to interfere with the process outlined above, including potentially by using his access to the private keys to misappropriate the Staked ETH when it is unlocked. Among other things, Celsius is concerned that Stone may wrongfully transfer the Staked ETH to wallets outside Celsius' (or StakeHound's) control. Stone may even seek to transfer the Staked ETH through Tornado Cash or a similar "mixer" or other means of concealing the destination of on-chain transfers.

      We are therefore writing to urge that StakeHound take all actions necessary or appropriate to ensure that StakeHound receives the earliest possible notice of the Unlocking Event, and that Stakehound safeguards the Staked ETH from any theft or interference by Stone or his affiliates, including as appropriate by transferring the coins to a safe location inaccessible by Stone _immediately_ upon the Unlocking Event. Even a slight delay could provide an opportunity for the Staked ETH to be misappropriated or otherwise interfered with.

      Please do not hesitate to reach out to us if you have any questions or concerns or would like to discuss this matter further.

                                                  Sincerely,

                                                  _/s/ Chris Ferraro_

                                                  Chief Restructuring Officer and Interim Chief Executive Officer of Celsius Network, Ltd.