# Exhibit C

**REDACTED**

---------- Forwarded message ---------
From: **Alexander Carter-Silk** <acarter-silk@keystonelaw.co.uk>
Date: Wed, Nov 16, 2022 at 6:49 AM
Subject: 2022-11-16 CELSIUS RESPONSE TO SABO AND FERRARO.pdf
To: chris.ferraro@celsius.network <chris.ferraro@celsius.network>
Cc: roni@celsius.network <roni@celsius.network>, harumi@celsius.network <harumi@celsius.network>

Dear Mr Ferraro,

Please find attached our response on behalf of our client STAKEHOUND SA

**Alexander Carter-Silk | Consultant Solicitor**
*Recognised by The Legal 500 2023 for Intellectual Property*

**t:** +44 (0)20 3319 3700 | **m:** +44 (0)7502 348153
48 Chancery Lane, London WC2A 1JF, United Kingdom





Keystone Law is a trading name of Keystone Law Limited, a company authorised and regulated by the Solicitors Regulation Authority with its registered office at First Floor, 48 Chancery Lane, London WC2A 1JF, United Kingdom. Company number: 4650763. VAT number: GB 200 7302 72. SRA number: 400999. A list of its directors is open to inspection at its registered office. Keystone Law Limited provides its services under these terms and purchases services subject to these additional terms. This email and the information it contains are confidential and may be privileged. If you have received this email in error, please notify us immediately and refrain from disclosing its contents to any other person. This email has been checked for potential computer viruses using technology supplied by Mimecast. Keystone Law does not accept service of documents by email. The title 'Partner' is a professional title only. Our Partners are not partners in the legal sense. They are not liable for the debts, liabilities or obligations, nor are they involved in the management of any entity in our international network.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

50 Harrison St
Suite 209F
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

KEYSTONE LAW

48 Chancery Lane | DX 193 Chancery Ln | @keystone_law
London WC2A 1JF | t +44 (0)20 3319 3700 | enquiries@keystonelaw.co.uk
United Kingdom | f +44 (0)845 458 9398 | www.keystonelaw.co.uk

Celsius Network Limited
1 Bartholomew Lane
London, UK
EC2N 2AX

Your ref: Case No 22-10964
Our ref: ACS/STA140

acarter-silk@keystonelaw.co.uk

15 November 2022

Dear Mr. Ferraro,

**Re: Your letter dated October 23 to our client StakeHound SA**

We represent StakeHound SA.

### LOSS OF KEYS BY CELSIUS

Our client was disappointed to hear that Celsius failed to protect the private keys. It was contractually obliged to keep these keys safe thereby protecting our client's property which Celsius had sold/transferred.

It is your company's obligation to indemnify ours pursuant to Clauses 1.6 and 1.7 of the Agreement should there be any loss of ETH due to misconduct by your ex-employee. As any action would be to protect assets owned by our client (not your company) please provide copies of the proceedings you have commenced. It may be that our client should join those proceedings as the legal owner of the assets.

Your interest is, of course, to avoid being called to account on the indemnity. Our client will take such steps as it considers appropriate to protect its assets and will co-operate at your expense with any proceedings necessary to protect StakeHound's assets.

Our client has had no contact with Mr. Stone.

### PUBLIC DISCLOSURE OF THE AGREEMENT

My client received an email from Mr. Rob Sabo (details attached), which copied you in, so perhaps we can also deal with this.

The synopsis you provided, is not an accurate representation of the agreement. Our client has no objection to the terms of its agreement being disclosed to the court, but the full agreement must be put into evidence so that it can be read in context.

Any filing should make it clear that Celsius effected legal transfer of ownership of the ETH to our client and physical control by giving our client control over the nodes to which the ETH was staked (i.e. not the native ETH).

Celsius's entitlement is set out in Clause 1.8, namely, to exchange stETH for ETH after this is successfully transferred by our client from the locked node to its own custodian Wallet (Clause 1.5 and Clause 1.8) to form part of its total holding of ETH, and then "*on availability*".

Keystone Law is a trading name of Keystone Law Limited, a company authorised and regulated by the Solicitors Regulation Authority with its registered office at First Floor, 48 Chancery Lane, London WC2A 1JF, United Kingdom. Company number: 4650763. VAT number: GB 200 7302 72. SRA number: 400999. A list of the directors is available for inspection at the registered office.

Any filing should draw attention to Clause 1.8

> *"1.8 Following the successful transfer of the Assets in the StakeHound's Wallet, Celsius shall be entitled to exchange, upon availability, its stETH against ETH through StakeHound's Platform in accordance with the StakeHound Services Terms and Conditions. For sake of clarity, the Termination of this Agreement does not prevent Celsius to use the services of StakeHound (article 1 of Exhibit B for ease of reference)."*

In the context of the agreement" availability" means *availability* of 1:1 exchange for the ETH.

The loss of keys by your nominated custodian may reduce the total availability of ETH for a 1:1 exchange against stETH. That position may change if matters are resolved with Fireblocks, until then any exchange would be at less than parity.

Our client is happy to discuss these matters and ensure the best outcome for all parties. However, its business has been seriously damaged by what appears to be two security breaches, the first by your chosen custodian and the second, apparently, by your own employees.

Please ensure this letter is filed with any presentation of material to the court. To the extent that any discussion ensues we would need to have our Swiss counsel on board as the agreement is, of course, subject to Swiss law.

Yours faithfully

*Keystone Law*

**Keystone Law Limited**


CC: roni@celsius.network
    harumi@celsius.network

