# Exhibit J

**REDACTED**

**From:** Hurley, Mitchell <mhurley@AkinGump.com>
**Sent:** Wednesday, July 5, 2023 6:28 PM
**To:** swickouski@lockelord.com
**Cc:** Chapman, Dean <dchapman@akingump.com>
**Subject:** Celsius/StakeHound

CONFIDENTIAL SETTLEMENT COMMUNICATION
SUBJECT TO RULE 408

Dear Ms. Wickouski:

We are special litigation counsel to Celsius in connection with its claims against StakeHound.  I understand that Celsius executive Roni Pavon and StakeHound CEO Albert Castellano were in contact last week, and that Mr. Castellano asked that you and I communicate directly.

We would like to propose that Celsius and StakeHound enter into a standstill and freezing agreement so that they can discuss a negotiated resolution of their disputes.  In broad strokes, we are proposing that, for a period of time to be agreed, (i) the parties will put the Swiss proceeding on hold, (ii) neither side will initiate any other proceedings before any court or tribunal and (iii) StakeHound will agree that it will preserve and not dissipate for any purpose any of the ETH, MATIC, DOT or other tokens (or nodes etc. related to such tokens) provided to StakeHound by Celsius (and associated rewards), including those referenced in StakeHound's arbitration demand, and in Celsius' letters to StakeHound dated May 1, 2023 and May 25, 2023.  As I assume you are aware, StakeHound made an offer of settlement to Celsius by letter dated April 11, 2023.  In letters dated April 17, 2023 and May 1, 2023, Celsius proposed a similar standstill and freezing agreement so the parties could discuss whether a settlement is possible, but StakeHound did not respond.  Please let us know by July 7, 2023 if StakeHound is interested in proceeding in the manner described here, and in our prior correspondence, which we believe will be more cost- and time-effective than proceeding with litigation without first at least trying to reach a compromise.  If you concur, we would be happy to prepare a short agreement consistent with the foregoing for your review.  Of course, feel free to contact me if you have questions or wish to discuss.

Regards,

Mitch


**Mitchell P. Hurley**

**Akin**

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.1011 | Internal: 31011
Fax: +1 212.872.1002 | mhurley@akingump.com | akingump.com | Bio