# Exhibit K

**REDACTED**

**From:** Hurley, Mitchell <mhurley@AkinGump.com>
**Sent:** Wednesday, July 12, 2023 11:19 AM
**To:** swickouski@lockelord.com
**Cc:** Chapman, Dean <dchapman@akingump.com>; Lombardi, Nicholas <nlombardi@akingump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>
**Subject:** Celsius Network Ltd. v. StakeHound SA, 23-01138-mg

Stephanie:  Per the below, attached please find a copy of the complaint.  Please let us know whether you will accept service on behalf of StakeHound.  Thanks in advance.

Regards,

**Mitchell P. Hurley**
**Akin**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.1011 | Internal: 31011
Fax: +1 212.872.1002 | mhurley@akingump.com | akingump.com | Bio

**REDACTED**

1