| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |
| CELSIUS NETWORK LIMITED, | |
| Plaintiff | Adversary Proceeding |
| v. | No. 23-01138 (MG) |
| STAKEHOUND SA, | |
| Defendant | |

## ORDER REGARDING TRO HEARING

Plaintiff's counsel filed an untimely notice for a TRO hearing at 5:00 pm, August 24, 2023. No supporting papers were filed with the notice. The order entered on August 22, 2023 (ECF Doc. # 29) set forth a deadline for filing all TRO papers. The Order provided: "Celsius may file and serve a TRO application (including all supporting papers) on or before 3:00 pm, Wednesday, August 23, 2023. If the application is timely filed, the Court will hold a TRO hearing using Zoom for Government at 5:00 p.m, Thursday, August 24, 2023."

**CONSEQUENTLY, NO TRO HEARING WILL BE HELD ON AUGUST 24, 2023.**

**IT IS SO ORDERED.**

Dated: August 23, 2023
       New York, New York

                                        /s/ Martin Glenn
                                        MARTIN GLENN
                                        Chief United States Bankruptcy Judge