# Exhibit A

| | |
|---|---|
| **From:** | jason.stone@celsius.network |
| **Importance:** | Normal |
| **Subject:** | Invitation: Albert/Jason/Roni @ Sun Nov 15, 2020 10pm - 11pm (IST) (roni@celsius.network) |
| **Start Time:** | Sun 11/15/2020 8:00:00 PM (UTC) |
| **End Time:** | Sun 11/15/2020 9:00:00 PM (UTC) |
| **Required Attendees:** | roni@celsius.network; albert@stakehound.com |

invite.ics

---

**You have been invited to the following event.**

**Albert/Jason/Roni**

*When* — Sun Nov 15, 2020 10pm – 11pm Israel Time

*Calendar* — roni@celsius.network

*Who* —
- jason.stone@celsius.network - organizer
- roni@celsius.network
- albert@stakehound.com

more details »

Going (roni@celsius.network)?   **Yes** - **Maybe** - **No**   more options »

---

Invitation from Google Calendar

You are receiving this email at the account roni@celsius.network because you are subscribed for invitations on calendar roni@celsius.network.

To stop receiving these emails, please log in to https://calendar.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

| | |
|---|---|
| **To:** | Jason Stone[jason.stone@celsius.network] |
| **Cc:** | albert@stakehound.com[albert@stakehound.com] |
| **From:** | Roni Pavon[roni@celsius.network] |
| **Sent:** | Sun 11/15/2020 10:32:18 PM (UTC) |
| **Subject:** | Re: Celsius <> Stakehound |

Albert - real pleasure to finally (e)meet and thx for the call. Not sure that the baby will pop out today, but I'm trying to make good use of the time I've left ;)

As discussed:

1. Please share the legal docs. If the previous ones you got for the other coins are for the same structure, they should also be fine.
2. Please connect us to your compliance team so we see how can we reduce the costs.
3. You and Jason should close the loop together with Fireblocks and update
4. Please share your offer in terms of costs and exclusivity

Thanks again and thank you Jason for arranging

Roni

נשלח מה-iPad שלי

ב-16 בנוב׳ 2020, בשעה 0:20, ‏Jason Stone‏ <jason.stone@celsius.network> כתב/ה:

> Guys—
>
> Great call today! Glad we are all on the same page!
>
> @Albert—please share docs as mentioned with @Roni!
>
> @Roni will respond when he is able (he's having a baby RIGHT NOW!, but we are well aware of the timeline now and it is a main priority for us).
>
> Reserve "stETH" and all else "stDASH" etc @Albert!!
>
> Best,
>
> Jason