# Exhibit C

| | |
|---|---|
| **To:** | Albert Castellana[albert@stakehound.com] |
| **Cc:** | Jason Stone[jason.stone@celsius.network]; Cole Kennelly[cole@staked.us]; Roni Pavon[roni@celsius.network]; Shiran Kleiderman[shiran.kleiderman@celsius.network]; Edgars Nemše[edgars@stakehound.com]; Dennis Reichelt[dennis@celsius.network] |
| **From:** | Tim Ogilvie[togilvie@staked.us] |
| **Sent:** | Tue 1/26/2021 5:04:13 PM (UTC) |
| **Subject:** | Re: Staked.us Online Login Creds Transfer |

This has been updated, so the reporting login admin@stakehound.com should now display the related validators.

On Thu, Jan 21, 2021 at 2:44 PM Albert Castellana <albert@stakehound.com> wrote:

> Yes, that's correct. The withdrawal keys have been transferred and all is well. Assigning the nodes to admin@stakehound.com should be sufficient now that you are aware of the situation. Thanks for the explanation. Please, let us know when you have processed the transfer so that our team can access.
>
> Regarding the call, I just picked a time for tomorrow - 11:45pm cet. Looking forward to it.
>
> Cheers,
>
> **Albert Castellana**
> CEO @ stakehound.com - Bringing Staking and DeFi together
> +34 688989877
>
> 
>
> On Thu, Jan 21, 2021 at 8:00 PM Tim Ogilvie <togilvie@staked.us> wrote:
>
>> Hi Albert-
>> Nice to connect. Thanks for clarifying. Generally makes sense.
>>
>> As mentioned, I'm happy to provide access to our login / reporting system and assign the Celsius validators to that account. In terms of "node ownership", this is (largely) controlled by the ETH2 withdrawal address, which I'm assuming Celsius transferred to you? This ensures you've got the rights to the underlying funds. Per your comment, yes, we can't transfer the MPC shares so this is likely the cleanest way to handle.
>>
>> Would love to learn more. Feel free to schedule next week something from my calendar link below. I expect many of our customers would like a liquid option:
>> https://meetings.hubspot.com/togilvie1
>>
>> Tim
>>
>> On Thu, Jan 21, 2021 at 1:41 PM Albert Castellana <albert@stakehound.com> wrote:
>>
>>> Hi Tim, It's a pleasure meeting you. Thanks for the introduction Jason.
>>>
>>> Just as a brief overview: StakeHound is a liquid staking platform that allows users to earn staking rewards while staying liquid and allowing them to participate in DeFI - borrowing, providing liquidity, etc. We achieve this by issuing stakedTokens such as stETH that are erc20 tokens with a rebasing function that allows us to distribute staking rewards daily to the holders.
>>>
>>> The reason for this email thread is that Celsius has transferred ownership of all the underlying ETH to StakeHound and given that the ETH is locked staking, we need to transfer ownership of the nodes as well. Given that your system is

using MPC, I'm assuming that you can't provide us with the validator keys for the nodes which we normally control, so the easiest route forward is simply to 'transfer' the nodes from Celsius' staked.us account to StakeHound's staked.us account. Does this make sense?

Aside from this, it would be great to have a call to get to know each other as I'm sure that there will be many alignments going forward.

Kind regards,

**Albert Castellana**
CEO @ stakehound.com - Bringing Staking and DeFi together
+34 688989877



On Thu, Jan 21, 2021 at 5:37 PM Jason Stone <jason.stone@celsius.network> wrote:

@Albert Castellana please share the reasons for this transfer.

Thanks,

On Thu, Jan 21, 2021 at 12:32 PM Tim Ogilvie <togilvie@staked.us> wrote:

ok - sure. We can give them access to the read-only reporting login. To be clear, though, there isn't really any "management" of the coins to be done. But we'll keep you posted as to when we make the change. I don't know how to do it directly.

On Thu, Jan 21, 2021 at 11:23 AM Jason Stone <jason.stone@celsius.network> wrote:

Tim--

We need our account (thats used to access dashboard on staked.us) login credentials transferred from the email address they are currently under (either this one or might have been jstone213@mac) to admin@stakehound.com immediately.

Regardless of the outcome of Monday's node discussion, Stakehound is taking over ownership of management of these coins.

Thank You!

Jason


--
Tim Ogilvie
Founder & CEO, Staked
Earn yield by staking and lending your digital assets
Follow us on Twitter!


--
Tim Ogilvie
Founder & CEO, Staked

--
Tim Ogilvie
Founder & CEO, [Staked](#)
Earn yield by staking and lending your digital assets
[Follow us on Twitter!](#)