# Exhibit E

This Term Sheet is entered into pursuant to that certain Revenue Sharing Agreement dated April 21, 2021 ("**Agreement**") by and between Celsius Network Limited ("**Celsius**") and StakeHound SA ("**StakeHound**") to regulate the delivery of those certain Native Tokens set out below by Celsius to StakeHound for the provision by StakeHound of the services as set out in the Agreement:

| **Token Type:** | MATIC |
|---|---|
| **Number of Tokens:** | 40,000,000 |
| **Celsius stakedToken wallet address:** | 0xE08CcaFb94E1dE775bC43Ae927286F16848B8Fc8 |
| **Stakehound Token wallet address:** | **0xF745B9fFC813C11875F7B503D1157F175b86cA06** |
| **Lockup period:** | € No <br> € **Yes**: 9 days |
| **Agreed termination date:** | € **No** <br> € Yes:_____ |
| **StakedToken Type:** | ERC20 |
| **Celsius stakedToken wallet address:** | 0xE08CcaFb94E1dE775bC43Ae927286F16848B8Fc8 |
| **Special terms (if any):** | |

DocuSigned by:
*Albert Castellana*
―――――――――――――――――――――
BB54902442294DE...
**Albert Castellana, CEO**
For and on behalf of **StakeHound SA**

DocuSigned by:
*Roni Cohen Pavon*
―――――――――――――――――――――
C9BBF4BD9B5D482...
**Roni Cohen Pavon, CRO**
For and on behalf of **Celsius Network Limited**