# Exhibit A

# Transaction Details    <    >

Buy ⌄    Exchange ⌄    Play ⌄    Gaming ⌄

**Feature Tip:** Add private address tag to any address under **My Name Tag** !

Overview    State    Comments                                                                More ⌄

⑦ **Transaction Hash:**
0xd8bafb76e7bcaa0ae6d1b99fd87b8f54014b5a8a123cd7905fb6be8d2e636702 📋

⑦ **Status:**    ✅ Success

⑦ **Block:**
🟢 17763325    230284 Block Confirmations

⑦ **Timestamp:**
🕒 32 days 5 hrs ago (Jul-24-2023 01:41:35 PM +UTC) | ⏱ Confirmed within 13 mins:40 secs

⚡ **Transaction Action:**
▸ Transfer 182.731422879420423939 Ether To  0xd056e5...3f8b551b

⑦ **Sponsored:**



⑦ **From:**
0xf272E9AAdC2a082b7AF45ec89faB88f4ae899394 📋

⑦ **To:**
0xd056e5AFB9CE6E055996bc217EefDAB33f8b551b 📋

🍪 This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.

Got it!

0.00077614103532 ETH   $1.28

⊘ **Gas Price:**

36.95909692 Gwei (0.00000003695909692 ETH)

---

**More Details:**  + Click to show more

---

⊘ **Private Note:**

To access the **Private Note** feature, you must be Logged In

💡 A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

🍪 **This website** uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.