# Exhibit B

Transaction Details  `<`  `>`     Buy ⌄    Exchange ⌄    Play ⌄    Gaming ⌄

SALES! Get **15% off** (one-time) for any **New API Pro subscription.** Use code: **ESNew15Q323**

Overview     State     Comments                                         More ⌄

**Transaction Hash:**
0x3dca9e5ab8241350692a0543b1cbd1dcaf041bfb298d96e0391cf560e485f946

**Status:** ✓ Success

**Block:**
✓ 17776915    216691 Block Confirmations

**Timestamp:**
🕐 30 days 7 hrs ago (Jul-26-2023 11:20:11 AM +UTC) | ⏱ Confirmed within 1 sec

⚡ **Transaction Action:**
▸ Transfer 1.79840904161077723 Ether To 0xd056e5...3f8b551b

**Sponsored:**



**From:**
0xf272E9AAdC2a082b7AF45ec89faB88f4ae899394

**To:**
0xd056e5AFB9CE6E055996bc217EefDAB33f8b551b

🍪 This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its Terms and Privacy Policy.

Got it!

0.000414379223265 ETH   $0.68

ⓘ **Gas Price:**

19.732343965 Gwei (0.000000019732343965 ETH)

---

**More Details:**                                                                                      + Click to show more

---

ⓘ **Private Note:**

To access the **Private Note** feature, you must be Logged In

💡 A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

🍪 **This website** uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.