# Exhibit C

## Transaction Details  `<`  `>`

Buy ⌄    Exchange ⌄    Play ⌄    Gaming ⌄

**Feature Tip:** Add private address tag to any address under **My Name Tag** !

Overview    State    Comments                                                             More ⌄

---

**? Transaction Hash:**

0x78b715782fabdca0f53486e89f3adfabe7164abe94f6436806315d1b8cfbec46  📋

**? Status:**   ✅ Success

**? Block:**

✓ 17792776    200827 Block Confirmations

**? Timestamp:**

🕒 28 days 2 hrs ago (Jul-28-2023 04:35:11 PM +UTC) | ⏱ Confirmed within 4 secs

⚡ **Transaction Action:**

▸ Transfer 45.987418970743553478 Ether To  0xd056e5...3f8b551b

**? Sponsored:**



**? From:**

0xf272E9AAdC2a082b7AF45ec89faB88f4ae899394 📋

**? To:**

0xd056e5AFB9CE6E055996bc217EefDAB33f8b551b 📋

---

🍪 This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.

[ Got it! ]

0.003034149952617 ETH   $5.01

⊙ Gas Price:

144.483331077 Gwei (0.000000144483331077 ETH)

---

More Details:                                           + Click to show more

---

⊙ Private Note:

To access the **Private Note** feature, you must be Logged In

💡 A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

🍪 This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its Terms and Privacy Policy.