# Exhibit D

| Block | Timestamp | Validator Ir | Amount | Address | Index |
|---|---|---|---|---|---|
| 17826080 | 2/8/2023 8:20 | 662101 | 32.0402 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658254 |
| 17826081 | 2/8/2023 8:20 | 662126 | 32.00305 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658279 |
| 17826081 | 2/8/2023 8:20 | 662124 | 32.00305 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658277 |
| 17826081 | 2/8/2023 8:20 | 662117 | 32.00305 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658270 |
| 17826081 | 2/8/2023 8:20 | 662123 | 32.00304 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658276 |
| 17826081 | 2/8/2023 8:20 | 662118 | 32.00304 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658271 |
| 17826081 | 2/8/2023 8:20 | 662125 | 32.00304 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658278 |
| 17826080 | 2/8/2023 8:20 | 662109 | 32.00304 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658262 |
| 17826081 | 2/8/2023 8:20 | 662116 | 32.00304 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658269 |
| 17826081 | 2/8/2023 8:20 | 662111 | 32.00304 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658264 |
| 17826080 | 2/8/2023 8:20 | 662107 | 32.00304 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658260 |
| 17826080 | 2/8/2023 8:20 | 662106 | 32.00304 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658259 |
| 17826081 | 2/8/2023 8:20 | 662113 | 32.00304 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658266 |
| 17826081 | 2/8/2023 8:20 | 662114 | 32.00304 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658267 |
| 17826081 | 2/8/2023 8:20 | 662122 | 32.00304 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658275 |
| 17826081 | 2/8/2023 8:20 | 662119 | 32.00303 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658272 |
| 17826081 | 2/8/2023 8:20 | 662121 | 32.00303 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658274 |
| 17826080 | 2/8/2023 8:20 | 662110 | 32.00303 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658263 |
| 17826081 | 2/8/2023 8:20 | 662112 | 32.00303 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658265 |
| 17826079 | 2/8/2023 8:19 | 662094 | 32.00303 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658247 |
| 17826080 | 2/8/2023 8:20 | 662098 | 32.00302 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658251 |
| 17826080 | 2/8/2023 8:20 | 662104 | 32.00302 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658257 |
| 17826079 | 2/8/2023 8:19 | 662093 | 32.00302 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658246 |
| 17826079 | 2/8/2023 8:19 | 662084 | 32.00302 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658237 |
| 17826080 | 2/8/2023 8:20 | 662097 | 32.00302 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658250 |
| 17826080 | 2/8/2023 8:20 | 662102 | 32.00302 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658255 |
| 17826080 | 2/8/2023 8:20 | 662103 | 32.00302 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658256 |
| 17826079 | 2/8/2023 8:19 | 662089 | 32.00302 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658242 |
| 17826080 | 2/8/2023 8:20 | 662096 | 32.00302 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658249 |
| 17826081 | 2/8/2023 8:20 | 662120 | 32.00301 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658273 |
| 17826080 | 2/8/2023 8:20 | 662105 | 32.00301 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658258 |
| 17826078 | 2/8/2023 8:19 | 662074 | 32.00301 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658227 |
| 17826079 | 2/8/2023 8:19 | 662080 | 32.00301 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658233 |

| | | | | | |
|---|---|---|---|---|---|
| 17826080 | 2/8/2023 8:20 | 662099 | 32.00301 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658252 |
| 17826079 | 2/8/2023 8:19 | 662082 | 32.00301 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658235 |
| 17826078 | 2/8/2023 8:19 | 662078 | 32.00301 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658231 |
| 17826080 | 2/8/2023 8:20 | 662095 | 32.00301 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658248 |
| 17826078 | 2/8/2023 8:19 | 662071 | 32.00301 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658224 |
| 17826078 | 2/8/2023 8:19 | 662067 | 32.00301 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658220 |
| 17826079 | 2/8/2023 8:19 | 662090 | 32.00301 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658243 |
| 17826078 | 2/8/2023 8:19 | 662066 | 32.003 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658219 |
| 17826079 | 2/8/2023 8:19 | 662081 | 32.003 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658234 |
| 17826078 | 2/8/2023 8:19 | 662076 | 32.003 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658229 |
| 17826079 | 2/8/2023 8:19 | 662083 | 32.003 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658236 |
| 17826079 | 2/8/2023 8:19 | 662092 | 32.003 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658245 |
| 17826079 | 2/8/2023 8:19 | 662079 | 32.003 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658232 |
| 17826078 | 2/8/2023 8:19 | 662072 | 32.003 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658225 |
| 17826078 | 2/8/2023 8:19 | 662070 | 32.003 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658223 |
| 17826077 | 2/8/2023 8:19 | 662059 | 32.003 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658212 |
| 17826078 | 2/8/2023 8:19 | 662073 | 32.00299 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658226 |
| 17826078 | 2/8/2023 8:19 | 662077 | 32.00299 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658230 |
| 17826077 | 2/8/2023 8:19 | 662061 | 32.00299 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658214 |
| 17826077 | 2/8/2023 8:19 | 662060 | 32.00299 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658213 |
| 17826077 | 2/8/2023 8:19 | 662055 | 32.00299 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658208 |
| 17826077 | 2/8/2023 8:19 | 662057 | 32.00299 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658210 |
| 17826077 | 2/8/2023 8:19 | 662062 | 32.00299 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658215 |
| 17826077 | 2/8/2023 8:19 | 662051 | 32.00298 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658204 |
| 17826077 | 2/8/2023 8:19 | 662053 | 32.00298 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658206 |
| 17826078 | 2/8/2023 8:19 | 662065 | 32.00298 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658218 |
| 17826077 | 2/8/2023 8:19 | 662056 | 32.00298 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658209 |
| 17826077 | 2/8/2023 8:19 | 662048 | 32.00298 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658201 |
| 17826077 | 2/8/2023 8:19 | 662054 | 32.00298 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658207 |
| 17826076 | 2/8/2023 8:19 | 662045 | 32.00297 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658198 |
| 17826077 | 2/8/2023 8:19 | 662049 | 32.00297 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658202 |
| 17826076 | 2/8/2023 8:19 | 662038 | 32.00297 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658191 |
| 17825997 | 2/8/2023 8:03 | 660780 | 32.00297 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12656935 |
| 17826077 | 2/8/2023 8:19 | 662050 | 32.00297 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658203 |

| | | | | | |
|---|---|---|---|---|---|
| 17826076 | 2/8/2023 8:19 | 662039 | 32.00297 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658192 |
| 17826076 | 2/8/2023 8:19 | 662041 | 32.00297 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658194 |
| 17826076 | 2/8/2023 8:19 | 662043 | 32.00297 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658196 |
| 17826076 | 2/8/2023 8:19 | 662042 | 32.00297 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658195 |
| 17826076 | 2/8/2023 8:19 | 662037 | 32.00296 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658190 |
| 17826075 | 2/8/2023 8:19 | 662025 | 32.00296 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658178 |
| 17826077 | 2/8/2023 8:19 | 662047 | 32.00296 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658200 |
| 17826075 | 2/8/2023 8:19 | 662030 | 32.00296 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658183 |
| 17826075 | 2/8/2023 8:19 | 662027 | 32.00296 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658180 |
| 17826075 | 2/8/2023 8:19 | 662024 | 32.00296 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658177 |
| 17826075 | 2/8/2023 8:19 | 662023 | 32.00296 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658176 |
| 17826076 | 2/8/2023 8:19 | 662044 | 32.00296 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658197 |
| 17826076 | 2/8/2023 8:19 | 662035 | 32.00296 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658188 |
| 17826076 | 2/8/2023 8:19 | 662036 | 32.00295 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658189 |
| 17826074 | 2/8/2023 8:18 | 662013 | 32.00295 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658166 |
| 17826074 | 2/8/2023 8:18 | 662009 | 32.00295 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658162 |
| 17826074 | 2/8/2023 8:18 | 662008 | 32.00295 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658161 |
| 17826074 | 2/8/2023 8:18 | 662004 | 32.00295 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658157 |
| 17826075 | 2/8/2023 8:19 | 662029 | 32.00295 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658182 |
| 17826074 | 2/8/2023 8:18 | 662003 | 32.00295 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658156 |
| 17826074 | 2/8/2023 8:18 | 662006 | 32.00294 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658159 |
| 17826074 | 2/8/2023 8:18 | 662007 | 32.00294 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658160 |
| 17826074 | 2/8/2023 8:18 | 662010 | 32.00294 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658163 |
| 17826075 | 2/8/2023 8:19 | 662022 | 32.00294 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658175 |
| 17826074 | 2/8/2023 8:18 | 661999 | 32.00294 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658153 |
| 17826074 | 2/8/2023 8:18 | 662001 | 32.00294 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658154 |
| 17826075 | 2/8/2023 8:19 | 662026 | 32.00294 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658179 |
| 17826074 | 2/8/2023 8:18 | 662005 | 32.00293 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658158 |
| 17826074 | 2/8/2023 8:18 | 661998 | 32.00293 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658152 |
| 17826074 | 2/8/2023 8:18 | 662002 | 32.00293 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658155 |
| 17826073 | 2/8/2023 8:18 | 661996 | 32.00293 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658150 |
| 17826073 | 2/8/2023 8:18 | 661995 | 32.00293 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658149 |
| 17826073 | 2/8/2023 8:18 | 661997 | 32.00292 | 0xf272e9aadc2a082b7af45ec89fab88f4ae899394 | 12658151 |
| 17824151 | 2/8/2023 1:52 | 629620 | 32 | 0x2bf05f46d4c25619c388cf4d0ef84220c28989fe | 12627391 |