# Exhibit E

Platform ˅    Customers ˅    Company ˅    Developers    SPARK    Blog & Resources ˅    Login    **Request Demo**

**PLATFORM UPDATES**

# Stakehound Event

Jun 22, 2021



SHARE












In December 2020, the Fireblocks'
research team cooperated with a
request from Stakehound to create
a set of "BLS key shares" for BLS
credentials related to an ETH 2.0
staking project. The key shares
created in connection with this
project were managed outside of
the Fireblocks platform and were
not part of its MPC production
wallet structure or backup
procedures. When certain
irregularities around the BLS key
shares were discovered during a
regularly scheduled disaster
recovery drill, Fireblocks
immediately suspended the
potentially impacted addresses
and offered its help to the
customer. We are actively
investigating the situation and

**affected, and all Fireblocks customers' funds are safe, and customer keys are backed up and recoverable.**

# Key management outside of the Fireblocks platform

The Fireblocks platform serves over 400 of the most innovative startups and fintech companies in the world. We help them conceptualize, implement and secure the most groundbreaking ideas that will disrupt financial services for generations to come.

Today, the Fireblocks platform has secured over a half-trillion dollars in digital assets and has become a global industry standard for operating a digital asset business.

This particular ETH 2.0 staking project was managed outside the Fireblocks platform. The client requested the assistance of our research team to create an open-source library to generate a threshold BLS key where:

- ▲ The customer did not store the backup with a third-party service provider per our guidelines;

- ▲ The BLS key shares for this project were not part of the Fireblocks MPC wallet structure; and,

- ▲ The keys were generated by the customer and stored outside the Fireblocks platform.

For customers running their business on the Fireblocks platform that uses MPC key shares, we have automated, multi-tier backup procedures that run on an hourly

backed up, recoverable, and not affected.

# Disaster recovery policy

As a non-custodial and direct-custody technology provider, Fireblocks' policy is to require all customers to engage the disaster recovery services of a third-party service provider or to independently backup their keys. This requirement is communicated to our customers during the procurement process as an explicit written obligation in our standard form licensing agreement, and this expectation is reinforced visually and verbally, during onboarding.

# How we discovered the locked ETH

On April 29th, 2021, the Fireblocks team conducted a regularly scheduled disaster recovery drill. During that drill, our team discovered that a set of BLS key shards from the backup could not be decrypted.

While we had no contractual obligation to store part of the BLS keys, Fireblocks received the partial BLS shards as part of a one-off ETH 2.0 staking project. Due to the project's unique nature, we could not create the BLS key using the Fireblocks MPC system and therefore could not use our MPC production system with its associated backups. We opted to provide a one-time advisory service to the partner for this project, where we briefed them on the procedure to shard and back up the BLS key that was sent to us.

service, as advised, before they used the keys in production.

The Fireblocks team immediately suspended the option to send ETH to this address on the off chance that the keys become unrecoverable.

# Unlocking the ETH staking rewards & restoring funds

The Fireblocks team is diligently working to assist all parties involved in regaining access to the ETH and resolving the loss.

We are currently working on multiple solutions, including:

1. Continuous attempts to recover the keys using forensics;

2. Cryptanalysis of the key generation library; and

3. Proposing a long-term ETH 2.0 solution to remediate such incidents on a holistic basis.

We will continue to provide updates on the status of this incident as new information is available.

**MORE FROM FIREBLOCKS**

## If you found this interesting, explore

View All Blog Posts

STAY AHEAD

# Sign up for the Fireblocks newsletter to stay informed about the industry.

Platform ⌄    Customers ⌄    Company ⌄    Developers    SPARK    Blog & Resources ⌄    Login    **Request Demo**

Subscribe

Platform    Customers    Company    Developers    SPARK    Blog & Resources    Login    **Request Demo**

**PLATFORM**

**CUSTOMERS**

Developers

Treasury
Management

Banks & FMIs

SPARK

Wallet as a
Service

Neobanks

Tokenization

Exchanges

**BLOG &
RESOURCES**

Fireblocks is an
enterprise-
grade platform
delivering a
secure
infrastructure
for moving,
storing, and
issuing digital
assets.
Fireblocks
enables
exchanges,
custodians,
banks, trading
desks, and
hedge funds to
securely scale
digital asset
operations
through patent-
pending SGX &
MPC
technology.

Payments

Lending Desks

Blog

Governance &
Policy Engine

OTC /
Brokerage

Webinar Hub

Security

Market Makers
/ Prop Traders

Resources

Staking

Hedge Funds

Fireblocks
Academy

Web3

PSPs

Ethereum Cost
Savings
Calculator

Fireblocks
Network

MPC 101

**COMPANY**

Flexible
Deployment

About

Digital Asset
Custody 101

Compliance

Custody & Risk
Principles

Institutional
DeFi 101

DeFi

Executive
Team

info@fireblocks.com

Integrations

Culture

Bug Bounty

How Fireblocks
Compares

Modern
Slavery
Statement

Login

Request Demo

Careers

Press

Partnerships

Fireblocks © 2023 All Rights Reserved.
NMLS Registration Number: 2066055

Privacy
Policy

Cookie
Policy

Terms of
Use

