**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>Plaintiff,<br>v.<br><br>STAKEHOUND SA,<br><br>Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

## AFFIDAVIT OF SERVICE

1. I am a partner with the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin"), special litigation counsel for Plaintiff Celsius Network Limited ("Plaintiff" or "Celsius") in the above-captioned adversary proceeding (the "Adversary Proceeding"). I am admitted to practice before this Court.

2. On July 11, 2023, Celsius filed its *Adversary Complaint* (the "Complaint") via the Court's electronic case filing system ("ECF") [ECF No. 1] in the above-captioned adversary proceeding against the defendant, StakeHound S.A. ("Defendant" or "StakeHound"). On August 22, 2023, Celsius filed its *First Amended Adversary Complaint* via ECF [ECF No. 31] (the "Amended Complaint").

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

2

      3.      In addition, on August 22, 2023, I caused a copy of the Amended Complaint to be emailed to StakeHound's U.S. counsel, Stephanie Wickouski, at swickouski@lockelord.com and deposited for overnight delivery on August 24, 2023 to Ms. Wickouski at Locke Lord, Brookfield Place, 200 Vesey Street, New York, NY 10281-2101.

      4.      I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:  August 25, 2023

                                                    */s/ Mitchell P. Hurley*
                                                    Mitchell P. Hurley