# Exhibit A

```
 1   arbitration or -- is it a litigation or arbitration in

 2   Israel?

 3             MS. WICKOUSKI:  Well, it's a litigation and this

 4   is important because the litigation really seeks to

 5   preserves assets, ironically, assets that Celsius --

 6             THE COURT:  This is the Fireblocks managed to lose

 7   the --

 8             MS. WICKOUSKI:  Yes.  And so --

 9             THE COURT:  -- private key.

10             MS. WICKOUSKI:  In everybody's -- think it's in

11   both Celsius and our client's interest to make sure that

12   that litigation is preserved.  It's affirmative litigation.

13   Make sure that that goes forward and is not prejudiced in

14   any way.  And one concern that we have is that -- I mean, we

15   want to make sure that we're not disclosing to the adverse

16   party.  And I say adverse party, it's adverse both to

17   Celsius and to StakeHound that we're not disclosing our

18   litigation strategy by, you know reverse engineering they

19   can figure out by the breakdown in legal fees, the breakdown

20   in court costs, what's really going on and what we're

21   planning to do.  And I think that's very important that in

22   these talks that proceed, we do so under an NDA or some

23   assurance of confidentiality with the Debtor, but I've no

24   reason to believe that they wouldn't agree to that, but I'm

25   just saying, we have to get that in place.  And I would see
```

Veritext Legal Solutions

212-267-6868				www.veritext.com				516-608-2400

Page 22

```
 1   that being a subject of discussion --
 2             THE COURT:  Have you talked with Mr. Hurley about
 3   that?
 4             MS. WICKOUSKI:  I haven't talked about that yet,
 5   but that would be something that we'd plan to discuss.
 6             THE COURT:  Well, there is little that I know
 7   about the issues about Fireblocks and StakeHound certainly
 8   suggest to me that you -- that Celsius and StakeHound share
 9   an interest in recovery.  Whether you can get a recovery is
10   a different issue.  But, you know, it's certainly sounded
11   like you shared an interest that would support a common
12   interest, agreement or something like that.
13             MS. WICKOUSKI: Yes.  I mean, that's right.  And
14   that is an action --
15             THE COURT:  But that's something you'd have to
16   talk about with --
17             THE COURT:  MS. WICKOUSKI:  Yes.  And that is an
18   action that benefits both parties so I think -- I hope I've
19   answered Your Honor's question with respect to service.
20             THE COURT:  Just so we're clear.  You're
21   unequivocally telling the Court that you are authorized to
22   accept service of the summons and complaint in the adversary
23   proceeding that Celsius filed.  Is that correct?
24             MS. WICKOUSKI:  Yes.
25             THE COURT:  Okay.  Go ahead.  I just wanted -- I
```

Page 24

```
 1   crystal clear.
 2             THE COURT:  I would assume that.
 3             MR. HURLEY:  In terms of confidentiality, we'll
 4   certainly consider anything proposed.  We haven't heard a
 5   proposal.  At this time, I'm not sure I completely follow
 6   the logic of what was being suggested but we'll listen to
 7   anything in good faith.
 8             THE COURT:  The one reaction I had to it was, you
 9   try and work that out.  It's something that I wanted to
10   delve into.  Let's put it that way.  I mean, there's certain
11   things that do need to be disclosed.  I mean, that didn't
12   seem -- what the strategy about litigation in Israel is is
13   not one of them.
14             MR. HURLEY:  And I guess finally just
15   housekeeping, Your Honor, in terms of when you'd like to
16   hear from us or see us again.  I don't know if you had a
17   date in mind.
18             THE COURT:  You know, if everything went smoothly
19   and you didn't need to see me again, that's fine.  But if
20   you need to see me, you'll get to see me soon.  You know,
21   you tell me.
22             MR. HURLEY:  All right. And I guess in the
23   meantime -- my understanding anyway is that we do have the
24   assurance required that there won't be dissipation at least
25   until we come back to the Court while we try to work out the
```