**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |
| CELSIUS NETWORK LIMITED, | |
| Plaintiff, | Adversary Proceeding No. 23-01138 (MG) |
| v. | |
| STAKEHOUND SA, | |
| Defendant. | |

**ORDER ENFORCING AUTOMATIC STAY**

Upon the submissions of counsel to Plaintiff Celsius Network Limited ("CNL") and Defendant StakeHound S.A. ("StakeHound") in the above-captioned adversary proceeding, and upon the record of the hearings held before the Court on August 2, 7, 8, 22 and 29, 2023, the Court

**FINDS AND ORDERS THAT**:

1. Pending further Order of the Court, StakeHound's prosecution of the arbitration it commenced in Switzerland on or around August 24, 2023 (the "Arbitration") is a violation of the automatic stay under Title 11, United States Code, Sec. 362.

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2. StakeHound shall immediately suspend all activity in connection with the Arbitration pending further order of the Court, except any activity that may reasonably be required to carry out the terms of this order, and that is agreed to in advance in writing (which may take the form of an email) by Celsius.

3. This Court shall retain exclusive jurisdiction with respect to the interpretation and enforcement of this order.

**IT IS SO ORDERED.**

Dated:  August 30, 2023
       New York, New York

                                                **/s/ Martin Glenn**
                                                MARTIN GLENN
                                        Chief United States Bankruptcy Judge