# EXHIBIT A

Token

**stakedMATIC (stMATIC)**

Buy
Exchange
Play
Gaming

**Sponsored:** **METAWIN**: The First Web3 Casino. Instant Payments, Instant Play. No Registration Required. **Play NOW**

ERC-20

More

## Overview

MAX TOTAL SUPPLY

46,258,097.419520672... stMATIC

HOLDERS

2

## Market

FULLY DILUTED MARKET CAP

$0.00

CIRCULATING SUPPLY MARKET CAP

-

## Other Info

TOKEN CONTRACT (WITH **18** DECIMALS)

0x19ffa8fc52df8982cea39b492e56abb2f8abc644

Ad

BC.GAME
PLAY NOW

**FILTERED BY TOKEN HOLDER**

**0xE08CcaFb94E1dE775bC43Ae927286F16848B8Fc8**

BALANCE

45,908,062.322645002070224348 stMATIC

VALUE

8/29/23, 1:36 PM 23-01138-mg Doc 55-1 Filed 08/30/23 Entered 08/30/23 16:50:33 Exhibit A Pg 3 of 3
stakedMATIC (stMATIC) Token Tracker | Etherscan

$0.00

Transfers Info Contract Analytics 0xe08ccafb94e1de775bc43ae...

A total of 2 transactions found

Advanced Filter First Page 1 of 1 Last

| | Txn Hash | Method | Date Time (UTC) | From | | To |
|---|---|---|---|---|---|---|
| | 0xb293a8f613b46dbfe... | Mint | 2021-04-28 11:32:23 | Null: 0x000...000 | IN | 0xE08Cca |
| | 0xc39f48ba8889fd5c5... | Mint | 2021-04-27 19:41:25 | Null: 0x000...000 | IN | 0xE08Cca |

First Page 1 of 1 Last

[ Download: CSV Export ]

A token is a representation of an on-chain or off-chain asset. The token page shows information such as price, total supply, holders, transfers and social links. Learn more about this page in our Knowledge Base.

https://etherscan.io/token/0x19ffa8fc52df8982cea39b492e56abb2f8abc644?a=0xe08ccafb94e1de775bc43ae927286f16848b8fc8 2/2