# EXHIBIT B



## Token  stakedDOT (stDOT) ⓘ

Buy ▾    Exchange ▾    Play ▾    Gaming ▾

**Sponsored:**  **METAWIN**: The First Web3 Casino. Instant Payments, Instant Play. No Registration Required. **Play NOW**

ERC-20    More ▾

### Overview

**MAX TOTAL SUPPLY**
78,539.1879478682 stDOT ⓘ

**HOLDERS**
2

### Market

**FULLY DILUTED MARKET CAP** ⓘ
$0.00

**CIRCULATING SUPPLY MARKET CAP**
-

### Other Info

**TOKEN CONTRACT (WITH 10 DECIMALS)**
📄 0xd79311eb6c74c408e678b8364b69b4744a5778f4 📋



### 👤 FILTERED BY TOKEN HOLDER

0xE08CcaFb94E1dE775bC43Ae927286F16848B8Fc8 📋

**BALANCE**
77,913.872498332 stDOT

**VALUE**

