# EXHIBIT D

Ethplorer

## Token stakedDOT
0xD79311EB6c74C408e678b8364B69B4744A5778f4

### stakedDOT token chart

| 1M | 3M | 6M | 1Y | Max | Reset |

— Transfers

Transfers

1

0

| 1. Jun | 11. Jun | 21. Jun | 1. Jul | 11. Jul | 21. Jul | 31. Jul | 10. Aug | 20. Aug |

Apr '21

2020

2021

BET US
WHERE THE GAME BEGINS
THE NEW WAY TO PAY IS THE
— BEST WAY TO PLAY —
JOIN NOW

### Contract Information                    QR-code

| | |
|---|---|
| 0xD79311EB6c74C408e678b8364B69B4744A5778f4 | 👁 Watch |
| Creator | 0x0b0B977facc378365E9AEdbe0bc28EE6Cd7f09Ed |
| Balance | 0.00 ◆ ETH |
| Transactions | 123 |

### Token stakedDOT Information                    Update

| | | |
|---|---|---|
| Symbol | stDOT | |
| Tags/Notes | No tags or notes | Add tag or note ❓ |
| Total Supply | 78,539.1879478682 stDOT | |
| Decimals | 10 | |
| Owner | 0x619bB406Eb26E27d056AB3DcEC64EBb66BEdC425 | |
| Transfers | 0 | |
| Issuances | 6 | |
| Holders | 2 | |

### Transfers    Issuances    Holders

ETH ☑  Tokens ☑  Filter by address or hash

### Token stakedDOT Transfers                    0 total

No transfers found

* all dates are displayed for GMT–5 timezone                    Export as CSV

BET US
WHERE THE GAME BEGINS
THE NEW WAY TO PAY IS THE
— BEST WAY TO PLAY —
JOIN NOW

Ethplorer

2016-2023 Ethplorer
Privacy & Terms
See also: ◈ Binplorer

| | |
|---|---|
| Updates | Contact |
| Knowledge Base | Subscribe |
| Feedback | Update your Token info |
| API | Login/Signup |
| Widgets | |