# EXHIBIT B

**To:** Robert Viglione[rob@horizenlabs.io]
**Cc:** Rosario Pabst[rosario@horizenlabs.io]; Jason Stone[jason.stone@celsius.network]
**From:** Albert Castellana[albert@stakehound.com]
**Sent:** Tue 10/20/2020 6:53:35 AM (UTC)
**Subject:** Re: Stakehound <> Horizen



I just sent you an invite for Friday 2pm ET, looking forward to it!

Cheers

El mar., 20 oct. 2020 4:08, Robert Viglione <rob@horizenlabs.io> escribió:

> Awesome thanks for the intro @Jason Stone, i'm just wondering why Albert gets to be called a great guy and I wasn't???
>
> j/k, great to meet you Albert and looking forward to talking soon.
>
> Rob
>
> On Mon, Oct 19, 2020 at 9:12 PM Rosario Pabst <rosario@horizenlabs.io> wrote:
>
>> Thanks for the intro, Jason!
>> Albert: great to e-meet you. Excited to learn more about Stakehound. How does Thursday or Friday afternoon, say 2pm ET work for you?
>>
>> **ROSARIO PABST**
>> **SVP OF PRODUCT & ENGINEERING**
>>
>> www.horizenlabs.io
>>
>> **Address:** Horizen Labs, Inc.
>> 401 Congress Avenue Suite 1540
>> Austin, TX 78701, USA
>> **Email:** rosario@horizenlabs.io
>>
>> On Mon, Oct 19, 2020 at 5:02 PM Albert Castellana <albert@stakehound.com> wrote:
>>
>>> Thank you Jason, pleased to meet you Rosario and Robert
>>>
>>> Absolutely! Let's have a call and discuss what we could do together. We are currently defining our roadmap for 2021, especially the listings and platforms to integrate with.
>>>
>>> When would be a good time for you?
>>>
>>> Kind regards
>>>
>>> **Albert Castellana**
>>>
>>> StakeHound - **Bringing Staking to DeFi**
>>> +34 688989877
>>>
>>> On Mon, Oct 19, 2020 at 9:28 PM Jason Stone <jason.stone@celsius.network> wrote:

Albert—

Pleased to introduce you to Rob & Rosario of Horizen!!

When I was down with them in Puerto Rico last week, I shared a little about Stakehound and what you guys are doing with ZCoin/DASH/NEM/Tezos etc etc. They are def interested in (cautiously) jumping on this bandwagon.

Rob— Albert is a great guy. Be nice. 😘

Attaching some of the recent announcements below for some context.

Please connect ASAP and let me know the result!!

Thanks,

Jason

https://blog.nem.io/nem-and-stakehound-form-partnership-to-provide-liquid-staking/

https://newsroom.dash.org/112220-dash-partners-with-stakehound-enabling-ethereum-defi-users-to-earn-rewards-with-stakeddash

Jason Stone
-------------------
(917)-881-6205

The information contained herein may be confidential and privileged attorney-client information or work product intended only for the individuals or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately.

--

**ROBERT VIGLIONE**
**CHIEF EXECUTIVE OFFICER**

www.horizenlabs.io

**Address:** Horizen Labs, Inc.
501 Congress Avenue Suite 150
Austin, TX 78701, USA
**Email:** rob@horizenlabs.io

The information contained herein may be confidential and privileged attorney-client information or work product intended only for the individuals or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately.