# EXHIBIT E



🔒 authorizations-celsius-stakehound ⌄ 

**Edgars Nemše** 4:49 AM
Hi Harumi, that sounds good. I just want to confirm with you that the API proposal for buying stETH I've discussed with Dennis is fine with you as well. I've suggested the second option listed in the document would be a good fit for you

*February 2nd, 2021 ⌄*

At a high level:
- You give us a list of one or more whitelisted addresses you will be sending ETH from
- For each of those addresses, you also specify a corresponding address you would like to receive your stETH at
- Whenever you send ETH to our address from one of those whitelisted addresses, our system will issue you stETH to the matching address in our list

From your side it doesn't need to be automated, but it will give you a clear path to do so in the future if you want to

PDF ▾



2020.12.01 Celsius API Description.pdf
PDF

Celsius - StakeHound
Integration proposal

This document describes the mechanism that Celsius can use to buy stETH directly from Stakehound in a fully automated fashion.

On a high level, the process is:
- Celsius sends Stakehound ETH from and to a specific account
- Stakehound sends Celsius the same amount in stETH to a specific account

Sending ETH

**Fernando Dreyfus** 3:40 PM
joined and left authorizations-celsius-stakehound. Also, Roni Cohen Pavon left. Jason and Connor Nolan joined.

**Harumi Urata-Thompson** 3:51 PM
Just for the record 1) Yes, I think this API method works 2) Jason will have to do a light KYC first but will mint 10k 3) we will separately mint 25k stETH

Jason and Connor can take it from here and I will be just reading the convo as it progresses

**Albert Castellana** 3:53 PM
Thanks for bringing everyone up to speed @Harumi - @Edgars Nemše @Redouane please let me know if you have any doubts !

**Redouane Lakrache** 3:53 PM
was added to authorizations-celsius-stakehound by Albert Castellana.

**Jason** 5:00 PM
@Albert Castellana I just called Harumi— confirmed that company (@Connor Nolan) will handle 2 separate mintings and direct the minted coins to 2 separate addresses given to you by @Harumi
Thanks

**Connor Nolan** 5:01 PM
these will be splits of 10k and 25k ETH

**Albert Castellana** 5:25 PM
Understood, so just for the record, this is Celsius's ETH being exchanged for stETH that will be sent directly to Celsius. (please @Connor Nolan confirm)
We will need the two addresses that you want those tokens to be sent to and you can send the eth to 0x607ebC82329D0CAc3027B83d15e4b4E816F131b7 (please @Edgars Nemše confirm), we will mint the stETH manually once the transfer is completed.

**Edgars Nemše** 5:26 PM
I confirm the address is 0x607ebC82329D0CAc3027B83d15e4b4E816F131b7
I can mint the stETH as soon as I have the 2 addresses and I see the ETH in our account

**Connor Nolan** 5:49 PM
can we have two separate addresses to send these to?

**Connor Nolan** 5:55 PM

 2 external people are from StakeHound

