# EXHIBIT A

BREDIN PRAT



### Dr. Raëd Fathallah
*Partner*

53 Quai d'Orsay, 75007 Paris, France
T: +33 1 44 35 35 35
F: + 33 1 42 89 10 73
raedfathallah@bredinprat.com

Raëd Fathallah is a partner in Bredin Prat's International Arbitration Group. He specializes in commercial and investor-state arbitrations and has acted, over the past 25 years, in over 200 arbitrations spanning a broad spectrum of business sectors and governed by a wide variety of governing laws and in many jurisdictions around the world.

Raëd has particular expertise in acting in arbitrations involving sovereign States and State-owned entities and has acted in dozens of Investor-State disputes (including ICSID) both as lead counsel and arbitrator.

He is also ranked amongst the most sought after arbitrators, having served in more than 80 arbitrations (as President or Sole Arbitrator in the vast majority of those cases) under the major institutional rules (ICC, LCIA, DIAC, ICSID and UNCITRAL Rules) and involving claims often exceeding USD 1 billion. He is a member of various arbitration panels and committees and is currently serving as a Vice President and a Court member of the London Court of International Arbitration, a member the ICSID Panel of Arbitrators and Conciliators and at the ICC Commission on Arbitration.

Raëd is recognized as one of the leading practitioners in the field and receives exceptional commentary from clients: he "has a brilliant legal mind, is always ten steps ahead of the adversary and never loses sight of the bigger picture" (*Chambers Global*). Considered as "one of the brightest minds of his generation" and a "superb advocate", observers are left impressed by "his professionalism, experience and client-orientated approach". Raëd is known as "a leading figure as arbitrator and counsel in the Paris market" (*Who's Who Legal*). Recognized as a "Thought Leader" in International Arbitration repeatedly since 2017 (*Who's Who Legal*), Raëd is also top ranked as "Incontournable" among the "Best Arbitrators in France" (*Décideurs, 2021*) and has been recognized as a "Distinguished Arbitrator" (*Arbitrator Intelligence, 2020*).

In January 2014, he was awarded the prestigious biennial ASA Prize for Advocacy in International Arbitration, which is awarded to "recognize counsel who, through their exceptional talents in advocacy, contribute most effectively to the promotion of effective resolution of international commercial disputes through arbitration." Raëd was then praised by leading members of the international arbitration community as being "one of the brightest" lawyers who delivers "first-class work" (*GAR*).

He is fluent in Arabic, French and English and has acted (as arbitrator, neutral and counsel) in proceedings involving all three languages.

## EXPERIENCE AS ARBITRATOR IN INVESTMENT-TREATY ARBITRATIONS

❑ Chairman in an arbitration between UK and Maltese entities and v Republic of Slovenia relating to the development and operation of an oil and gas field (*Ascent Resources Plc and Ascent Slovenia Ltd v Republic of Slovenia* (ICSID Case No. ARB/22/21) (case pending).

❑ Chairman in an arbitration between Dutch entities and the Kingdom of Spain relating to an investment in the renewal energy sector (*Sevilla Beheer B.V. and others v. Kingdom of Spain* (ICSID Case No. ARB/16/27)) (case pending).

❑ President of an *ad hoc* committee in annulment proceedings between a Luxembourgish company and the Republic of Madagascar relating to a textile factory (*(DS)2, S.A., Monsieur Peter de Sutter et Monsieur Kristof De Sutter v. Republic of Madagascar* (ICSID Case No. ARB/17/18)) (resigned).

❑ Chairman in an arbitration brought by a waste management company against the Republic of Ivory Coast in relation to a waste management concession (*Wise Solutions CDI, SA v. Republic of Côte d'Ivoire* (ICSID Case No. ARB/17/48)) (case concluded).

❑ Member of an *ad hoc* committee in annulment proceedings between a UK Company and the Bolivarian Republic of Venezuela relating to a farm business *(Vestey Group Ltd. v. Bolivarian Republic of Venezuela* (ICSID Case No. ARB/06/4)) (case concluded).

❑ Chairman in an arbitration between a mining company and the Islamic Republic of Mauritania relating to an iron ore mining project (*Tamagot Bumi S.A. and Bumi Mauritania S.A. v. Islamic Republic of Mauritania* (ICSID Case No. ARB/14/23)) (case concluded).

❑ Chairman in an arbitration between a Texan energy company and the Republic of Cameroon relating to a hydrocarbon concession (*RSM Production Company* v. *Republic of Cameroon* (ICSID Case No. ARB/13/14)) (case concluded).

## EXPERIENCE AS ARBITRATOR IN COMMERCIAL ARBITRATIONS

### *As Chairman*

❑ ICC arbitration arising out of a dispute in the construction sector between a Middle Eastern and a Korean company over the construction contract for oil refineries in a Gulf State (London – English Law).

❑ ICC arbitration between a Middle Eastern company and an Asian company arising from a construction contract for works related to the underground transport system (Doha – Qatari law).

❑ ICC arbitration between a Middle Eastern company and several Asian respondents arising from a USD 250 million dispute over an engineering and construction contract for two oil refineries in a Gulf State (London – English law).

❑ LCIA dispute arising out of an investment deed related to the business combination of two software companies (London – English Law).

❑ LCIA arbitration arising out of the purchase of shares in a series of companies engaged in various media enterprises in the UAE (London – English law).

❑ ICC arbitration between an US company and a Middle Eastern company arising from an agreement for the establishment find the management of a hospital in a Gulf State (London - English law).

❑ DIAC arbitration between two UAE companies arising out of a USD 200 million dispute relating to a contract for the design and construction of a hotel and touristic resort in Abu Dhabi (Abu Dhabi- UAE law).

❑ ICC arbitration between a Romanian company and five entities based in Italy, Turkey and Oman arising out of a subcontract agreement concerning works on a road in Oman (Geneva - law of the Sultanate of Oman).

❑ ICC arbitration between a Qatari company and a Qatari foundation arising out of a USD 120 million dispute related to the management and operations of a large shopping, cultural and recreational centre in Qatar (Doha – Qatari law).

❑ DIAC arbitration arising out of a USD 100 million dispute over performance and termination of a contract for construction works between two Dubai-based companies (Dubai – law of the Emirate of Dubai).

❑ DIAC arbitration between an Abu Dhabi company and a Scottish partnership relating to a USD 130 million dispute in connection with the design and construction of a landmark project in Abu Dhabi (Dubai – laws of the UAE).

❑ ICC arbitration between US and UAE companies over a service agreement relating to the supply of military equipment (London – laws of the USA and the UAE).

❑ ICC arbitration between Moroccan and Malaysian entities over an urban development project in Morocco (Paris – Moroccan law).

❑ DIAC arbitration between Middle Eastern and UAE-based entities in relation to two construction projects in the UAE (Dubai – UAE law).

❑ DIAC arbitration between two UAE-based companies in the medical sector (Dubai – UAE law).

❑ Ad hoc arbitration between a UAE consultancy firm and Qatari entities in relation to a gas project in Doha (Doha – Qatari law)

❑ TRAC arbitration between Turkish and Iranian parties in a dispute related to the sale of shares in a petrochemical company (Tehran Regional Arbitration Centre -  Tehran – Turkish law).

❑ ICC arbitration between a Qatari owner and a German construction company in relation to a construction project in Qatar (Paris – Qatari law).

❑ ICC arbitration between Tunisian and Moroccan parties relating to the development of wind energy projects in North Africa (Paris – English law).

❑ ICC arbitration between Barbados and European companies and a Tunisian company relating to the exploitation of a hydrocarbon field in Tunisia (London – English law).

### *As Co-Arbitrator*

❑ Ad hoc arbitration related to the construction of combined cycle electricity plant in Saudi Arabia (Manama - Laws of the Kingdom of Saudi Arabia).

❑ ICC arbitration arising out of a FIDIC and termination agreement related to a road construction project. (Vienna – Slovak Law).

❑ LCIA arbitration brought by a Saudi company and relating to the aviation field (LCIA Jeddah – Laws of the Kingdom of Saudi Arabia).

❑ ICC arbitration brought by an Emirati company against an Iranian company relating to a contract in the petroleum sector.

❑ Two ICC arbitrations between two Saudi companies arising from a contract related to the construction of one of the largest chemical complex ever built (ICC London – English Law).

❑ ICC arbitration brought by Cayman Islands and Dubai corporations against BVI and Dubai corporations in a USD 174 million dispute over a number of connected financing agreements pertaining to an education business in the UAE (Paris – English law).

- ICC arbitration between high net worth individual and a Central Asian public authority in a EUR 910,000,000 dispute over a large hospitality development project in the Persian Gulf. (ICC Paris – Iranian law).

- LCIA-DIFC arbitration concerning a dispute arising out of the construction of a major residential project in Dubai (Dubai – UAE law).

- ICC arbitration involving a Japanese company and an American firm in relation to a pharmaceutical licencing agreement (Paris – New York law).

- DIFC-LCIA arbitration involving two UAE companies in relation to the construction of a housing and hospitality complex (Dubai – laws of Dubai and the UAE).

- DIAC arbitration in a USD 2 billion dispute between two Dubai based entities arising out of multiple agreements concerning the development of a landmark urban project in the UAE (Dubai - laws of the UAE).

- DIAC arbitration between a Abu Dhabi based energy company and a Malaysia-based multinational arising from an agency agreement (Dubai –UAE law).

- ICC arbitration between a Palestinian sub-contractor and a German contractor arising from a subcontract for design, engineering and construction works on an oil refinery (Abu Dhabi – UAE law).

- ICC arbitration in a USD 200 million construction dispute between Qatari, Lebanese and UAE entities in relation to the construction of gas liquefaction facilities (Doha – Qatari law).

- LCIA arbitration relating to a £ 150 million shareholder dispute between a leading commodities company and various Middle Eastern owners relating to a sugar refinery (London – English law).

- ICC arbitration between a Middle Eastern contractor and sub-contractor over the building of a shopping centre in Beirut (Beirut – Lebanese law).

- CRCICA arbitration between a leading Middle Eastern developer and an Egyptian entity over the development of a landmark urban project outside Cairo (Cairo – Egyptian law).

- ICC arbitration between an Indian mineral exporter against a Middle Eastern trading company for breaches of a commodity purchase agreement (London – English law).

- DIAC arbitration between Indian parties and a UAE company over a real estate project in Dubai (Dubai - UAE law).

- ICC arbitration between Russian and UAE and Jordanian entities over the sale of aircrafts (Paris-Russian law).

- LCIA arbitration between a major Arab Telecommunications company and a Saudi entity relating to the acquisition of a GSM licence in the Middle East (London – English law).

- CRCICA arbitration dispute between two Middle Eastern entities in relation to a services contract in the telecommunications sector (Cairo – Egyptian law).

- ICC arbitration between German, Russian and Middle Eastern based entities in relation to the sale of avionics equipment (Vancouver – Canadian law).

- CRCICA arbitration between Swiss and Egyptian entities in relation to the performance of a management contract in a touristic resort in Egypt (Cairo – Egyptian law).

- ICC arbitration between a Gulf-based telecommunications operator and its African joint venture partner in relation to a GSM licence in Burkina Faso (Paris – French law and OHADA treaty).

- ICC arbitration between an Egyptian firm and an Asian telecommunications operator in relation to the performance of a consultancy agreement (Paris – French law).

***As Sole Arbitrator***

4

- LCIA arbitration between a UK company and Jersey based company over an agreement for the provisions of telecommunication services (London – English law).

- DIAC arbitration between UAE owner and a consortium of construction companies over a USD 1.4 billion landmark sport and leisure project in Dubai (Dubai – UAE law).

- LCIA arbitration between a German company and of a world leading hotel company over franchising agreements pertaining to six hotels in Germany (London – English law).

- ICC arbitration between a South African and a BVI entity against Armenian entities in a dispute regarding three share sale and purchase agreements of mining rights (Paris – *Lex Mercatoria* and General Principles of Law).

- LCIA arbitration between Saudi and UAE entities over a hotel development project in Mecca – Saudi Arabia (London – English law).

- DIFC-LCIA arbitration between a UAE company and Cayman Island company in dispute regarding the construction of a solar plant in Jordan (Dubai – Jordanian law).

- DIAC arbitration between two UAE entities over the interpretation of a share purchase agreement (Dubai – UAE law).

- LCIA arbitration between a Turkish iron producer and an Austrian steel supplier over a contract for the sale and purchase of pig iron (London – English law).

- 19 DIAC arbitrations (consolidated into 4 arbitrations) between a UAE real estate developer and a financial institution relating to the sale of real estate units in Dubai (Dubai – UAE law).

- LCIA arbitration between a UK company and a Dubai-based construction company over the performance of professional services (Dubai – UAE law).

- 3 parallel LCIA arbitrations between a Russian bank and Cypriot and Bermuda investment funds in relation to the various brokerage contracts (London – English law).

- ICC arbitration between a leading U.S. software company and a leading electronics producer in Taiwan over a software licence and support agreement (Zurich – English law).

- ICC arbitration between a French company and a Turkish distributor arising out of the termination of a distribution contract of pharmaceutical and medical supplies (Paris – French law).

- ICC arbitration between an Egyptian entity and a major French institution over a consultancy, representation and agency agreements (Paris – Egyptian and French laws).

- ICC arbitration between a Qatari owner and a French design firm in relation to a construction dispute over a building and design project in Doha (Paris – French law).

### *Other experience as neutral or mediator*

- Sole Mediator in a USD 800 million dispute between a public works authority of a Gulf State and multiple contractors and engineering firms relating to a major highway project (confidential).

- Co-Mediator (appointed by the French Courts) in a dispute between a Saudi industrial conglomerate and a French engineering firm relating to a EUR 85 million construction project in Jeddah (French and Saudi laws).

- Member of a Dispute Adjudication Board (DAB) between UK and UAE entities relating to a construction project in Dubai.

- Pre-Arbitral Referee (ICC) in a dispute between English and Indian parties in relation to the development of a wind-farm energy project in India (London – English law).

## EXPERIENCE AS COUNSEL IN INVESTMENT-TREATY ARBITRATIONS

❑ Representing the Kingdom of Morocco in *Finetis SARL and Finetis Maroc SA v. Kingdom of Morocco* (ICSID Case No. ARB/21/44).

❑ Representing the Arab Republic of Egypt in *HeidelbergCement AG and others. v. Arab Republic of Egypt* (ICSID Case No. ARB/21/50).

❑ Representing the Arab Republic of Egypt in *Gesenu S.p.A. v. Arab Republic of Egypt* (ICSID Case No. ARB/20/45).

❑ Representing a Luxembourg real estate investors in an ICSID arbitration against Serbia in a dispute related to the construction of a shopping center in Belgrade. *BRIF TRES d.o.o. Beograd and BRIF-TC d.o.o. Beograd v. Republic of Serbia* (ICSID Case No. ARB/20/12).

❑ Representing companies of UC Rusal in *Emergofin B.V. and Velbay Holdings Ltd. v. Ukraine* (ICSID Case No. ARB/16/35).

❑ Represented the Arab Republic of Egypt in *Cementos et al. v. Arab Republic of Egypt* (ICSID Case No. ARB/13/29)

❑ Represented the Lebanese Republic in *Abed El Jaouni et al. v. Lebanese Republic* (ICSID Case No. ARB/15/3).

❑ Representing a Middle Eastern State in an UNCITRAL arbitration arising under the OIC Agreement (PCA).

❑ Representing the Lebanese Republic in *J&P Avax SA v. Lebanese Republic* (ICSID Case No. ARB/16/29).

❑ Represented the Republic of Croatia in a case under the Dutch-Croatian BIT (*Amlyn Holding B.V. v. Republic of Croatia* (ICSID Case No. ARB/16/28)).

❑ Represented the Arab Republic of Egypt in *Champion Holding Company et al. v. Arab Republic of Egypt* (ICSID Case No. ARB/16/02).

❑ Represented the Republic of Croatia in *B3 Croatian Courier Coöperatief U.A. v. Republic of Croatia* (ICSID Case No. ARB/15/5).

❑ Represented the Arab Republic of Egypt in *Mohamed Abdel Raouf Bahgat v. Arab Republic of Egypt* (PCA Case No. 2012-07).

❑ Represented the Arab Republic of Egypt in *National Gas S.A.E. v. Arab Republic of Egypt* (ICSID Case No. ARB/11/7).

❑ Represented the Arab Republic of Egypt in *Jan de Nul N.V. and Dredging International N.V. v. Arab Republic of Egypt* (ICSID Case No. ARB/04/13).

❑ Represented the Arab Republic of Egypt in *Ahmonseto, Inc. (US) et al. v. Arab Republic of Egypt* (ICSID Case No. ARB/02/15).

❑ Represented the Arab Republic of Egypt in *Champion Trading Company (US) and Ameritrade International, Inc. (US) v. Arab Republic of Egypt* (ICSID Case No. ARB/02/9).

❑ Represented the Arab Republic of Egypt in *Indorama International Finance Limited v. Arab Republic of Egypt* (ICSID Case No. ARB/11/32).

❑ Represented the Hashemite Kingdom of Jordan in *Orange S.A. v. Hashemite Kingdom of Jordan* (ICSID Case No. ARB/15/10).

❑ Represented the Democratic Republic of Congo in *International Quantum Resources Limited, Frontier SPRL and Compagnie Minière de Sakania SPRL v. Democratic Republic of the Congo* (ICSID Case No. ARB/10/21).

❑ Represented US investors in *Mr. Hassan Awdi, Enterprise Business Consultants, Inc. et al. v. Romania* (ICSID Case No. ARB/10/13).

❑ Represented Turkish investors in *Muhammet Çap et al. v. Turkmenistan* (ICSID Case No. ARB/12/6).

❑ Represented, as co-counsel, an Omani investor in *Desert Line Projects LLC v. Republic of Yemen* (ICSID Case No. ARB/05/17).

## ICSID ANNULMENT PROCEEDINGS

❑ Representing the Arab Republic of Egypt in *Cementos et al. v. Arab Republic of Egypt* (ICSID Case No. ARB/13/29) in the annulment proceedings.

❑ Representing the Lebanese Republic in *Abed El Jaouni et al. v. Lebanese Republic* (ICSID Case No. ARB/15/3) in the annulment proceedings.

❑ Represented the Arab Republic of Egypt in *Ahmonseto, Inc. (US) et al. v. Arab Republic of Egypt* (ICSID Case No. ARB/02/15) in annulment proceedings following the arbitral award rendered in favour of the Arab Republic of Egypt and the original proceedings.

## OTHER EXPERIENCE AS COUNSEL IN DISPUTES INVOLVING STATES AND STATE-OWNED ENTITIES

❑ Represented a global waste management company in an ICC arbitration against an African State arising out the wrongful termination of a public services contracts.

❑ Representing a Middle Eastern State in an ICC arbitration brought by a Danish-German consortium in relation to an EPC contract for the construction of power generation units.

❑ Represented an international waste management conglomerate in a USD 110 million arbitration against a Gulf State arising out of a concession contract.

❑ Represented the Democratic Republic of Congo in a USD 3 billion ICC arbitration filed against it by British, South African and other international investors over the termination of a mining concession.

❑ Represented Dayson Holding Ltd, a company of the Rusal Group, in a LCIA arbitration against the Federal Republic of Nigeria in a USD 450 million dispute arising out of the privatization of an aluminium processing company and aluminium plant.

❑ Represented a State-owned television broadcasting company in a USD $1.4 billion ICC arbitration initiated by a group of 15 claimants regarding the alleged breach of a sports rights transfer agreement covering the Middle East and North African region.

❑ Represented international aluminium producer Rusal in a USD 430 million ICC arbitration against the Republic of Guinea, arising from a share purchase agreement for the acquisition (in the framework of a privatization) of a mining complex including a bauxite mine, refinery and railway network.

❑ Represented a North African national oil and gas company in two multi-billion dollar ICC arbitrations relating to the application of price adjustment clauses in gas purchase and sale contracts.

❑ Represented a North African national oil and gas company in an ICC arbitration related to a company's selling price.

❑ Represented a North African national oil & gas company in an ICC arbitration against a Spanish

7

company in relation to a contract for the sale and purchase of liquefied natural gas.

- Represented a North African national oil company in a CRCICA arbitration, initiated by a group of 5 claimants, regarding the alleged breach of three petroleum concession agreements covering the North African region.

- Advised a global aluminium producer in a dispute against a Caribbean State relating to its investment in an aluminium plant.

- Represented a Middle Eastern company in an ICC arbitration relating to the breach of agreement concluded with a Cayman Island company.

## REPRESENTATIVE (RECENT) EXPERIENCE AS COUNSEL IN COMMERCIAL ARBITRATIONS

- Defended a global waste management conglomerate in an ICC arbitration brought by its UAE JV partner arising out of a concession for public services provision in an African State.

- Represented a U.S. telecommunications company in bringing claims against European and U.S. companies arising out of breaches of contract related to a corporate acquisition and involving breaches of reps and warranties (ICC Paris- French law)

- Represented an Egyptian oil and gas company in an ad hoc arbitration (administered by the PCA) brought by a French-based multinational group in connection with a long-term bitumen supply agreement and a joint venture agreement (Paris seat- Egyptian law).

- Represented a French construction company in an OHADA arbitration, with a seat in Abidjan and governed by the law of Guinea Bissau, against a Libyan entity arising out of a dispute over the renovation of a luxury hotel in West Africa (Ivory Coast Seat- OHADA).

- Represented a French leading energy producer in a post M&A dispute against another European energy supplier (ICC- Paris – French law)

- Represented the majority French shareholders of a leading retail group in a dispute with a British minority shareholder group regarding the decision not to distribute dividends due to exceptional circumstances (including COVID) (ICC- Paris – French law)

- Represented a French industrial group in an ICC arbitration relating to the termination of a distribution agreement in an Asian country (ICC Paris – French law).

- Represented a global leader in the Aerospace and Defence industry and some of its subsidiaries in the Middle East, the US and France in an arbitration (UNCITRAL) in connection with the termination of an agency agreement (*ad hoc* - Lebanon-Lebanese law).

- Represented a global technology leader for the Aerospace, Transport, Defence and Security markets in an ad hoc arbitration under the UNCITRAL rule, brought by an African company, arising out of a dispute related to a service provider agreement.

- Represented an aerospace and aviation company in an ICC arbitration arising out of the termination of a sales representative agreement in Brazil.

- Represented a Middle Eastern developer in a dispute relating to the construction and development of a real estate project in Jordan (ICC Amman-Jordanian law).

- Represented a global consumer healthcare group in multiple arbitration mediation and arbitration proceedings under the auspices against an Austrian group of companies as well as a French a private equity fund, arising from the sale of a subsidiary and the subsequent termination of the subsidiary's major supply agreement for baby products (ICC and the Franco-German Chamber of Commerce and Industry – Paris seat - French law).

- Represented a major European energy company in an ICC arbitration brought by its Lebanese sub-contractor in relation to the management of two power stations (ICC Paris – Lebanese law).

- Represented a French Art School in an ICC arbitration arising out of a licensing dispute against a leading U.S. educational institution (ICC Paris – French law).

- Defended one of the 8 Respondents facing a claim brought by a major Russian bank regarding various alleged breaches of the contractual representations and warranties in relation to the acquisition of the entire issued share capital of a subsidiary of a European banking group.

- Represented a European Defence contractor in an arbitration against its African agent regarding the performance of an agency agreement (*ad hoc*, Lebanon, Lebanese law).

- Represented a UAE investment company in a European Court of Arbitration matter governed by Algerian law against a BVI entity relating to a real estate development project in North Africa.

- Represented a Middle Eastern group in a USD 500 million dispute against Italian and German companies relating to the sale of oil rigs in the Persian Gulf (ICC-Zurich- Swiss law).

- Represented a Saudi developer in an AED 550 million DIAC arbitration against a Dubai-based property group arising out of a real estate project in Dubai (Dubai- UAE law).

- Represented a Cypriot company in a USD 200 million dispute with a Japanese multinational arising from the termination of a series of agency and distribution agreements in multiple European and Middle Eastern jurisdictions (ICC – Swiss law).

- Represented a U.S. real estate developer in a dispute with its UK partner over the development of a real estate project in Romania (ICC-Paris- Romanian law).

- Represented a French multinational in a dispute against an African company regarding the termination of a service provider agreement (ad hoc, French law).

- Represented a leading European investment bank in a claim brought against a Eastern European insurance and banking institution in relation to the payment of investment banking fees relating to a merger transaction (ICC Paris – French law).

- Represented a leading European industrial group in a dispute against a major defence contractor over a project to design and develop a defence system (ICC – Paris- French law)

- Represented a major Russian oil company in three arbitrations in Vienna and governed by Russian law, for an amount of US$300 million, US$170 million and US$20 million respectively, over joint ventures in the oil and gas sector, including litigation relating to challenges of interim and final awards, enforcement and bankruptcy proceedings*.

- Represented a client in a CRCICA arbitration arising out of the termination of a hotel management agreement with a major international hotel chain relating to a luxury hotel in Cairo*.

- Represented an international hotel company in an ad hoc arbitration against the owner over the termination of a hotel management agreement for a 5-star hotel in Tunisia*.

- Represented the owner in an ICC arbitration arising out of a dispute between a Lebanese company and a UK-based hotel operator in relation to a luxury hotel in Lebanon*.

## RECENT EXPERIENCE AS COUNSEL IN ARBITRATION-RELATED COURT PROCEEDINGS

- Representing Malaysia before the Paris Court of Appeal in the challenge to the recognition of a USD 15 billion partial award on jurisdiction rendered in a so-called ad hoc arbitration proceedings initiated by the purported heirs to the Sultan of Sulu on the basis of a XIXth century agreement and related to rights over part of Sabah, one of the states of Malaysia.

❑ Represented a Brazilian oil company, in an annulment proceeding brought by a Brazilian counterpart before the Paris Court of Appeal, in relation to several awards (USD 260 million) rendered in a LCIA arbitration.

❑ Represented an Egyptian company in a procedure for the enforcement, before the French national courts, of an award rendered in a commercial arbitration under the aegis of the CRCICA, concerning a dispute related to the performance of a gas distribution contract between two Egyptian companies.

❑ Represented family members in an action to set aside, before the Paris Court of Appeal, an arbitral award (USD 100 million) rendered in an ICC arbitration proceeding brought by other family members over the fulfilment of contractual obligations in the infrastructure sector.

## PANEL MEMBERSHIPS & NOMINATIONS

❑ LCIA (Vice President since 2021 and Court Member since 2019)

❑ ICSID (Panel of Arbitrators and Conciliators since 2016)

❑ Member of the Board of Trustees of the Lebanese Arbitration and Mediation Center (since 2022)

❑ Membre du Conseil d'Orientation stratégique de la Faculté de Droit de l'Université Saint-Joseph de Beyrouth

❑ Membre du Conseil d'Arbitrage – Chambre de Commerce Franco-Arabe

❑ ICC Commission on Arbitration (appointed by Lebanon)

❑ ICC Canada National Committee (Panel of Arbitrators)

❑ ICC Lebanon National Committee (Panel of Arbitrators)

❑ The Court of Arbitration for Art (The Netherlands) (Panel of Arbitrators)

❑ Dubai International Arbitration Centre (DIAC) (Panel of Arbitrators)

❑ ADGM Arbitration Centre (Panel of Arbitrators)

❑ Tehran Regional Arbitration Centre (Panel of Arbitrators)

❑ ICC Task Force on Arbitration involving States & State Entities

❑ Kuala Lumpur Regional Centre for Arbitration

❑ Hong Kong Arab Chamber of Commerce & Industry (IMAC)

## EDUCATION

❑ Doctor of Philosophy (D. Phil) – University of Oxford, Lincoln College (2007)

❑ Master of Comparative Jurisprudence (MCJ) – New York University School (1996)

❑ Licence en droit (L.L.L) – University of Ottawa (1994)

## BAR ADMISSIONS

❑ Paris (*Avocat à la cour* – 2007)

❑ England & Wales (Solicitor – 2005)

❑ Québec, Canada (Avocat – 1997)