**<u>Exhibit A</u>**

**Proposed Order**

**LOCKE LORD LLP**
Stephanie Wickouski
Jeffrey S. Kramer
Sean A. Feener
200 Vesey Street, 20th Floor
New York, New York 10281
Tel: (212) 415-8600
Fax: (212) 303-2754
swickouski@lockelord.com
jkramer@lockelord.com
sean.feener@lockelord.com

Jonathan W. Young (admitted *pro hac vice*)
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
Tel: (617) 239-0367
Fax: (617) 227-4420
jonathan.young@lockelord.com

*Attorneys for StakeHound S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                           Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG) |
| CELSIUS NETWORK LIMITED,<br>                           Plaintiff<br>         v.<br>STAKEHOUND SA,<br>                           Defendant | Adversary Proceeding<br>No. 23-01138 (MG) |

**ORDER GRANTING DEFENDANT STAKEHOUND SA's**
**MOTION PURSUANT TO BANKRUPTCY RULE 9006(c)**
**FOR ORDER SHORTENING NOTICE WITH RESPECT TO THE**
**EMERGENCY MOTION FOR AMENDMENT OF ORDER GRANTING TRO**

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The Debtors' service address in these Chapter 11 Cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

Upon the motion (the "***Motion to Shorten***"),[2] dated September [●], 2023 [ECF No. [●]], of StakeHound S.A., the defendant in the above-captioned adversary proceeding, pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), for entry of an order shortening the notice period with respect to StakeHound*'s Emergency Motion for Amendment of Order Granting TRO* (the "***Emergency Motion***"), all as more fully set forth in the Motion to Shorten; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten, the Emergency Motion, and the Second Castellana Declaration, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted as set forth herein.

2. Any responses or objections (collectively, "***Objections***") to the relief requested in the Emergency Motion must be filed by **September [•], 2023, at [•]:00 [•].m. (prevailing Eastern Time)**.

3. A hearing on the Motion shall be held on **September [•], 2023, at [•]:00 [•].m. (prevailing Eastern Time)**, using Zoom for Government. Parties should not appear in person and those wishing to appear or participate at the Final Hearing (whether "live" or "listen only") must make an electronic appearance through the Court's website prior to 4:00 p.m. (Eastern Time) on September [•], 2023, at [•]:00 [•].m. (prevailing Eastern Time). Instructions for making an eCourtAppearance and additional information on the Court's Zoom procedures can be found at http://www.nysb.uscourts.gov/content/judgemartin-glenn.

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion to Shorten.

2

4. StakeHound is authorized to take all actions necessary or appropriate to give effect to this Order.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2023
       New York, New York

                                        _____
                                        HONORABLE MARTIN GLENN
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE