**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                    Debtors.<br><br>CELSIUS NETWORK LIMITED,<br>                    Plaintiff<br>            v.<br>STAKEHOUND SA,<br>                    Defendant | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Adversary Proceeding<br>No. 23-01138 (MG) |

**ORDER GRANTING DEFENDANT STAKEHOUND SA's**
**MOTION PURSUANT TO BANKRUPTCY RULE 9006(c)**
**FOR ORDER SHORTENING NOTICE WITH RESPECT TO THE**
**EMERGENCY MOTION FOR AMENDMENT OF ORDER GRANTING TRO**

Upon the motion (the "***Motion to Shorten***"),[2] dated September 15, 2023, [ECF No. 67], of StakeHound S.A., the defendant in the above-captioned adversary proceeding, pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), for entry of an order shortening the notice period with respect to StakeHound*'s Emergency Motion for Amendment of Order Granting TRO* (the "***Emergency Motion***"), all as more fully set forth in the Motion to Shorten; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten, the Emergency Motion, and the Second Castellana Declaration, and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The Debtors' service address in these Chapter 11 Cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion to Shorten.

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted as set forth herein.

2. All papers in support of the Emergency Motion must be filed by **Monday, September 18, 2023 at 11:00 a.m. (prevailing eastern time)**.

3. Any responses or objections (collectively, "***Objections***") to the relief requested in the Emergency Motion must be filed by **Tuesday**, **September 19, 2023, at 10:00 a.m. (prevailing Eastern Time)**.

4. A hearing on the Motion shall be held on **Tuesday**, **September 19, 2023, at 3:00 p.m. (prevailing Eastern Time)**, in a hybrid fashion both in person and via Zoom for Government. The main parties must appear in person. Those wishing to appear in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the hearing will be conducted remotely using Zoom for Government.

5. Parties wishing to appear at or listen to the hearing, whether (a) an attorney or non-attorney, (b) appearing in person or remotely, or (c) making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. When making an eCourtAppearance, parties must specify whether they will appear at the hearing remotely or in person and, and if appearing remotely, whether they are making a "live" or "listen only" appearance. **Electronic appearances (eCourtAppearances) need to be made by 4:00**

**p.m., prevailing Eastern Time, the business day before the hearing Hearing (i.e., on Monday, September 18, 2023)**

      6.      StakeHound is authorized to take all actions necessary or appropriate to give effect to this Order.

      7.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: September 15, 2023
       New York, New York

                                                **/s/ Martin Glenn**
                                                MARTIN GLENN
                                   Chief United States Bankruptcy Judge