**EXHIBIT A**



# Dr. Bernhard Berger

**Attorney at Law, Partner, LL.M. (Harvard)**

One of the leading arbitrators in Switzerland – Chambers Global

About                                                                                           Dr. Bernhard Berger — Kellerhals Carrard

Bernhard co-heads Kellerhals Carrard's arbitration practice, focussing on international arbitration and commercial litigation. His areas of expertise include agency, distribution, licensing, franchising, joint ventures, M&A transactions, oil and gas, construction as well as international sales of goods. He is frequently chosen as a party-appointed arbitrator and chairman of international arbitrations. His experience extends to proceedings under the ICC Rules, Swiss Rules, LCIA Rules, SIAC Rules, rules of other institutions, ad hoc and investment arbitrations.

Bernhard holds an LL.M. from Harvard Law School (2001) as well as a Ph.D. (2000) and a law degree (1997) from the University of Berne. He is admitted to the Swiss Bar (1997).

Bernhard has authored numerous publications on matters of international commercial arbitration, civil procedure and commercial law, including the well-known book on "International and Domestic Arbitration in Switzerland" (4th edition, 2021).

### Contact

Tel. +41 58 200 35 45
Fax +41 58 200 35 11
bernhard.berger@kellerhals-carrard.ch

### Assistance

Caroline Leuenberger
+41 58 200 35 45
caroline.leuenberger@kellerhals-carrard.ch

### Languages

— German
— English
— French

# Expertise

Dr. Bernhard Berger — Kellerhals Carrard

## Expertise

- Construction and Real Estate
- Energy, Infrastructure and Environment
- Corporate and Business Law / M&A
- Intellectual Property Law, Technology Law, Digitalization and Communication
- Life Sciences, Healthcare, Pharmacology and Biotechnology
- Private Clients
- Dispute Resolution and Litigation
- Arbitration

## Sectors

- Energy and Natural Resources
- Healthcare and Life Sciences
- Industry and Trade
- Technology / IMT

# Experience

— Chambers Global (2023): „Bernhard Berger has notable experience in construction and contractual arbitrations. He acts as both arbitrator and arbitration counsel."

— Chambers Global (2022): „Bernhard Berger is uniformly acknowledged for his arbitration expertise, frequently acting as an arbitrator over a range of disputes, including post-M&A cases. He also represents clients in ICC arbitrations. A source reports: 'He grasps the relevant issues very quickly and is very well organised.'"

— Chambers Global (2021): „Bernhard Berger has a 'brilliant legal mind', according to interviewees. He is uniformly acknowledged for his arbitration expertise, frequently acting as an arbitrator over a range of disputes, including post-M&A and construction cases. He also represents clients in ICC arbitrations. One impressed source describes him as 'calm, friendly, organised and well prepared'."

— Legal 500 (2020): „Bernhard Berger is a very respected and well-versed arbitrator; great attention to details while not losing the big picture."

— Chambers Global (2020): „Bernhard Berger acts as both counsel and arbitrator in international arbitrations, with further expertise in acting as chairman of the arbitral tribunal. He also represents clients in procurement disputes. Interviewees report that he is 'very quick and combines excellent legal knowledge with a business mindset.' One impressed source describes him as 'very thorough, very well prepared, with a very high level of integrity and very robust intellectually'."

— Chambers Global (2019): „Bernhard Berger is highly regarded as a chairman for arbitral tribunals, with commentators describing him as 'one of the leading arbitrators in Switzerland,' and highlight his 'good preparation and sound legal understanding.' His cases include breach of contract and commercial agreement arbitrations. In addition Berger acts as counsel on set-aside proceedings and procurement arbitrations, often representing the respondents."

— Chambers Global (2018): „According to one client, Bernhard Berger is a 'pleasure to work with' and 'perfectly combines pragmatism, efficiency and profound scholarly knowledge'."

— Chambers Global (2017): „Bernhard Berger is an arbitration expert acting as counsel and serving as arbitrator. One source says he 'really is excellent,' with another adding: 'He did everything possible you can do on an

arbitration case with incredible calmness. I would recommend him anytime.' He focuses on corporate and commercial disputes."

**Career**

- Since 2009: Partner of Kellerhals Carrard

- 2001– 2008: Associate with Kellerhals

- 1997–2000: Research and Teaching Assistant at the University of Berne Faculty of Law, Institute for Banking Law

**Memberships**

- Bernese and Swiss Bar Associations

- Swiss Arbitration Association

- London Court of International Arbitration

- German Institute of Arbitration

**Education**

2001: LL.M., Harvard Law School

2000: Ph.D. (Dr. iur.), University of Berne Faculty of Law, Walther Hug Award (2001)

1997: JD Degree, University of Berne Faculty of Law

**Further Activities**  Dr. Bernhard Berger — Kellerhals Carrard

- President of the Board of Directors of the Swiss Arbitration Centre

- Member of the Board of ASA (Swiss Arbitration Association; Vice-President 2013–2020)

- Member of the Arbitration Court and the Special Committee of Swiss Chambers' Arbitration Institution (SCAI; 2009-2019)

- Lecturer at the University of Berne Faculty of Law (2007–2014)

- Lecturer at Schweizerischen Richterakademie (SRA) / Académie Suisse de la magistrature (ACSM), University of Lucerne (since 2009)

- Member of the Editorial Board of Bulletin ASA

- Member of the Editorial Board of Zeitschrift des Bernischen Juristenvereins (since 2005)

- Honorary Legal Advisor to His Majesty's Ambassador at the British Embassy Berne (since 2017)

Publications                                                                                     Dr. Bernhard Berger — Kellerhals Carrard

**Case Law Reviews**

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahr 2020, Veröffentlicht im Band 146, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2022, pp. 130-141

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahr 2019, Veröffentlicht im Band 145, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2021, pp. 197-206

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahr 2018, Veröffentlicht im Band 143, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2020, pp. 126-136

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahr 2017, Veröffentlicht im Band 143, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2019, pp. 208-216

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahr 2016, Veröffentlicht im Band 142, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2018, pp. 378-396

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahr 2015, Veröffentlicht im Band 141, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2017, pp. 288-298

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahr 2014, Veröffentlicht im Band 140, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2016, pp. 562-574

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahr 2013, Veröffentlicht im Band 139, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2015, pp. 290-300

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahr 2012, Veröffentlicht im Band 138, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2014, pp. 56-72

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahr 2011, Veröffentlicht im Band 137, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2013, pp. 271-287

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahre 2010, Veröffentlicht im Band 136, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2012, pp. 159-181

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahre 2009, Veröffentlicht im Band 135, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2011, pp. 551-575

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahre 2008, Veröffentlicht im Band 134, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2010, pp. 230-251. Co-Author: Franz Kellerhals

Case Law Reviews                                                    Dr. Bernhard Berger — Kellerhals Carrard

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahre 2007, Veröffentlicht im Band 133, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2009, pp. 373-385. Co-Author: Franz Kellerhals

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahre 2006, Veröffentlicht im Band 132, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2008, pp. 223-235. Co-Author: Franz Kellerhals

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahre 2005, Veröffentlicht im Band 131, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2007, pp. 198-206. Co-Author: Franz Kellerhals

— Die Rechtsprechung des Bundesgerichts zum Zivilprozessrecht im Jahre 2004, Veröffentlicht im Band 130, 3. Teil: Schiedsgerichtsbarkeit, ZBJV 2006, pp. 53–68. Co-Author: Franz Kellerhals

Articles

— The Use of Experts in International Arbitration - Specific Issues Relating to Legal Experts, in: Expert Evicence: Conflicting Assumptions and How to Handle Them in Arbitration, ASA Special Series No. 46, edited by Sébatien Besson & Harold Frey, Hunington, 2021, pp. 61-70

— Die Zuständigkeit von Schiedsgerichten in Investitionsstreitigkeiten mit Sitz in der Schweiz, Festschrift für Prof. Dr. Roderich C. Thümmel, De Gruyter 2020, pp. 45-52

— Die Schweiz als Schiedsort für Investitionsstreitigkeiten – Erkenntnisse aus der neueren Rechtsprechung des Bundesgerichts, ASA Bull. 2020, pp. 32-54 (Teil I), 296-314 (Teil II)

— Insolvenz und Schiedsvereinbarung in der Schweiz, ASA Bull. 2018, pp. 834-845

— Derechos Y Obligaciones De Los Árbitros En Las Deliberaciones, in: Héctor Flores Sentíes (editor), Retos Contemporáneos Del Arbitraje Internacional, México, 2018, pp. 149-166

Articles    Dr. Bernhard Berger — Kellerhals Carrard

— Consequences of a failure to comply with compulsory pre-arbitral steps, Revista Brasileira de Arbitragem, Volume XIV Number 56 2017, pp. 198-205

— No Force of Res Judicata for an Award's Underlying Reasoning, Note on 4A_633/2014 of 29 May 2015, ASA Bull. 2015, 642-657

— Interest in International Arbitration – An Overview, IBLJ 2014, 361–371. Co-Author: Ellen Moltzahn

— Negative effect of competence-competence revisited, Note on 4A_560/2013, Judgment of 30 June 2014, ASA Bull. 2014, 539-542

— Konkurrierende, optionale und asymmetrische Schieds- und Gerichtsstandsklauseln, Jusletter 13. Mai 2013 (www.jusletter.weblaw.ch)

— Rights and Obligations of Arbitrators in the Deliberations, ASA Bull. 2013, pp. 244-261

— Verfahren vor dem Handelsgericht: ausgewählte Fragen, praktische Hinweise, ZBJV 2012, pp. 465-483

— Kritische Gedanken zur Revision von Art. 7 IPRG im Lichte eines praktischen Beispiels, ASA Bull. 2011, pp. 33-44

— Arbitration and Politics: Analysis of a Peculiar Arbitration Between Libya and Switzerland, International Journal of Arab Arbitration, Vol. 3/2011, pp. 55-63. Co-Author: Stefanie Pfisterer

— Notification and Deposit, Publication, Confidentiality and Preservation of the File, in: Post Award Issues, ASA Special Series No. 38, edited by Pierre Tercier, Huntington, 2011, pp. 75-92

— The new Swiss domestic arbitration law: potential effects on international arbitration in Switzerland, SchiedsVZ 6/2011, pp. 301-306

— Security for Costs: Trends and Developments in Swiss Arbitral Case Law, ASA Bull. 2010, pp. 7-81

— Treuhand- und Trustverhältnisse in der Einzelzwangsvollstreckung und im Konkurs, ZZZ 2008/09, 147-159

— Erste Revision im 12. Kapitel IPRG über die Internationale Schiedsgerichtsbarkeit: Lis pendens vor Schiedsgerichten in der Schweiz künftig

kein Sistierungsgrund mehr, ZBJV 2007, pp. 151–156

— Appeals in International Arbitration under the New Swiss Federal Tribunal Statute, in: Christoph Müller (ed.), New Developments in International Commercial Arbitration 2007, Zurich/Basel/Geneva 2007, pp. 79-90

— Börsengesetzliche Informationspflicht des Effektenhändlers, recht 2007, pp. 229-235

— Die Widerklage zwischen kantonalem und eidgenössischem Recht, in: Monique Jametti Greiner/Bernhard Berger/Andreas Güngerich (Hrsg.), Rechtsetzung und Rechtsdurchsetzung: Zivil- und schiedsverfahrensrechtliche Aspekte, Festschrift für Franz Kellerhals zum 65. Geburtstag, Bern 2005, pp. 219–252

— Erste Erfahrungen mit den Swiss Rules of International Arbitration, Anwaltsrevue 4/2005, pp. 161–163. Co-Author: Franz Kellerhals

— Iura novit arbiter, in: Eugen Bucher/Claus-Wilhelm Canaris/Heinrich Honsell/Thomas Koller (Hrsg.), Norm und Wirkung, Festschrift für Wolfgang Wiegand zum 65. Geburtstag, Bern 2005, pp. 387–405. Co-Author: Franz Kellerhals

— Widerklage und Verrechnung nach den Swiss Rules of International Arbitration, in: François Bohnet/Pierre Wessner (Éds.), Mélanges en l'honneur de François Knoepfler, Bâle/Genève/Munich 2005, pp. 207–226. Co-Author: Franz Kellerhals

— Swiss Rules of International Arbitration – Ein Überblick zur neuen Internationalen Schiedsordnung der Schweizerischen Handelskammern, in dubio 2004, pp. 14–25. Co-Author: Franz Kellerhals

— Prozesskostensicherheit (cautio iudicatum solvi) im Schiedsverfahren, ASA Bull. 2004, pp. 4–21

— Gedanken zur Kautionspflicht im Zivilprozess, ZBJV 2004, pp. 277–287

— Die Prozessführungsbefugnis des Lizenznehmers. Ein Beitrag aus Anlass des neuen Designgesetzes (DesG), recht 2003, pp. 133–145. Co-Author: Andreas Güngerich

— Terms of Reference – Ihre Bedeutung für das Schiedsverfahren, recht 2002, pp. 24–36. Co-Author: Franz Kellerhals

— Registrierung von Mobiliarsicherheiten – Vorschläge zu einer Reform des

Kreditsicherungsrechts, ZBJV 2002, pp. 197–256

— Jederzeitiges Kündigungsrecht des Schiedsrichters? ASA Bull. 2002, pp. 5–25

— Der Anspruch des Bankkunden auf «financial privacy» – Recht und Rechtsverwirklichung; Zugleich eine Beitrag aus Anlass der Revision des EBK-Rundschreibens 99/2: Auslagerung von Geschäftsbereichen (Outsourcing), Jusletter vom 7. Oktober 2002

— Zur Unterscheidung zwischen Rechtsscheinhaftung und Vertrauenshaftung – zugleich eine Besprechung von BGE 128 III 324, recht 2002, pp. 201–220

— Die Informationspflicht des Effektenhändlers nach der Richtlinie der Schweizerischen Bankiervereinigung (SBV), SWZ 2001, pp. 69–78

— Should Visual Artists have a Resale Royalty?, Jusletter vom 26. März 2001

— Unidroit Convention on Stolen or Illegally Exported Cultural Objects: legal impact of its ratification on Swiss art collectors, published in spring 2001, Langdell Library, SWI 977 BER44 2001

— Erwerb einer (Minderheits-)Beteiligung als Wettbewerbsabrede? SZW 2001, pp. 305–315. Co-Author: Beat Brechbühl

— Bankgeheimnis und Funktionsauslagerung (Outsourcing), Jusletter vom 22. Mai 2000

— Zur Eigenhaftung beigezogener Bauexperten gegenüber geschädigten Nachbarn, Jusletter vom 15. Mai 2000

— Der «Fall Biber Holding» – mehr als nur ein aufsichtsrechtlich bedeutendes Bundesgerichtsurteil, recht 2000, pp. 174–180

— Outsourcing vs. Geheimnisschutz im Bankgeschäft, recht 2000, pp. 182–197

— Vertrauenshaftung auch im Bankgeschäft – zur Haftungsgrundlage und zu den Grenzen von Aufklärungspflichten, AJP 1999, pp. 541–554. Co-Author: Martin Moser

— Zur rechtssystematischen Einordnung von Art. 11 BEHG, ZBJV 1999, pp. 713–743. Co-Author: Wolfgang Wiegand

— Abschied vom Gefahrensatz?, recht 1999, pp. 104–110

Articles                                                                                         Dr. Bernhard Berger — Kellerhals Carrard

— Der Euro – Rechtliche Aspekte der neuen europäischen Währung, recht 1998, pp. 89–100. Co-Author: Wolfgang Wiegand

— Informations- und Beratungspflichten vor und nach Einführung des Euro, Der Schweizer Treuhänder, 1998, pp. 1291–1300. Co-Author: Wolfgang Wiegand

— Rechtliche Aspekte des Euro, Anwaltsrevue Nr. 6–7/1998, pp. 9–14

Commentaries

— Article 186 of the Swiss Private International Law Act, in: Manuel Arroyo (ed.), Arbitration in Switzerland, The Practitioner's Guide, 2nd edn. Alphen aan den Rijn 2018

— Articles 23 and 24 of the Lugano Convention, in: Christian Oetiker/Thomas Weibel (Eds.), Lugano-Übereinkommen, Basler Kommentar, 2nd edition, Basel 2016

— Articles 18-21 of the Swiss Rules, in: Tobias Zuberbühler/Christoph Müller/Philipp Habegger (Eds.), Swiss Rules of International Arbitration: Commentary, 2nd edn, Zurich 2013. Co-Author: Stefanie Pfisterer

— Article 186 of the Swiss Private International Law Act, in: Manuel Arroyo (ed.), Arbitration in Switzerland, The Practitioner's Guide, Alphen aan den Rijn 2013

— Articles 1–12, 17, 18, 189 and 406 ZPO, in: Heinz Hausheer, Hans Peter Walter (Eds.), Berner Kommentar, Schweizerische Zivilprozessordnung, Bern 2012

— Articles 23 and 24 of the Lugano Convention, in: Christian Oetiker/Thomas Weibel (Eds.), Lugano-Übereinkommen, Basler Kommentar, Basel 2011

— Articles 2, 3, 4, 5, 9, 10 GestG, in: Franz Kellerhals/Nicolas v. Werdt/Andreas Güngerich (Hrsg.), Gerichtsstandsgesetz: Kommentar zum Bundesgesetz über den Gerichtsstand in Zivilsachen, 2. Aufl., Bern 2005

— Articles 18-21 of the Swiss Rules, in: Tobias Zuberbühler/Christoph Müller/Philipp Habegger (Eds.), Swiss Rules of International Arbitration: Commentary, Zurich 2005

**Monographs & reference books**                                              Dr. Bernhard Berger — Kellerhals Carrard

— International and Domestic Arbitration in Switzerland, 4th edn, published by Staempfli, C.H. Beck, Nomos, Hart and Nomiki, 2021 (947 pages). Co-Author: Franz Kellerhals

— Allgemeines Schuldrecht, Schweizerisches Obligationenrecht Allgemeiner Teil mit Einbezug des Deliktsrechts und Einführung in das Personen- und Sachenrecht, 3rd edn, Bern 2018 (898 pages)

— International and Domestic Arbitration in Switzerland, 3rd edn, published by Staempfli, C.H. Beck, Hart Publishing and Manz, 2015. Co-Author: Franz Kellerhals (890 pages)

— Allgemeines Schuldrecht, 2nd edn, Bern 2012 (924 pages)

— International and Domestic Arbitration in Switzerland, 2nd edn, published by Sweet & Maxwell, 2010. Co-Author: Franz Kellerhals (668 pages)

— Zivilprozessrecht: Unter Berücksichtigung des Entwurfs für eine schweizerische Zivilprozessordnung, der bernischen Zivilprozessordnung und des Bundesgerichtsgesetzes, Bern 2008 (473 pages). Co-Author: Andreas Güngerich

— Allgemeines Schuldrecht, Bern 2008 (910 pages)

— Internationale und interne Schiedsgerichtsbarkeit in der Schweiz, Bern/Vienna 2006 (810 pages). Co-Author: Franz Kellerhals

— Zivilprozessrecht, dargestellt anhand der Zivilprozessordnung für den Kanton Bern, 3rd ed., Bern 2004. Co-Authors: Franz Kellerhals and Andreas Güngerich

— Bernisches Zivilprozessrecht, 2nd edn, Bern 2003. Co-Authors: Franz Kellerhals and Andreas Güngerich

— Die Einführung des Euro: Auswirkungen auf privatrechtliche Rechtsverhältnisse in der Schweiz, Berner Bankrechtliche Abhandlungen Bd. 4, 2. Aufl., Bern 2002. Co-Author: Wolfgang Wiegand

— Duty of Confidentiality and its Impact on Asset Securitization in the Banking Business – Analysis of the Relative Law in the U.S. and Switzerland, Berner Bankrechtliche Abhandlungen vol. 10, Bern 2002

— Bernisches Zivilprozessrecht, Bern 2002. Co-Authors: Franz Kellerhals and Andreas Güngerich

**Monographs & reference books**

Dr. Bernhard Berger — Kellerhals Carrard

— Verhaltenspflichten und Vertrauenshaftung, dargestellt anhand der Informationspflicht des Effektenhändlers, Ph.D. thesis, Bern 2000, Berner Bankrechtliche Abhandlungen vol. 7, Bern 2000

**Editor**

— Rechtsetzung und Rechtsdurchsetzung: Zivil- und schiedsverfahrensrechtliche Aspekte, Festschrift für Franz Kellerhals zum 65. Geburtstag, Bern 2005. Co-Editors: Monique Jametti Greiner and Andreas Güngerich

Contact

**Bern**

Effingerstrasse 1
Postfach
CH-3001 Bern

Tel. +41 58 200 35 00
Fax +41 58 200 35 11
info@kellerhals-carrard.ch

**Contact**

Dr. Bernhard Berger
Tel. +41 58 200 35 45
Fax +41 58 200 35 11
bernhard.berger@kellerhals-carrard.ch