Pg 1 of 4

**Subject: Celsius <> Stakehound**
------------------------

From: **Jason Stone** <jason.stone@celsius.network>
Date: Sun, Nov 15, 2020 at 11:20 PM
To: Roni Cohen Pavon <roni@celsius.network>, <albert@stakehound.com>


Guys—

Great call today! Glad we are all on the same page!

@Albert—please share docs as mentioned with @Roni!

@Roni will respond when he is able (he's having a baby RIGHT NOW!, but we are well aware of the timeline now and it is a main priority for us).

Reserve "stETH" and all else "stDASH" etc @Albert!!


Best,

Jason



----------
From: **Roni Pavon** <roni@celsius.network>
Date: Sun, Nov 15, 2020 at 11:32 PM
To: Jason Stone <jason.stone@celsius.network>
Cc: <albert@stakehound.com>

Albert - real pleasure to finally (e)meet and thx for the call. Not sure that the baby will pop out today, but I'm trying to make good use of the time I've left ;)

As discussed:
1. Please share the legal docs. If the previous ones you got for the other coins are for the same structure, they should also be fine.
2. Please connect us to your compliance team so we see how can we reduce the costs.
3. You and Jason should close the loop together with Fireblocks and update
4. Please share your offer in terms of costs and exclusivity

Thanks again and thank you Jason for arranging

Roni

נשלח מה-iPad שלי

ב-16 בנוב׳ 2020, בשעה 0:20, Jason Stone <jason.stone@celsius.network> כתב/ה:

    Guys—


----------
From: **Albert Castellana** <albert@stakehound.com>
Date: Mon, Nov 16, 2020 at 9:06 AM
To: Roni Pavon <roni@celsius.network>
Cc: Jason Stone <jason.stone@celsius.network>


Good morning gentlemen,

It has been a pleasure Roni, thanks for the introduction Jason.

So happy to hear that you are about to have a baby. Will he/she be the first? Congratulations!

Here is the Request for confirmation of non-action sent to FINMA by our lawyers as well as the T&C of the platform. Please, let me know if you have any questions about it.

Thanks for noting down the next steps, I'm looking forward to the call with Fireblocks tomorrow and I will start working on #2 and #4.

In the meantime, can you please provide more detail on how you envision the custody of the keys working? It's the most critical part and I want to make sure we don't hit a roadblock there.

@Jason Stone I'll have a convo with the team tomorrow and start working on it.

Finally, I've signed Celsius' MNDA on DocuSign, can you please sign it back?

Kind regards,

**Albert Castellana**

[StakeHound](StakeHound) **- Bringing Staking to DeFi**
+34 688989877