**EXHIBIT C**

**Subject: StakeHound Onboarding - Celsius**
------------------------

From: **Albert Castellana** <albert@stakehound.com>
Date: Mon, Nov 30, 2020 at 2:55 AM
To: <Salome@celsius.network>,
Cc: Jason Stone <jason.stone@celsius.network>

Dear Salome, it's a pleasure meeting you.

Please, allow me to introduce           Head of ICO/STO Onboarding at Altcoinomy.

As Jason may have mentioned, StakeHound and Celsius are working together towards bringing a new token, stETH, into Celsius. stETH is a 1 to 1 representation of a staked-ETH that distributes staking rewards simply by holding it; democratizing the staking process, freeing stakeholders from the required lockup and allowing them to earn extra yield by participating in DeFi.

In order to move forward, we need to onboard Celsius with our compliance partner, Altcoinomy. Jason told me that you are the person that can make this happen.

If this is alright with you, Afsaneh will be helping you through the process.

Please, let me know if there are any questions or anything I can do to help.

Kind regards,

**Albert Castellana**

StakeHound **- Bringing Staking to DeFi**
+34 688989877

----------
From:                                    >
Date: Mon, Nov 30, 2020 at 10:31 AM
To: Albert Castellana <albert@stakehound.com>, Salome@celsius.network <Salome@celsius.network>
Cc: Jason Stone <jason.stone@celsius.network>

Dear Albert, Thank you for the introduction.

Dear Salome,

Nice to e-meet you. As Albert mentioned, we are the KYC/AML provide for Stakehound for its project as related to the staking of ETH. In order to be able to complete the KYC/AML of Celsius, we would need certain information on Celsius from you. These include:

- Certificate of incorporation
- Articles of Association
- Certificate of incumbency, no more than 6 months old
- List of directors and shareholders of the company
- Copies of passport and utility bill for all directors as well as any shareholder holding in excess of 25%
- Signed Beneficial Owner and Controlling Parties forms (this will be provided by us once we have received the documentation on the company)
- Copies of legal opinions for the jurisdictions you operate in

- Are you regulated in the UK? US?

- Copy of Celsius' KYC/AML Manual

Once we have received this information and reviewed it, we will also need to do a recorded video call for identification purposes with the majority shareholder of the company and/or CEO.

Please let me know if you have any questions.

Best,

From: ▮
Date: Mon, Dec 7, 2020 at 10:39 AM
Subject: Celsius Network
To: albert@stakehound.com <albert@stakehound.com>
Cc: ▮, ▮

Hi Albert,

I hope that you are well. I wanted to let you know that Celsius has been approved and they can go ahead and stake the ETHs.

Separately, could you please confirm that you have paid our two invoices. Thank you.

Best,

▮

▮



Place des Florentins 1

1204 Genève

■■■■■■■■

Email : ■■■■■■■■