**EXHIBIT E**

**Subject: Staked.us Online Login Creds Transfer**
------------------------

From: **Jason Stone** <jason.stone@celsius.network>
Date: Thu, Jan 21, 2021 at 5:23 PM
██████████████@staked.us>, ██████████████@staked.us>
Cc: Roni Pavon <roni@celsius.network>, Shiran Kleiderman <shiran.kleiderman@celsius.network>, Albert Castellana <albert@stakehound.com>, Edgars Nemše <edgars@stakehound.com>, Dennis Reichelt <dennis@celsius.network>

We need our account (thats used to access dashboard on staked.us) login credentials transferred from the email address they are currently under (either this one or might have been jstone213@mac) to admin@stakehound.com immediately.

Regardless of the outcome of Monday's node discussion, Stakehound is taking over ownership of management of these coins.

Thank You!

Jason


----------
██████████████staked.us>
Date: Thu, Jan 21, 2021 at 5:32 PM
To: Jason Stone <jason.stone@celsius.network>
██████████████staked.us>, Roni Pavon <roni@celsius.network>, Shiran Kleiderman <shiran.kleiderman@celsius.network>, Albert Castellana <albert@stakehound.com>, Edgars Nemše <edgars@stakehound.com>, Dennis Reichelt <dennis@celsius.network>


ok - sure. We can give them access to the read-only reporting login. To be clear, though, there isn't really any "management" of the coins to be done. But we'll keep you posted as to when we make the change. I don't know how to do it directly.
--

[Staked]

Earn yield by staking and lending your digital assets

[Follow us on Twitter!]

----------
From: **Jason Stone** <jason.stone@celsius.network>
Date: Thu, Jan 21, 2021 at 5:37 PM
[@staked.us]
[staked.us], Roni Pavon <roni@celsius.network>, Shiran Kleiderman <shiran.kleiderman@celsius.network>, Albert Castellana <[albert@stakehound.com]>, Edgars Nemše <[edgars@stakehound.com]>, Dennis Reichelt <dennis@celsius.network>


[@Albert Castellana] please share the reasons for this transfer.

Thanks,


----------
From: **Albert Castellana** <[albert@stakehound.com]>
Date: Thu, Jan 21, 2021 at 7:41 PM
To: Jason Stone <jason.stone@celsius.network>
[staked.us], [@staked.us], Roni Pavon <roni@celsius.network>, Shiran Kleiderman <shiran.kleiderman@celsius.network>, Edgars Nemše <[edgars@stakehound.com]>, Dennis Reichelt <dennis@celsius.network>


Hi ███ It's a pleasure meeting you. Thanks for the introduction Jason.

Just as a brief overview: StakeHound is a liquid staking platform that allows users to earn staking rewards while staying liquid and allowing them to participate in DeFI - borrowing, providing liquidity, etc. We achieve this by issuing stakedTokens such as stETH that are erc20 tokens with a rebasing function that allows us to distribute staking rewards daily to the holders.

The reason for this email thread is that Celsius has transferred ownership of all the underlying ETH to StakeHound and given that the ETH is locked staking, we need to transfer ownership of the nodes as well. Given that your system is using MPC, I'm assuming that you can't provide us with the validator keys for the nodes which we normally control, so the easiest route forward is simply to 'transfer' the nodes from Celsius' [staked.us] account to StakeHound's [staked.us] account. Does this make sense?

Aside from this, it would be great to have a call to get to know each other as I'm sure that there will be many alignments going forward.

Kind regards,

**Albert Castellana**
CEO @ [stakehound.com] - Bringing Staking and DeFi together
+34 688989877

----------
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@staked.us>
Date: Thu, Jan 21, 2021 at 8:00 PM
To: Albert Castellana <albert@stakehound.com>
Cc: Jason Stone <jason.stone@celsius.network>, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓staked.us>, Roni Pavon <roni@celsius.network>, Shiran Kleiderman <shiran.kleiderman@celsius.network>, Edgars Nemše <edgars@stakehound.com>, Dennis Reichelt <dennis@celsius.network>

Hi Albert-
Nice to connect. Thanks for clarifying. Generally makes sense.

As mentioned, I'm happy to provide access to our login / reporting system and assign the Celsius validators to that account. In terms of "node ownership", this is (largely) controlled by the ETH2 withdrawal address, which I'm assuming Celsius transferred to you? This ensures you've got the rights to the underlying funds. Per your comment, yes, we can't transfer the MPC shares so this is likely the cleanest way to handle.

Would love to learn more. Feel free to schedule next week something from my calendar link below. I expect many of our customers would like a liquid option:
https://meetings.hubspot.com/togilvie1

----------
From: **Albert Castellana** <albert@stakehound.com>
Date: Thu, Jan 21, 2021 at 8:44 PM
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@staked.us>
Cc: Jason Stone <jason.stone@celsius.network>, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓staked.us>, Roni Pavon <roni@celsius.network>, Shiran Kleiderman <shiran.kleiderman@celsius.network>, Edgars Nemše <edgars@stakehound.com>, Dennis Reichelt <dennis@celsius.network>

Yes, that's correct. The withdrawal keys have been transferred and all is well. Assigning the nodes to admin@stakehound.com should be sufficient now that you are aware of the situation. Thanks for the explanation. Please, let us know when you have processed the transfer so that our team can access.

Regarding the call, I just picked a time for tomorrow - 11:45pm cet. Looking forward to it.

Cheers,

**Albert Castellana**
CEO @ stakehound.com - Bringing Staking and DeFi together
+34 688989877

\----------
██████████████████████@staked.us>
Date: Fri, Jan 22, 2021 at 11:50 PM
To: Albert Castellana <albert@stakehound.com>


Hey Albert -
I'm on the line - are you joining?
Tim


\----------
From: **Albert Castellana** <albert@stakehound.com>
Date: Fri, Jan 22, 2021 at 11:51 PM
████████████████████staked.us>


████████ I'm on the waiting room

**Albert Castellana**
CEO @ stakehound.com - Bringing Staking and DeFi together
+34 688989877



\----------
██████████████████████@staked.us>
Date: Tue, Jan 26, 2021 at 6:04 PM
To: Albert Castellana <albert@stakehound.com>
Cc: Jason Stone <jason.stone@celsius.network>, ████████████████████staked.us>, Roni Pavon <roni@celsius.network>, Shiran Kleiderman <shiran.kleiderman@celsius.network>, Edgars Nemše <edgars@stakehound.com>, Dennis Reichelt <dennis@celsius.network>


This has been updated, so the reporting login admin@stakehound.com should now display the related validators.


\----------
From: **Albert Castellana** <albert@stakehound.com>
Date: Tue, Jan 26, 2021 at 6:57 PM
████████████████████staked.us>
Cc: Jason Stone <jason.stone@celsius.network>, ████████████████████staked.us>, Roni Pavon

<roni@celsius.network>, Shiran Kleiderman <shiran.kleiderman@celsius.network>, Edgars Nemše <edgars@stakehound.com>, Dennis Reichelt <dennis@celsius.network>

Awesome, thanks Tim!


----------
From: **Shiran Kleiderman** <shiran.kleiderman@celsius.network>
Date: Thu, Jan 28, 2021 at 12:13 AM
To: Albert Castellana <albert@stakehound.com>
Cc: Jason Stone <jason.stone@celsius.network>, Roni Pavon <roni@celsius.network>, Dennis Reichelt <dennis@celsius.network>, Harumi Urata-Thompson <harumi@celsius.network>


Hi, can you create a user for us? And share the creds.

Thank you,
Shiran.


----------
From: **Shiran Kleiderman** <shiran.kleiderman@celsius.network>
Date: Mon, Feb 1, 2021 at 9:09 AM
To: Albert Castellana <albert@stakehound.com>
Cc: Jason Stone <jason.stone@celsius.network>, Dennis Reichelt <dennis@celsius.network>


Hi, can you create a user for us? And share the creds.

thats sushiswap 23:34

which one is better to enter // makes more money from the correction 23:34

| | Tokens | Yearly ROI | Value | |
|---|---|---|---|---|
| All Setts - $753,724,631.68 | | | | |
| Digg DIGG | 57.35383 | 15938248.95% | $1,919,835.52 | |
| Badger BADGER | 2,488,579.68 | 183.08% | $32,975,328.51 | |
| Wrapped BTC/Digg wbtcDiggSLP | 0.00013e-5 | 11812.02% | $324,382.19 | |
| Wrapped BTC/Badger wbtcBadgerSLP | 0.10048 | 622.07% | $13,575,786.51 | |
| Wrapped BTC/Wrapped Ether wbtcWethSLP | 0.00616 | 61.72% | $187,565,569.72 | |
| Wrapped BTC/Digg wbtcDiggUNI-V2 | 0.00016e-5 | 74359.65% | $201,945.50 | |

staking alone seems to be best for now 23:41

although I really don't trust this interface 23:41

I really hope they use a bug-less version for us lol 23:41

**January 23**

ready? 14:53

Going to start the first step of stETH distribution in a sec, minting a small test amount to Celsius 17:09

Test tx was good, we will be issuing everything shortly 18:46

Ok 19:15

okay, distro in a few minutes 19:16

https://etherscan.io/token/0xdfe66b14d37c77f4e9b180ceb433d1b164f0281d

Ethereum (ETH) Blockchain Explorer
**stakedETH (stETH) Token Tracker | Etherscan**
stakedETH (stETH) Token Tracker on Etherscan

