**EXHIBIT F**

From: **Harumi Urata-Thompson** <harumi@celsius.network>
Date: Fri, Jan 22, 2021 at 10:07 PM
Subject: Celsius ETH
To: <albert@stakehound.com>
Cc: Connor Nolan <connor.nolan@celsius.network>

Hi Albert,

I am one of the two authorized personnel as per agreement. The other person, I know you got to know very well, is Roni. I am the CIO of Celsius.

Please also meet Connor in cc. He is my right hand person in this operation and he will be the one contacting you directly to discuss coins, wallets, etc.

We like to initiate creating stETH and start staking. Please pardon my ignorance as I got pulled into the agreement process relatively late in the round. At the risk of probably having you repeat everything that was likely already discussed, would you kindly instruct us where we are sending (and I will provide the wallet from where it is coming from as I think another thread is ongoing for that) and we can start from there?

I very much appreciate that. Looking forward to very much working with you.

Best regards,

--



**Harumi Urata-Thompson**
**CFO CIO** | Celsius

phone: 646-271-0003

**Roni Pavon**

**22 de enero de 2021**

**Roni Pavon:** Hello sir — 17:36

**Roni Pavon:** You have contact persons in the agreement with us and you're expected to follow it — 17:36

**Roni Pavon:** We will not bear any responsibility for anything instructed by someone who is not one of the two contact persons — 17:37

**Roni Pavon:** And that includes our NDA and the business relationship, that are with Celsius UK. The only people you're speaking with that are representing Celsius UK are Harumi and myself and any information, including these texts, are under this NDA — 17:38

**24 de enero de 2021**

**Me:** Just saw that I didn't respond. Completely understood 👍 — 16:04

**Me:** Are you free one of these days for a catch-up? One thing I need clarity is regarding any marketing, I'm assuming I should be discussing this with you instead of Jason then? — 16:08

**25 de enero de 2021**



**The Lido Withdrawal Key Generation Ceremony | Lido Blog**
The Lido DAOs first set of withdrawal keys was generated during a ceremony that took place between December 13th and 16th, 2020, performed by a group of the industry's most trusted buil...



19:26

Chorus One, Staking Facilities, Certus One, Argent, Banteg (yearn.finance), Alex Svanevik (Nansen), Anton Bukov (1inch), Michael Egorov (Curve/Nucypher), Rune Christensen (MakerDAO), Will Harborne (DeversiFi) and Mustafa Al-Bassam (LazyLedger) came together over a four-day event to generate threshold signatures for Lido's withdrawal keys in a secure environment on air-gapped machines.

19:26

I had lunch with Alex from Nansen, he really had not even considered any regulatory implications from participating and said that he accepted kind of last minute

19:26

Interesting 19:28

No Americans in that group 19:28

Not surprising 19:29

Yeah 19:29

Have you made deals with any other big groups or whale 19:29

We need more stETH issued ASAP 19:29

800 eth is coming this week almost certainly and I want to leverage stakedus and try to replicate the celsius deal with others

19:29