**EXHIBIT G**

# authorizations-celsius-stakehound

+ Añadir un marcador

# authorizations-celsius-stakehound

@Fernando Dreyfus creó este canal el 1 de febrero de 2021. Este es el principio del canal # authorizations-celsius-stakehound.

Añadir descripción    Añadir gente    Enviar mensajes de correo electrónico a un canal

1 de febrero de 2021

**Fernando Dreyfus** 19:34
se ha unido a #authorizations-celsius-stakehound. Además, Harumi y Roni Pavon se han unido.

**Fernando Dreyfus** 19:36
Hello! Invites have been sent to the Stakehound members. Thank you all!

**Harumi** 19:56
Thank you Fernando! This is a channel to talk about staking ETH as Roni and I are only the authorized personnel and have Albert and Edgars on the "recipient" end

**Slackbot** 20:04
**StakeHound** has joined this channel by invitation from **Celsius**.

**Albert Castellana** 20:04
se ha unido a #authorizations-celsius-stakehound por invitación de Fernando Dreyfus. Además, Fernando Dreyfus se ha ido.

**Albert Castellana** 20:15
Hi everyone!

**Edgars Nemše** 20:15
Hay 1 persona externa de Celsius.


**Edgars Nemše**  20:29
Hi all!

*1 de febrero de 2021*

*2 de febrero de 2021*


**Harumi**  03:49
Edgars and Albert, as I have chatted with Albert, I like to move forward with minting 25k ETH to start. Since we haven't done this with you, I want to see how this goes with this quantity

We are only the authorized personnel (Roni and myself) to take coins from you, so this is one and only the channel to do this business.  Under my direct command, there will be people on the coin deployment desk that will be touching the coins


**Edgars Nemše**  10:49
Hi Harumi, that sounds good. I just want to confirm with you that the API proposal for buying stETH I've discussed with Dennis is fine with you as well. He suggested the second option listed in the document would be a good fit for you

At a high level:
- You give us a list of one or more whitelisted addresses you will be sending ETH from
- For each of those addresses, you also specify a corresponding address you would like to receive your stETH at
- Whenever you send ETH to our address from one of those whitelisted addresses, our system will issue you stETH to the matching address in our list

From your side it doesn't need to be automated, but it will give you a clear path to do so in the future if you want to

PDF ▾

📄 **2020.12.01 Celsius API Description.pdf**
PDF



Hay **1 persona externa** de Celsius.

**Fernando Dreyfus** 21:40

se ha unido y se ha ido de #authorizations-celsius-stakehound. Además, Roni Pavon se ha ido. jason y Connor Nolan se han unido.

**Harumi** 21:51

Just for the record 1) Yes, I think this API method works 2) Jason will have to do a light KYC first but will mint 10k 3) we will separately mint 25k stETH

Jason and Connor can take it from here and I will be just reading the convo as it progresses

**Albert Castellana** 21:53

Thanks for bringing everyone up to speed @Harumi - @Edgars Nemše @Redouane please let me know if you have any doubts !

**Redouane** 21:53

se ha unido a #authorizations-celsius-stakehound por invitación de Albert Castellana.

**jason** 23:00

@Albert Castellana I just called Harumi— confirmed that company ( @Connor Nolan ) will handle 2 separate mintings and direct the minted coins to 2 separate addresses given to you by @Harumi
Thanks

**Connor Nolan** 23:01

these will be splits of 10k and 25k ETH

**Albert Castellana** 23:25

Understood, so just for the record, this is Celsius's ETH being exchanged for stETH that will be sent directly to Celsius. (please @Connor Nolan confirm)

We will need the two addresses that you want those tokens to be sent to and you can send the eth to 0x607ebC82329D0CAc3027B83d15e4b4E816F131b7 (please @Edgars Nemše confirm), we will mint the stETH manually once the transfer is completed.

Hay **1persona externa** de Celsius.

sent plz confirm amnt received

3 de febrero de 2021

**Edgars Nemše** 00:23
Confirmed, I see it in our accounts

0.01 ETH

**Connor Nolan** 00:28
i sent that test from a different adress from the one given above, apologies. All rest will come from there

**Edgars Nemše** 00:30
I see the rest as well

Starting the mint on our end

Done

https://etherscan.io/tx/0x211182df69d6b20c598c639ca211a632d87a335f18bec5a5d68d20a64bef5d70

**Connor Nolan** 00:37
received thanks

**Harumi** 00:39
This is absolutely the fastest minting/redemption I have seen

**Albert Castellana** 00:42
Thank you all for your support @Harumi  @Connor Nolan  @jason and @Edgars Nemše

We'll keep you posted as we setup the nodes and get everything up and running. The yield will be lower for the first few weeks as the nodes take a while to get online, but should be up to speed soon enough.

**Connor Nolan** 00:44
great thanks!

**jason** 00:45
🙏🏻