# **EXHIBIT H**

| | |
|---|---|
| **From:** | Albert Castellana <albert@stakehound.com> |
| **Sent:** | Thursday, October 14, 2021 2:10 PM |
| **To:** | Ron Sabo |
| **Cc:** | Edgars Nemše |
| **Subject:** | Re: Redeeming stZEN |

Thanks Ron, here is the rest:
https://explorer.zen-solutions.io/tx/60f3e1fde8dc2b4f140e5bf3b36c53bc10c92d0d8a4bab5f608673ee59be4e4b

Cheers,


**Albert Castellana**
CEO @ stakehound.com - Bringing Staking and DeFi together
+34 688989877




On Thu, Oct 14, 2021 at 9:19 PM Ron Sabo <ron.sabo@celsius.network> wrote:
 Thanks, Albert.

 The rest of our stZen sent.

 On Thu, 14 Oct 2021, 11:10 Albert Castellana, <albert@stakehound.com> wrote:
  Hi Ron,

  We confirm the receipt of 1 stZEN and sent you 1 ZEN here:
  https://explorer.zen-solutions.io/tx/650fe01fec4400c5cd7b793b84b82b0df1f91c70c5351d8c7eaf617bb552d2a3

  If you received it correctly, you can proceed with the rest.


  **Albert Castellana**
  CEO @ stakehound.com - Bringing Staking and DeFi together
  +34 688989877




 On Thu, Oct 14, 2021 at 5:43 PM Ron Sabo <ron.sabo@celsius.network> wrote:
  Hey Albert,

Thanks for the clarification. Yes, we would like to proceed with the purchase of ZEN vs stZEN based on a 1:1 price.



**Ron Sabo**
**Head of Research** | Celsius

phone: +972-52-896-1622

On Thu, Oct 14, 2021 at 10:36 AM Albert Castellana <albert@stakehound.com> wrote:
Dear Ron,

Our agreements make clear that there is no right of redemption. However, we can make available for you to purchase ZEN for stZEN at a one to one price. If you wish to proceed, please confirm that you wish to make this purchase and we will proceed with the test transaction.

Kind regards,

**Albert Castellana**
CEO @ stakehound.com - Bringing Staking and DeFi together
+34 688989877



On Wed, Oct 13, 2021 at 11:25 PM Ron Sabo <ron.sabo@celsius.network> wrote:
Hey Albert,

Getting back to you regarding redeeming stZEN. We just sent you a 1 stZAN test to the above mentioned address. Can you confirm receipt and send us 1 ZEN to znmfb3UGU1AzKXdfWioeuKAYHRFcBCiWB9a?

thanks



**Ron Sabo**
**Head of Research** | Celsius

phone: +972-52-896-1622

On Thu, Sep 2, 2021 at 7:38 AM Albert Castellana <albert@stakehound.com> wrote:
Dear Ron,

Thanks for the call as well, it was great to catch up.

As discussed previously, according to our terms and conditions this is not a redemption, but a trade of stZEN for ZEN. Be as it may, we will be happy to proceed with the trade if you can send us your ZEN address and the stZEN at the following address: 0xE14ce18903B0d3678a098F3BdEDA0AAC3790Ac3B

Would you like us to do a test transaction?

Cheers,


**Albert Castellana**
CEO @ stakehound.com - Bringing Staking and DeFi together
+34 688989877



On Wed, Sep 1, 2021 at 9:46 PM Ron Sabo <ron.sabo@celsius.network> wrote:
Albert,

It was great speaking with you yesterday.

As discussed and following your decision to stop operating the ZEN liquid staking operations, we would like to redeem our stZEN holdings.

Currently, we have 2350 stZEN that we would like to redeem. Can you guide us through the process of how this should be done?

Thanks,
ron




**Ron Sabo**
**Head of Research** | Celsius

phone: +972-52-896-1622


Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2021 Celsius Network

221 River Street, 9th Floor
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2021 Celsius Network

221 River Street, 9th Floor
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2021 Celsius Network

221 River Street, 9th Floor
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2021 Celsius Network

221 River Street, 9th Floor
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.