UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>                Plaintiff,<br><br>            v.<br><br>STAKEHOUND SA,<br><br>                Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

**REPLY DECLARATION OF MITCHELL P. HURLEY IN FURTHER SUPPORT OF PLAINTIFF CELSIUS NETWORK LIMITED'S MOTION FOR A PRELIMINARY INJUNCTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7065 AND FEDERAL RULE OF CIVIL PROCEDURE 65**

       1.       I am a partner with the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin"), special litigation counsel for Plaintiff Celsius Network Limited ("Celsius") in the above-captioned adversary proceeding (the "Adversary Proceeding"). I am admitted to practice before this Court.

       2.       I submit this reply declaration (the "Reply Declaration") in further support of Celsius' motion for a preliminary injunction against Defendant StakeHound SA ("StakeHound") pursuant to Federal Rule of Bankruptcy Procedure 7065 and Federal Rule of Civil Procedure 65 (the "Motion") filed on August 25, 2023 [ECF No. 47]. Except as otherwise indicated, all facts

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

set forth herein are based on my personal knowledge and documents and information available to me as special litigation counsel to the Debtors and Celsius.

3. Attached hereto as Exhibit A is a true and correct copy of an August 7, 2023 email from Celsius' counsel to StakeHound's counsel at Locke Lord LLP: Stephanie Wickouski, Jonathan Young and Sean Feener.

4. Attached hereto as Exhibit B is a true and correct copy of an August 8, 2023 email from Celsius' counsel to Stephanie Wickouski, Jonathan Young and Sean Feener.

5. Attached hereto as Exhibit C is a true and correct copy of a September 4, 2023 email from Celsius' counsel to Stephanie Wickouski, Jonathan Young, Sean Feener and Jeffrey Kramer of Locke Lord LLP.

6. Attached hereto as Exhibit D is a true and correct copy of a September 6, 2023 email from myself to Stephanie Wickouski, Sean Feener and Jeffrey Kramer.

7. Attached hereto as Exhibit E is a true and correct copy of a September 10, 2023 email from myself to Stephanie Wickouski, Jonathan Young, Sean Feener and Jeffrey Kramer.

8. Attached hereto as Exhibit F is a true and correct copy of a September 14, 2023 email from myself to Stephanie Wickouski, Jonathan Young, Sean Feener and Jeffrey Kramer.

9. Attached hereto as Exhibit G are excerpts of the transcript of the August 29, 2023 hearing before the Court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: September 15, 2023

                                                         /s/ Mitchell P. Hurley
                                                         Mitchell P. Hurley