# Exhibit B

## Stanley, Michael

| | |
|---|---|
| **From:** | Chapman, Dean |
| **Sent:** | Tuesday, August 8, 2023 11:38 PM |
| **To:** | Wickouski, Stephanie; Feener, Sean; Young, Jonathan |
| **Cc:** | Hurley, Mitchell; Scott, Elizabeth D.; Lombardi, Nicholas; Stanley, Michael |
| **Subject:** | RE: Celsius v. StakeHound - Protective Order |
| **Attachments:** | Celsius - StakeHound Protective Order 4871-8727-8965, 3.docx |

Please see a revised version of the protective order adding the UCC.  No other edits were made.  Thanks.

**Dean Chapman**
**Akin**
Direct: +1 212.872.8095 | Internal: 38095
Mobile: +1 919.740.5789

**From:** Chapman, Dean
**Sent:** Monday, August 7, 2023 6:22 PM
**To:** Wickouski, Stephanie <swickouski@lockelord.com>; Feener, Sean <Sean.Feener@lockelord.com>; Young, Jonathan <Jonathan.Young@lockelord.com>
**Cc:** Hurley, Mitchell <mhurley@AkinGump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>; Lombardi, Nicholas <nlombardi@akingump.com>; Stanley, Michael <mstanley@akingump.com>
**Subject:** Celsius v. StakeHound - Protective Order

Stephanie, please find a draft protective order attached (substantially the same as the orders previously entered by Judge Glenn in Celsius).  We are sending now in the interests of time, and it remains open to further review and comment from our side.  Thanks.

**Dean Chapman**
**Akin**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8095 | Internal: 38095
Fax: +1 212.872.1002 | Mobile: +1 919.740.5789 | dchapman@akingump.com | akingump.com | Bio
Pronouns: he/him/his (What's this?)

1