# Exhibit C

## Stanley, Michael

| | |
|---|---|
| **From:** | Chen, Michael |
| **Sent:** | Monday, September 4, 2023 10:12 PM |
| **To:** | Wickouski, Stephanie; Kramer, Jeffrey; Young, Jonathan; Feener, Sean; Wickouski, Stephanie |
| **Cc:** | Hurley, Mitchell; Scott, Elizabeth D.; Chapman, Dean; Stanley, Michael; Lombardi, Nicholas; McGoey, Kyle |
| **Subject:** | Re: Celsius Network Limited v StakeHound SA, Case No. 23-01138 (Bankr. S.D.N.Y.) |
| **Attachments:** | 2023.09.04 - Letter from M. Hurley to Locke Lord.pdf; 2023.09.04 - Celsius' RFPs to StakeHound.pdf; 2023.09.04 - Celsius' Deposition Notice of A. Castellana.pdf; Celsius - StakeHound Protective Order.docx |

Counsel:

Attached to this email please find (i) a cover letter addressing Celsius' discovery requests; (ii) Celsius' requests for production; (iii) Celsius' deposition notice of Albert Castellana; (iv) a proposed protective order. Please let us know if you have any questions or if you wish to discuss.

Best,
Mike

**Michael Chen**
**Akin**
Direct: +1 212.872.8003 | Internal: 38003