# Exhibit E

## Stanley, Michael

| | |
|---|---|
| **From:** | Hurley, Mitchell |
| **Sent:** | Sunday, September 10, 2023 2:04 PM |
| **To:** | Kramer, Jeffrey; Chapman, Dean; Scott, Elizabeth D.; Lombardi, Nicholas; Stanley, Michael; Chen, Michael |
| **Cc:** | Wickouski, Stephanie; Young, Jonathan; Feener, Sean |
| **Subject:** | Protective Order |
| **Attachments:** | #134540079v3_America_ - Protective Order.DOCX |

Jeff, please see a few additional comments on the P.O. please let us know if you are ok with this version and we will get it on file.  Thanks.

**Mitchell P. Hurley**
**Akin**

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.1011 | Internal: 31011
Fax: +1 212.872.1002 | mhurley@akingump.com | akingump.com | Bio

1