# Exhibit F

# Chapman, Dean

| | |
|---|---|
| **From:** | Hurley, Mitchell |
| **Sent:** | Thursday, September 14, 2023 7:30 PM |
| **To:** | Kramer, Jeffrey; Feener, Sean; Young, Jonathan; Wickouski, Stephanie |
| **Cc:** | Chapman, Dean; Scott, Elizabeth D. |
| **Subject:** | Further revised P.O. |
| **Attachments:** | #134540079v3_America_ - Protective Order (002).DOCX |

Per our discussion today, I have revised the P.O. to simply reserve the parties' respective rights.  Please advise if acceptable.

1