UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>                     Plaintiff,<br><br>      v.<br><br>STAKEHOUND SA,<br><br>                     Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

### DECLARATION OF MITCHELL P. HURLEY IN SUPPORT OF PLAINTIFF CELSIUS NETWORK LIMITED'S OPPOSITION TO STAKEHOUND'S MOTION TO RECONSIDER

1.      I am a partner with the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin"), special litigation counsel for Plaintiff Celsius Network Limited ("Celsius") in the above-captioned adversary proceeding (the "Adversary Proceeding"). I am admitted to practice before this Court.

2.      I submit this declaration (the "Declaration") in support of Celsius' opposition to StakeHound's motion to reconsider [ECF No. 74] this Court's temporary restraining order [ECF No. 59]. Except as otherwise indicated, all facts set forth herein are based on my

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

personal knowledge and documents and information available to me as special litigation counsel to the Debtors and Celsius.

3. Attached hereto as Exhibit A is a true and correct copy of a September 15, 2023 letter from Celsius counsel to StakeHound's counsel.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: September 19, 2023

                                                                              */s/ Mitchell P. Hurley*
                                                                              Mitchell P. Hurley