## Disclaimers

All amounts are estimates and subject to constant change and volatility

## Expenses

| Legal Expenses | Paid since TRO | Due as of Sept 19th | Exp by Oct 11th |
|---|---|---|---|
| Expert/Damages Calculations (FB) | | $0 | $52,001 |
| SWLegal | | $94,601 | $0 |
| Swiss Expert | | $0 | *$8,000* |
| Keystone | $47,027.00 | $33,526 | $43,337 |
| Goldfarb | | $91,215 | *$75,000* |
| Lockelord | $100,000 | $371,578 | *$250,000* |
| **Legal Expenses** | **$147,027** | **$590,919** | **$428,338** |

| Operational Expenses | Paid since TRO | Due as of Sept 19th | Exp by Oct 11th |
|---|---|---|---|
| Entropic Solutions (Edgars) | | $35,626 | $35,625 |
| HODL (Albert) | | $35,626 | $35,625 |
| Allnodes (actual rate) | $14,000 | $0 | $29,333 |
| Taxes | | $37,476 | $28,070 |
| Altcoinomy Revshare | | *$35,694* | $0 |
| **Operations Expenses** | **$14,000** | **$144,422** | **$128,654** |

| | |
|---|---|
| **Total Expenses Due and Future** | **-$1,292,333** |
| **Total Paid since TRO** | **$161,027** |

## Revenue

| Monthly Staking Rewards | Tokens per Month | USD/m (current price) |
|---|---|---|
| MATIC | 185109.53 | $100,164 |
| DOT | 1112.74 | $4,618 |
| ETH | 115.82 | $191,431 |
| **Total revenue per month** | | **$296,213** |

| Accumulated Revenue | Value | Exp by Oct 11th |
|---|---|---|
| MATIC | $315,907.17 | $73,453 |
| DOT | $43,491.21 | $3,386 |
| ETH | $221,311.23 | $140,383 |
| **Revenue** | **$580,709.61** | **$217,223** |

| | |
|---|---|
| **Total Revenue** | **$797,932** |

| Revenue exchanged to USDT since TRO | |
|---|---|
| ETH | 128 |
| **Total Revenue Exchanged** | **$200,000** |

## Non-Subject Property

| Liquid Assets | |
|---|---|
| Bank account | $371,347 |
| USDT | $233,192 |
| USDC | $63,698 |
| Others | $30,372 |
| **Total Liquid Assets** | **$698,608** |

| Illiquid Assets | |
|---|---|
| Fireblocks Claim | $192,000,000 |
| **Total Illiquid assets** | **$192,000,000** |

## Estimated Effect of Modification of the TRO (by Oct 11)

| | |
|---|---|
| **No modification to the TRO** | -$1,253,360 |
| **Access to Non-Subject Property** | -$593,726 |
| **Access to Non-Subject + $500k Carveout** | -$293,726 |
| **Access to Revenue and Non-Subject Property** | **$204,206** |