**LOCKE LORD LLP**
Stephanie Wickouski
Jeffrey S. Kramer
Sean A. Feener
200 Vesey Street, 20th Floor
New York, New York 10281
Tel: (212) 415-8600
Fax: (212) 303-2754
swickouski@lockelord.com
jkramer@lockelord.com
sean.feener@lockelord.com

Jonathan W. Young (admitted *pro hac vice*)
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
Tel: (617) 239-0367
Fax: (617) 227-4420
jonathan.young@lockelord.com

*Attorneys for StakeHound S.A.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |
| CELSIUS NETWORK LIMITED, | |
| Plaintiff, | Adversary Proceeding No. 23-01138 (MG) |
| v. | |
| STAKEHOUND SA, | |
| Defendant. | |

# NOTICE OF HEARING

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that defendant StakeHound S.A. ("*StakeHound*") filed its Emergency Motion for Amendment of TRO Order [ECF No. 74] (the "*Motion*") on September 15, 2023.  Plaintiff filed its opposition on September 18, 2023 [ECF Nos. 77 and 78].

**PLEASE TAKE NOTICE** that the Court commenced a hearing on the Motion on September 19, 2023 at 3:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that a further hearing on the Motion will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge (the "*Court*") on **Thursday, September 21, 2023 at 4:30 p.m. (prevailing Eastern Time)** (the "*Hearing*").

**PLEASE TAKE FURTHER NOTICE** that at the direction of the Court, **this Hearing will take place via Zoom for Government** in accordance with General Order M-543 dated March 20, 2020. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "*eCourtAppearance*") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. eCourtAppearances need to be made **by 4:00 p.m. (prevailing Eastern Time), the business day before the Hearing (*i.e.*, on Wednesday, September 20, 2023).**

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing remotely must connect to the Hearing beginning at least one hour prior to the scheduled start time of the Hearing. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting

Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourt Appearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the pleadings filed in these chapter 11 cases and adversary proceedings may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of the pleading filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: September 18, 2023  
New York, New York

Respectfully,

/s/ Stephanie Wickouski
**LOCKE LORD LLP**
Stephanie Wickouski
Jeffrey S. Kramer
Sean A. Feener
200 Vesey Street, 20th Floor
New York, New York 10281
Tel: (212) 415-8600
Fax: (212) 303-2754
swickouski@lockelord.com
jkramer@lockelord.com
sean.feener@lockelord.com

Jonathan W. Young (admitted pro hac vice)
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
Tel: (617) 239-0367
Fax: (617) 227-4420
jonathan.young@lockelord.com

*Attorneys for StakeHound SA*