# Exhibit B

# Staking Services Agreement

This Staking Services Agreement (the "**Agreement**") is made on January 20, 2021 (the "**Effective Date**") between:

**StakeHound SA,** incorporated under Swiss law, having its registered offices c/o MN Associés, Place de Longemalle 1, 1204 Genève, Switzerland

("**StakeHound**")

and

**Celsius Network Limited,** 1 Bartholomew Lane, London, UK EC2N 2AX

("**Celsius**")

StakeHound and Celsius are each referred to as a "**Party**" and together as the "**Parties**".

**WHEREAS**

A. StakeHound offers the service of issuing staked tokens ("**StakedToken**"), a one to one representation of a token staked by StakeHound on its platform "stakehound.com" (the "**Platform**") that distributes, at its sole discretion, staking rewards to StakedToken holders on a daily schedule. StakeHound is operating the nodes, allowing the StakedToken holders to use such token in the decentralized finance ("**DeFi**") ecosystem.

B. Celsius intends to provide StakeHound with the set of private keys (withdrawal and node keys) that have been used to set up Ethereum version 2.0 validator nodes as specified under **Exhibit A** of this Agreement, which forms an integral part of it, ("**Locked ETH**") in order for StakeHound to stake them and operate the nodes on the Platform, in exchange StakeHound will issue staked ETH ("**stETH**") to Celsius (the "**Project**").

C. This Agreement sets out the terms of the Project and the rights and obligations of the Parties in relation thereto.

**NOW, THEREFORE, the Parties hereby agree as follows:**

**1. Obligations of the Parties**

1.1    The Parties acknowledge that the StakeHound Services Terms and Conditions attached hereto as **Exhibit B**, which forms an integral part of this Agreement, fully apply to this Agreement. In the event of any conflict or inconsistency between the terms and conditions of this Agreement and any terms or conditions set forth in the StakeHound

Services Terms and Conditions, the terms and conditions set forth in this Agreement shall prevail.

1.2    Celsius undertakes to share the private keys with StakeHound which will give access the Locked ETH no later than January 25, 2021. The transfer will be done by encrypting the mnemonic using a public key issued by Coincover, which is a UK company providing deposit protection, crypto key storage and recovery, lost key protection services, and sent to Celsius by StakeHound so that Celsius can encrypt the mnemonic and send the encrypted mnemonic to StakeHound.

1.3    In exchange, StakeHound undertakes to instantly mint and issue to Celsius stETH in the equivalent amount to the Locked ETH. For the avoidance of doubt, although both Parties will have the private key to access to the Locked ETH, StakeHound will have the legal ownership of those Locked ETH and will operate the nodes on the Platform as stETH.

1.4    The Parties acknowledge that the Locked ETH will be locked via smart contract for a period of about two years and no Party will be able to dispose of the Locked ETH before the Ethereum community will vote to unlock them ("**Termination Date**").

1.5    Upon the Termination Date, the Parties agree that StakeHound will transfer the Locked ETH plus the staking rewards and fees obtained throughout the period since the Effective Date ("**Assets**"), owned by StakeHound, to a new wallet setup on its appointed custodian ("**Wallet**") and Celsius will, for no reason whatsoever and under no circumstances, remove, entirely or partially, the Assets with its copy of the private key prior to such transfer, or prevent StakeHound to transfer the Assets by any other means.

1.6    Celsius acknowledges and agrees that it is responsible for its private key(s) or other access credentials to the Locked ETH. Celsius will implement reasonable and appropriate measures designed to secure access to (i) any device connected with the email address associated with its account, (ii) private keys required to access the Locked ETH and (iii) its username, password and any other login or identifying credentials.

1.7    As Celsius is the only counterparty to this Agreement having the private key to the Assets, StakeHound will held Celsius liable of the loss of the Assets if they are removed, partially or entirely, prior to their transfer in the StakeHound's Wallet, irrespective if it is because of theft or hack of Celsius' private key or for any other reason.

1.8    Following the successful transfer of the Assets in the StakeHound's Wallet, Celsius shall be entitled to exchange, upon availability, its stETH against ETH through StakeHound's Platform in accordance with the StakeHound Services Terms and Conditions. For sake of clarity, the Termination of this Agreement does not prevent Celsius to use the services of StakeHound (article 1 of Exhibit B for ease of reference).

## 2. Representations and Warranties

2.1    Each Party makes each of the representations and warranties set forth below to the other Party and each of its representatives at the time of entering into this Agreement and throughout the duration of this Agreement:

i)   it has the requisite power and authority to enter into this Agreement and perform its obligations under this Agreement;

ii)   it is duly formed under the jurisdiction of its formation, validly existing and in good standing with all requisite power and authority;

iii)   No approval, authorization, consent or other order of, permit, qualification, license or decree from, and no filing, registration or recording with, any governmental authority or court having jurisdiction over a Party or any of its affiliates is required for the performance by such Party of its obligations under this Agreement ;

2.2   Except as expressly set out in this Agreement, StakeHound makes no representations, warranties or conditions, express, implied, or imposed by statute or by law and expressly disclaims, to the maximum extent permitted by law, all other representations, warranties or conditions, express, implied or imposed by statute, by law or otherwise including any warranties of merchantability, fitness for a particular purpose, and non-infringement.

2.3   The Parties acknowledge that StakeHound is currently in the process of liaising with regulatory authorities regarding the regulatory classification of its services and tokens. StakeHound represents and warrants that to the extent that any regulatory authority shall determine that: (i) StakeHound's services are unlawful or require any licenses or permits which StakeHound did not obtain; and/or (ii) stETH is characterized as a security token, asset token, or otherwise an asset the use or trading of requires any licenses or permits (save for AML-related permits); StakeHound shall immediately inform Celsius of the same. To the extent any determination by any regulatory authority in any manner restricts the continued performance by StakeHound of its obligations under this Agreement, including but not limited to its obligation to exchange Celsius' stETH held by Celsius into ETH following the Termination Date, StakeHound shall perform such obligation(s) in such a lawful alternate manner closest to its original obligation(s) hereunder and acceptable to Celsius.

## 3. Indemnification

3.1   To the fullest extent permitted by applicable law, each Party (the "**Indemnifying Party**") will indemnify, defend and hold harmless the other Party (the "**Indemnified Party**") and its respective past, present and future employees, officers, directors, contractors, consultants, equity holders, suppliers, vendors, service providers, parent companies, subsidiaries, affiliates, agents, representatives, predecessors, successors and assigns from and against all actual and threatened claims, lawsuits, demands, actions, investigations (whether formal or informal), liabilities, obligations, judgments, damages, penalties, interests, fees, losses, expenses (including attorneys' fees and expenses), and costs (including, without limitation, court costs, costs of settlement, and costs of pursuing indemnification and insurance), of every kind and nature whatsoever, claimed by third parties including governmental authorities, whether known or unknown, foreseen or unforeseen, matured or unmatured, or suspected or unsuspected, in law or equity, whether in tort, contract, or otherwise arising from or relating to: (i) Indemnifying Party's breach of its responsibilities or obligations under this Agreement,

(ii) any inaccuracy in any representation or warranty of Indemnifying Party; and/or (iv) any act or omission of Indemnifying Party that is negligent, unlawful or constitutes willful misconduct. For avoidance of doubt, nothing contained herein shall limit or restrict the Indemnified Party's right to maintain or recover any amounts in connection with any action or claim based upon intentional misstatement, fraudulent misrepresentation, gross negligence or deceit.

3.2    Indemnified Party reserves the right to exercise sole control over the defense, at Indemnifying Party expense, of any claim subject to indemnification under Section 3.1.

3.3    Notwithstanding the above and in addition to the indemnification under Section 3.1., in case the Assets are removed, entirely or partially, prior to their transfer into StakeHound's Wallet, Celsius shall fully indemnify StakeHound for the loss of the Assets being removed in accordance with Section 1.7.


## 4. Confidentiality

4.1    Confidential Information means all non-public information, in any form, that one Party or its The Parties hereto each undertake that they will not at any time hereafter divulge or communicate to any person (other than where relevant to their officers, employees or professional advisers whose position makes it necessary to know the same) any information on the Company's business or affairs or about the content of this Agreement (the "**Confidential Information**") except for such information that:

(i)    was known or used by the receiving Party or its affiliates prior to its date of disclosure to the receiving Party as demonstrated by legally admissible evidence available to the receiving Party or its affiliates;

(ii)    either before or after the date of the disclosure to the receiving Party is lawfully disclosed to the receiving Party or its affiliates by sources other than the disclosing Party rightfully in possession of the Confidential Information;

(iii)    either before or after the date of the disclosure to the receiving Party becomes published or otherwise part of the public domain through no fault or omission on the part of the receiving Party or its affiliates;

(iv)    is independently developed by or for the receiving Party or its affiliates without reference to or in reliance upon the Confidential Information as demonstrated by competent written records; or

(v)    is required to be disclosed by the receiving Party to comply with applicable laws or regulations or to defend or prosecute litigation, provided that the receiving Party provides prior written notice of such disclosure to the disclosing Party and takes reasonable and lawful actions to avoid or minimize the degree of such disclosure.

4.2    The provisions of this Section 4 shall survive the termination of this Agreement.

## 5. Non-solicitation

During the term of this Agreement and for a period of twelve (12) months following its termination, the Parties shall not make any attempt to employ or otherwise solicit any of the other Party's personnel, whether on behalf of itself or a third party, without the prior written consent of that Party, which may be given or withheld at such Party's sole discretion.

## 6. Entry into force and Termination

The Agreement is effective as of the Effective Date and will be terminated upon the successful transfer of the Assets by StakeHound in its Wallet after the Termination Date, except for those terms and conditions which by their nature are meant to survive such termination.

## 7. Anticipated Termination

Before the Termination Date, Celsius may (after providing StakeHound with at least five business day's prior notice), deliver to StakeHound the full amount of stETH corresponding to the Assets at such time (the exact amount to be confirmed by StakeHound), in which case StakeHound undertakes to immediately, and no longer than five business day following Celsius' transfer, instruct Coincover to burn the private key that has been used to encrypt the mnemonic of the Assets, and deliver to Celsius a written confirmation by both StakeHound and Coincover that the private key have been burnt. Consequently, the Agreement will be terminated when the private key will be burned, except for those terms and conditions which by their nature are meant to survive such termination.

## 8. Miscellaneous

### 8.1 No Agency; No Third Party Beneficiaries

Nothing in this Agreement and no action taken by the Parties pursuant to this Agreement shall constitute, or be deemed to constitute, either Party the agent of the other Party for any purpose. No Party has, pursuant to this Agreement, any authority or power to bind or to contract in the name of the other Party. This Agreement does not create any third party beneficiary rights in any person. In particular and for sake of clarity, StakeHound is not acting as a custodian or managing funds of third parties, as it is the owner of the Assets.

### 8.2 Notices

Any notice or communication required or permitted under this Agreement shall be sufficiently given if delivered in person or by registered mail to the relevant Party's contact address (as stated above) or by email.

The email for StakeHound is: finance@stakehound.com.

The email for Celsius is: roni@celsius.network **and** harumi@celsius.network

### 8.3 Assignment

Neither Party may assign or transfer the responsibilities or agreement made without the prior written consent of the non-assigning Party, which approval shall not be unreasonably withheld.

### 8.4 Amendment

None of the terms or provisions of this Agreement may be amended, supplemented or otherwise modified except by a written instrument executed by the Parties.

### 8.5 Entire Agreement

This Agreement together with appendices constitute the whole and only agreement between the Parties and supersedes and extinguishes any prior agreements, undertakings and arrangements of any nature whatsoever whether or not in writing relating thereto.

### 8.6 Severability

If any provision or any portion of any provision contained in the Agreement is invalid, illegal or unenforceable, the remaining provisions, and if a portion of any provision is unenforceable, the remaining portion of such provision shall, nevertheless, remain in full force and effect. The Parties undertake to negotiate in good faith with a view to replace such invalid, illegal or unenforceable provision or part thereof with another provision not so invalid, illegal or unenforceable with the same or similar effect.

### 8.7 No Waiver

The failure by any Party to this Agreement to enforce at any time or for any period of time any provision of this Agreement shall not be construed as a waiver of such provision or of the right of such Party thereafter to enforce each and every such provision of this Agreement.

### 9. Governing Law

This Agreement shall be construed in accordance with the laws of Switzerland.

### 10. Arbitration

Any dispute, controversy or claim arising out of or in relation to this contract, including the validity, invalidity, breach or termination thereof, shall be settled by arbitration in accordance with the Swiss Rules of International Arbitration of the Swiss Chambers of Commerce in force on the date when the Notice of Arbitration is submitted in accordance with these Rules.

The number of arbitrators shall be one;

The seat of the arbitration shall be in Geneva;

The arbitral proceedings shall be conducted in English.

### 11. Docusign

The Parties agree that the execution of this Agreement, and of any further instrument required for the performance of the transactions contemplated herein, may be done by way of electronic signature, which shall be binding upon the executing Party.

This Agreement is entered into by the Parties by Docusign:

*DocuSigned by:*

*Albert Castellana*

BB54902442294DE...

**Albert Castellana, CEO**
For and on behalf of **StakeHound SA**

*DocuSigned by:*

*Alex Mashinsky*

24DC7A9BEB844C0...

**Alex Mashinsky, CEO**
For and on behalf of **Celsius Network Limited**

## EXHIBIT A

### List of Ethereum version 2.0 validator nodes

| |
|---|
| 0xa25b92c168f4cf1fd120be9f98c4c7671c48f2b400fc711db9287b8c6e9f6d9453120499a120e0aec22e48812335c945 |
| 0xa247845bc215e9a4ff34e2e1e01965b193549481c480ba6262b4ed99b3ccf873ac3bf41c7d4965ee6c1105f0809ade2f |
| 0xb51df07fa480ef327b1f3f9e3da2a72900aebfbd4bb5b3a8cd3aa866b55b75fe8900995bbc044499388e3fff2521c294 |
| 0xb90dd43eea02c969fc99fbac144be9c32e0a8b439260f9269fe2d0a598ca6946c3f3b2e68c682f93c22f5530b3644d6c |
| 0xb979c25df984851513104d3c59453da71c9ae5165eda6309791de2e142b4ef941f6cee0b58126a68909ae2ce161a9aba |
| 0xa2ece69c0fd7cfdc88e1d32bc8aa3af1b92d8c9c0b13f22c5612bd30285c4fff0a6e9ae9cd720117a3e63975302124a8 |
| 0x95e0a8e35bd7abbe6ce414fe48b9a87b93bf7628077693fa52bf024639d028529bfe9c944dbc3c4261bd64f692be1d08 |
| 0xb8a07d9bb37122483da90aca9025a892e65f48d91a68dff9c41a0ea05678e09984b181b470793209e65112f54f65e145 |
| 0x9690d2a34e719dad9e9dac2711c2d685434adb092c74c65b1ee97679acf8f85748e1491ef0277815c77c8d74cf6af63a |
| 0xa57462b847ebd727a7c6c545715ab9eadfa1c511412cad64a002b9ed09403810adeca26b7d22335be1decdfb6dc4cc68 |
| 0x8e2b8e44ee365ea45dc58b839317da25a24829372af20886268363af5eb212058d295f2429b319564efd53ce850a51cf |
| 0xa7359d2294ac9cac7a23366484afc02ece69f93aee01604f7dc677ef3c03ed52534a6d33bf41d67d51fb77c262c68d78 |
| 0xb19c053ad6f25321e2776d11d85a6e65a5ac332ca1d2e2575a00beb537950e5af77b370601629b288e5ac261950e83b3 |
| 0x8fd25e430c7343e21ade5d39ae730d853325ee8200ee851256b9e1de15183f57fb6ef512afdc0ef85c6d50c8e2f1e742 |
| 0x917a8e4690b548b351bd553eb2098d8838acb1987c1cebce10a325bea884acb08184e26e4d07303945717050b4e72ada |
| 0x88b8dabad414ef2659b6150062a5a40a5ef72d006c75826b0c78f51587ba4ad70c8dd79d9bce9e62b14fa05a33b5e894 |
| 0xa39719bd98408c6398853f98edd63fb869cdd3ed2ccec30efcbeab942f8f0b3b28d5228f896bb6da443631333b135136 |
| 0xaf7f49bc5ad308e5588ef9d8247c03bdb08c44dba9601c2231b1961accc8bd2a6b5c8cca1b71638f4e46490b284e26e1 |
| 0x853538abc03a55ea5511a71c3c1aafd70f7380bd64cf75724485d146d34b1835d8126a8b664717250f17ed4f4f7c243a |
| 0xaf5a6026e2aaa0241c6d579240bca0b0aa14e8cef601ba52f1638e6232d7455b56b3e89a57001f2fbb28441210ddd5fb |
| 0xa950d3ce1cf9dcb67b2a09d50366e7a6220e656285917805f1ef47522582a32d09295a81ebb1797132f3368ba7624d8a |
| 0xaa9edc54cdf816fc49cf14c94acf9b429a55181fc9837e992cbb7ccdd5a38776aec93dff544d20b8cfe71d16a1ba58bc |
| 0xad6812f68716a8b4ff97163f7b8402ffddfd0d5192b61bb5c499da5a0bab3c46cf441ff002c58cba9b765b07741068d5 |
| 0x80be8741e1015d9daf477bb63e4fc626d6f9aa58263d6dc64e04dc8b5af68e08dd9da17af313d3f934529aac37ff275f |
| 0xa95a0aad2850c295268c7c7308ac8644a5caa84b6c213379ad1b774255bfd2484e6839b1603dbfbf730f3da913e06673 |
| 0x99b58a36931dfd83e3454866726f7bb1e3c18f6e5506f54ce1212edcce48a839809394007384036fa5c810223b45898 |
| 0x87430205d67ddc3185c7ebced652e66b6ab96c9ae63d07710020085ed0d04d5faeaef1a52a8da0d9df1fd2b440d54e9e |
| 0x979255f2b71d225bc6185799a9adabeac607bbbfe69161c544c0ea05ad112f7d4911b7667c04d540198fa48b727245b |
| 0xaaa7a332e371a849b6711b86cbb6d36976b61fa761a5c610ff4cc0dbcfe1dc7381eade5a307cb7ed1e6da9f6f7f42327 |
| 0xb2d80c07fa11674d2d9871bf2c0fcf355a69b06a60e92079e483bc07f8cfa7fb5be4be71f89be92de69fb26516163dc1 |
| 0x81fa78d421dd00a587574a2d837cce71bcffadf1a3b72de489517b33cdfc3af0a74a2eee4c4bb5af32f3d0de2db25da3 |
| 0x86763b20ebd51a91e3f1677596f1084a80bac5acefb7a9334b1d3a05c25eacf4302d68f41e7be01c8ed215f3d16d70cd |
| 0xb0e19768fd75961bb7a3b732512b5a95629a3bdd4310093ba3da9f4e53a22c8b2d6acba225c961f686cab261440b2385 |
| 0x83c9c00c887548e18ff6174f9fbe10d62749381f2c210396630f33bbca960b49fe05328870c26842f486ce735c6f3516 |
| 0xacc61861ebed1bf5f956349512ed5b769096a2335832aab00533b10eee1f65c1e5fdf7b06c40d0e7ef85dbd492114a41c |
| 0x93d9946e71d2d4988d32609d05b77ad1bef67ec9c95c1db91b334ed787a7e7231bd916634a3ca51ba35e66445971b7a9 |
| 0xb7d2d18f59bc1a071fb01a461face97ac26309d404793dab7557b05eb277372a6eb763b5fb567d61d935df9d551ace10 |
| 0xa142815e15c8e1a6a039b2bc8445585a4461fd952291085851e637c536fcabd0970253128465615b4e4d9c34f59bd0f |
| 0xa65532dcced00935f9f9ee2bbfaa39711e8d387d9178ffe56cbed1168ee9c8857b7bc212df4cc3870571e54ec9b2f548 |
| 0xb49b9faa768eb961865453ce65a0976a13d917c4b38939ffce099c416d39799147316786118ebcc136cb72a7f2f63d64 |
| 0x8bcae1c4c2d71942727a3e21a0e7ab3e5871057302c0d71dc6b9183f860dced4a3a0dc1165268387ab4a7915c85ff663 |
| 0xa308aa191201f2fd2771da60749e02e316bc797b195d98b11f94c4e391ad14a1712b1a98bc43468f4c327455788cb18b |
| 0x8402f5c26dbf47379d4b44f22933bf31209c51f51ceaf66bfdad973609966fc766d5f502ad82bdfbbc20f1c111bf5817 |
| 0x654c565f1892beb0c32856ee9f292cf512ccc93d76d84736a8b0e44a155da9dc403c2619ef12d981fbbf74ba75dd759 |
| 0x9474e6115d4b2e37cfba50bc7810160bb0d9bf49af24afafb55dac55da0f7d711386635f6602fc28030b339535644c10 |

0xaa96cd2ef3c5b30d6a6fb7b177d47ffc3acbd32a7f875694b5a924b0f06258f62a20e490d972d48b1bc55109871f7237
0x94ad05976065f3756a117215f6635586a1f7e5da27cf1ec601430452d770681026ba2131fcd685cd4e758df7159dfc54
0x8818fbda5b9f1126643928076ed1dc1635a2b9f7e711f1a00fd60045e35902bb1d6a4721ee136577e97449b574e345a
0x8a03028868ec3bea1c07fd0c550cdd28519c54b2ef23b5cdbdff652e79a952753cd0901ea515728a83eeb2806e3067a0
0x976d4cac3e8330b9470e85f71001529587e8c297c05c35692f20947ee89ec35e6220d220e01c740a384068fd2aee686c
0x872d9b78e6b74286e0dcae07ba7ce7881f0b3d3819741ef6a8a18257efc538fbe860fc03cbe4433c4d440c6e5c14ccca
0x8ee79b745415c51201b040cb5233e96da5792a7d1b878693b9c5b1809d1f381587f67fae1bde33c413451ad86028e746
0x8e9324ba140f946cdc5202a43d18087bba1ffd1d36e013f74f104569f10924edab5ad1ccd4b57f90702fe4973ce7f2e4
0x867942b357b5fb5194b5443de84d63fe8d80424245d6405da39a8fab9970ce09456b3abb998ec99ebc266f6657f67cc1
0x9918ddefe15885ff52aac0ecf56a9dc7262ea8769555844cf4b0cb4e80bc5910ec199f5e8495a3026b517a180eeb7479
0x96be24e4e4d370c895c1e2e51ba7d306eaf6f6924123f601746d7d98e612ac5ff45f9293b331183adaf827e8cff703ec
0xaba390ecdfe53d16a29469003292a2d62b102e76febfd63ea8f078e43044f380dcf68b3a4b89aaaa246dfbce237f31f2
0x974eb08f5bb85650a6f2b8d8c7714a1f446e6b66b4255b0f09804bdfa0cb142b3f1082b9ff864cab12caf7dec2230023
0xaf036cbf7e4aac918af88522128632274f2212fec800fbfb5229996210e2a667cfc660b4365b61ebcae0e8bdf55e1a1c
0x84016f4bf95d024eadac70adce7d409d48991ae067495eddfafabd5313b95ead3b9e7e7ec3c945f40ed943084262b5a4d63
0xa19d5b72cc0152de1a65541121586658e3a76e36d0c2bdc9d94936b49fc9dade67109de9411970fea6843f3b348cfb5d
0xaf9a615826e998254f1ad8dc97387537d63c1c5b8e441108b581ab320de4de8709e28c721975213afa0a22cba94293c9
0x826a6405b4eead365bb5be9f62a643c3e7d42a7ccfe48d00cbdab2a60d3b8fa96bc5b83b351b80ced15892919892409
0xb3106f6247ee1818e8d8469e5aed61d3cfbd8231b2bbf7b9bf6123a84ea3da6b1ad99b5ab68df2233ece86e7172f6f43
0xb40564fd8cde91931214d8595c4a34a86c9e20f43395144d7cfa613e81b3f4b91c0ba7937f724b6864f03059f0107bc9
0xa1d142beeffa005fbebedfeb65902301d99313d7bb24235dfb486932eb54769a3e6983b51fa4626ee58293fbeb1cd41
0xaf4416cd5f04935c768b4b245228a99ddf72bff875df6cc7d23e154a2fe058df190d3e0efe53ca055701a60c4b9520e9
0x91d069a286c272457be49881fe4ae728a79a686afad3c065bcb28e3294a3b54be99a8b424d33339b21d3f4021f6ff5fa
0xb6a79634d5f121d810fbb8c4d11859dccfacbf567c6cadc9534da856a9adb5ae925bef7db88bb742c118dc06fdbc0fca
0x840006c24dd722307d040d622371f9095c062b35edcf06840f1eab158f14ee4292113bb2f1a1289e2bcf993625a4d84b
0xb28c79dcf5c38510e45ca1d5230f7e9617f2d8d34e7ffc52f1d9c537f08bccc5de81a309770a261b51a4ba50b1c5932a
0xb7d493f6640e8810ce2967c4ce081e1dc38297aa00df6255bee4f4dec9b7bc0994245551d05e7cde0275b3530f1ac
0xa8e3b3d3e6af5fcb7e6679a5778e1368495df8d13be4c81a8668dc8e8604b7b4fe85b13fecee4f46ecf429e6f56e158c
0x998c51e195e0b5f8738f4e21fa46c4b57e18761dab77bb25a39a7e84fac365942b87754ebca91a678d87bc1aacafe7b3
0xb1df94d07ae50a7b52ce707fbc734b9667cfaf657c6cadc953d2a856a9adb5ae925bef7db88bb742c118dc06fdbc0fca
0x909738fbacc1558039fd9e27f4c8d3dfe46e1474f7503ffc83062fbeba928ecbfc5a10e52a61de2e84e29379662b0efaf
0xad3b1772ef28d270d74aacc37be4c92d56cfd3839af48a143f77dc73a422de24188f90587d5ca897d09d413fcaeed647
0x97826ad9704716af8e977f2907ef13200e52088ad7c1c219527de165c3ba195f62f25d60b87881a83c944b7bf9c52849
0xb58e719594df8ad642b6bf3bbb7a783a029b63cb17329079c6c951e09d8d1bf5ecf67fc181f766df24b146418bfed8c3
0x8cd2576d9a2753c0e2206bcc4f302cebe1df029b8b093dce1de9d9cc740f8a7c56594eb6b5d047990539798761a2da9b
0x8ca61c379aaa22f9433bd495110d4ca433e42b9c75e5d22d85483bdc07c341da9138f051be713fd54fc2d60ab5335928
0x891a4219135360ae0c35287f8a49e297c8d89552fc25984e19beeb2694e9b4d366bc9fc391e4c91f6d3a478b0af76069
0x8bd8ddbce64064ca42617779a07a69717f8380c04ba9742082670629a8a267ab8e0c08a1ca693d0dae97550ae2980a83
0x861dead3075d6d8c08071132788e821964678213b625f124933bbbc3042285ded7dc567c8f588ce622612b5bc5de8d9e
0x848858a98311e2956c87a52ccefcbe958536063826c32aa3363516f939b97e9e87e6718427174d4321f3c6e2dacbe5d00
0xa9e7f6a216bf43612980c71de38581fd49ccf34b4e892da3dfc93720cb41092339f7b4735e5a20926079f4f4dac753d1
0xa13e6340b98e2499a44d5c067fe4953bcc8dca91b5a70b4ac7501d596c10e3ddedaac5c8dc674573c43259737e93a5db
0xabc18b397cce3124b61be8fc0bd916606495094392f22a55c8705996c0e1981cf0c9be1505685f00ea42abbf9aabe17e
0xb8d84b3c75256e4dc1a9cec299e30013ff6025a3d36ed819f715d40e89c864abd002b68c87ec4e3489316c377d388cc0
0xabd4cc5b4a7083fe684ac21c1473514ef82a1dd4294464a89ebeb384130f9f797e4eb867d0be168b8f688cd76fd2295af
0xa983e7253e077a474cad2bdd89a7b6cc1dc7dbdf2c1a26e97c823c7e79b0f510bcb1fd8bdd85c7bb6da56908be8320c6
0x95d5513e33d7c63feac702da127457ee5dd15b1c60360ba9c4c70adbf7ef08da652ac65842755e5190c9f3386257ec60
0xa6dbb744e9b76d6d165541f75361389bed1f78ad505c29b8aeef01bf11217943a3d8385dd5245683ffdb518fb8b3e8c
0x89c289fe101369676e012c466183483554caf62621473dc7532ea7c326e7b288abe3fe0379d9e26f974ffd5a2e64eab4
0xa88af6ed1bb69bf6f1e991d9a8e123fef06b608d41c66c54b83662462fc65f696f05e428ddbf32f5bac7b45ea3d98e5e
0x9437222641298da34e499c68fd6ab7b3aa474d134a0339f3796ee52556df1777c079668b436af8478e99a6a109fcc0b07
0xb62e75cf5bd033ff20b618f780991a056caf07b56e6218795fdaee8f8d5f68b5486d7247d11b24bf00af4296634bbeb7
0xb352f9cec15c3f20ae81b0ca755d87fcafd1152747366ecacdf41efa997ee08da13bdd9604392666f52b7f0769c24d23

```
0x86258c5340e96666d4bad58c62bf92471b7e6f3cbab7e77078bce300c7a4c846722182605ec75003afb76833d68fd750
0x997bf3726a323350636df9b4209f58b0d48de0115e31625a493d7a67f7acf7ebfa6e1e25c34cc08657c256ae93913d04
0x97f56c90b90ec11755afbb1cfbb9c946105c8250d73e0f7cb53cb215003c9b8520afbd1585e00f03cefe22d4e5306b03
0xa7b5c5348022355df302df12f6ee77108180cf2d4b177e5d8ae2e59ed8d84d12c80faedd91ae6d1fc51e7cb89c321d18
0xb54a83d026ddbb0b5259f918adcd855a9ef183209e28ff3480bf8ca6affcafaeaf87f55423323d7eb2579354f5e84d1d
0xb2d6652dce27d55d9775ef104eeac190ef2baccdd7ad7ade1fb76da37b9f61ab754f078e136c140e336356deb8f7cca2
0x80a3053d84a3b46dbc1ed26966d84fbda3dc6b55806aaef1919a4d952abd52737242c4cddd3a25b3bbefc99bffcc662f
0x92e6bc2015804a33feac08264a3b092dff7023ccecf98b6a96d19360f7f5c0815dcd642484391e70f712b9768a68ebe0
0x803819c1aad0c1938947a15c5db16826ffc1c739ff194a0389b43434696ef91f49a7847fae967c41ecbbe110c9bfba6f
0x835e96b7a969b3eb9e02082ad5e8f174ddd730fd5debeb8a767c038400751adf85dea2c127461e778f743ca9e728d50a
0xb54f02c6febe5d87aed6055624712da1632a7a5ebedf231fcd00c214fae5597a5ca99439423fea0189e017e81e212114
0x9056a79e86724e065ab19cc26aded06d76d454254e0edd6c7a876690c267c821dd9e9ebed838bb76d6e8471028b61bdd
0x92820ce33c216e383cacb236d198029d9bd1fc1ffb6372fc2eb83488d0c76a1760f9d822c07eeba8b3a4c9dda94734c1
0xb05b3ceba15ddbccc61749a873b25c7fe126fc4ab5e5c4b31ad460b0837342581 6bef8a5ceeb9aef0cbf577879246790
0x8676fa94abc961ba9af42e942b84546ca29b07c8f3a994f1326e1882e8a5b05b02371217ad2148b4429245436009dfa7
0x8c4c5f341152d69990e367494051178ee055dcb49526f0f1ee57dcc80c9f73e5bdd0363ee3a37d86076a4abd77104b89e
0x8b642c5d4ccb23f98f06433d65d7715f7760373171ab413767925404495845c43bd9173ebbb7f90317eb117aacd11a59
0x8eddc2ed8b6325a8b8e305b0de16a8f2c6a20eccaa73528ab6d1e736b2c972fba39ab239934b105f3758c078bb
0x9007075acb3e2042da3ba9d19ee7adf7670a621e6175bedd185d1f041e4897e22ef601826b07e3a3466c1cddb45d1f1a
0x8a491158ac3cf2cf25f85228c60f9f13616b38b4be2a04250649cc0acc10f41a2960f003608f30826ae247412b2c24b2
0xb26369a269c0dc93c31129d71adf89d25c7f5a5285afa00dc32e65158ac4a4b94f6499ecb3c4abc2af5e780fddb06dea
0x8e839cec666ac9b1400887eb7a7f3b0ac1b5bd7492a9089e102911f43a5d2d63ee361d0fa736219a60c9f2cc98ea4b34
0xb4e95acf06c4287816dc779bcf86ee33124edd4800003d5bdcd894b032f3f9975edc56dda9fa2582235ff8aef7a289b7
0xaf134ff2c67780943bec409d8c023f64e0eab27e3c0fac9a40b2c77688f42b968fbb4150a8537300ee9ce414192bf693
0x8cee00934039eea01df9786de93791a50354b14316ccd8f185ce78a8d8199e09d97a6f0c322e4b01d830287f103de22c
0x82ac0117440f995005afd50b6c56e77670b466597deb3f857694990ebb1afd6a93d8d7175208a48482fbbf9f307f5b3a
0xa3d79e65e419d164e9f09a0db3031e441d26c66ef4928d7208aebb2adf2a33a3782d69a311c72e5c97bef1d1e367483e
0xa4aca9eb8561e2b05d9e2bb9d822e9e3aee1745f8e143dd4a7de49197252be3304e7f71105ce0e8366fc80b21091a87b
0xad900ba394b832e6c663faae06d0e4aa1c38fcdb0901ad55a89a5e237010a422f7aaf047d2e9ffd45e81670671bd2f85
0x89403a0c5c438f61ad247fd6b21c364097bb06498f16be0f64f75cb04fd5dfe9313ecf2a2717898b85e4cc760410ce7
0x943230efc92b826d3a7ea1528b9867cf6e252cfa4258824d978f33409b3c6cefd36d0ddb426c14641e1a19e3d252abcf
0xb37678f4f2db48ba4f16402670c608e2d4f9da1d04b13435be91432c6a3d2f7880e7e59aca43e4eb59658a10575c793f
0x8f30c1e8ca1d829eb808da2250264c7a6cc70460eec4f70b3410e6e22afbf7778178120562debd65ab60a5f5661b61b
0x8e4a8deeba38a1a0d0bab774ebbf72952ccbb20dccfdc1eb1b10ca39228291ee0692cd001cb31279acbbbb373f4f178c
0x850ba85084834e9e32fa2c3f0459154db544d214ae3f6dec656d5da7007066d8eda90583396bcf21230b5f88d2edaa9d
0xa10a1574b5f54f3f44ce6b4bcab488f5a87d7cd2bce9be1aba35ffbfb5be3345d44ae891488dc37201aa9a7c53c2b34d
0x8037d24b14c2a4c8ef75ea707fedda1c32075c9714cac293a8f8dcebfce18a755709617ad78025a6122fcb46b3d03bbc
0x8cebb2c8b2ecbfac3417ebe68ce8c84b17479106db92ebac2e6e59ad3081bb3d0c425a694bba59d5b854786fb2412e43
0x691d68cd251fcb1777284e123fb98bb7ece21fff1a1e24d050033eaccc138c89ba7eb57733ecd332f33b533ff8ec6012
0x8d073a4b0ade5583613fb9de2c46079e447528a76983319950448aa7fbc5f80dc965f6e155e267bedbb12dda46bdb7c2
0x826ddeaaafd113c638bd283161fdc0b095eb14fb014b6379c15bdf296de9b74c35f2a2792304356a95fe197abbc89c2f
0xac530b551950ceec7aa5a2eee95f31a1433a96a9c12b30293cfcaabca8639d1323c04d7636d1e2abaf56daf69ee6965
0x914e1a89c55defdbab13377d3bff081b13b163e7abd4de042913f35b9470bf53b503a789d35b81e0e002ed06a480b8a4
0xa518104e9039acd8f39d079af4705998af3499b33d1a30cd852487451242029d76416e2df9c976bcafcfb85b4856da09
0x95961c3540a7907cb1fc9835af02e81cca93bf0aa633756b39d61166e81ff1c4d0940b5074adc2a8363d2aa348582a8
0x9740629505f30f421c6f3434bf3a75509ff2e7db67854c7b2e8fc182a8ee72862b93b9ef4763e64d7ac23ecc267636b0
0xa78d28154a894d66e591823512930f30132793512e76d38f147628beb66434b51ca22f77911c692f58e3e103e06c21b4
0xb7d9bdd876c2b4ef13fb8ea3879d3da2954df02048e969e3182a0eb358e1b865c6a45c3dd8c6ee6a01da2174de5cafe0
0xa7dd84710447561eb350061fa290717e4f1ac9d5ae9d31fb36d2a4e75c536a8579ac594173157b6b45c9dc467033905e
0x852a14819dd9a5a79a086f225916cdc287978915344d1a907ffe640302affb38233b0e04fb0008b692f1588e04a1504a
0xa78ef2929c5aacac86a9a88c4545b84f9788a0837150a192e7e79dbd858620655d332f4d0871063ac5b4ab52c6f3d821
0xaea2ea0d72ca38afba3285227a51bb19ceaadcf9e7c5b993adcc1a4b6eec408d2073b1215226be1bd73b59d098423075
0xa6d347fae7dc7cac195d05057e4daa796c776de2924b34ebce5c0d43f6d4967fe5de224e285ce7cfa75775a9e3d721b0
```

0xa0b6492af3a3d234d69ee49b041e76ab9ddd577d7120ca92a0603bfc312fc0feea85b54f0f3ff2eae32bd45f9ed9a5e5
0xb917c22d544dd85c4f580c9ca20d7d9e7e10a553c1c834a979bb4f42250a2386eeb74d0fc522bb2ed0183c3b1ac9e4bf
0xb705aa638f2a8613414473521fe0c06aecd4e79805591de9c0eb7e59aa80f312707ec85d615d4c015240784ba8d73d6a
0xa27fc189b668c3feaa29c2ee5059cace7788e8f5d7df66de0e4422accd19e2cdbe68ddad594d61d894d4a5c00f5111cf
0xb857d3f436889b5ecc83542fd7f63ab22a99258b5bdbdce803bf9ad4829ba660417b533749a9d57f869f18aff55e7260
0x986138603703ea693394b2b51fbf27228ded2af8af89feb664fd340e2687894dab445865fbfecce09b2a417c3ee7f8dd
0x94fae488df54444e7afd461582a60c67a76ad1d9e4772e83116b2284b3c96a976f8279f1bdf634875b412707fbd618be
0x8b2ec7e79a52f33c246b268d30ba12e6e117835958e9e8901e9efc7d7a34e558605c8ae870c3007d1839308b7d40681f
0xa1e562c5ea9593cbaa9fe0cbbedeca3c1cc217fe880c87ec416042edc0d23fa63d7100fd9033f0106b72c9c18176f3ca
0x8035b8ba7a4cf030b70a5aa5c0f1ba19b125cd9358ed020974e31197b606cd277cad08e2e6d8abe940bb33005fc2acf9
0x9206b5b9faeb9cb383fdf6042c01e2f304a5ee2127d973212223bda9d6e9cc4dafade80745c358cd1d6c7520e3b3d9f9
0x841cf8148aec8136dfa3e5edc3f6408adf1593a705cb015d7a7026f84b9b481254f71bed3bca5c1fbd05fdc7d40202
0x9468576caf4b53345e2ae4fc244f3b9ff61d0f583b5f706cf9c1dceedc1296b7b628cb3d3e780e8d9906243bef609031
0xb286c82bb0ab1ba5d0b35db6d5425e48073055244f59f7587eaf43c4a2f889c300d98bae73293272fced2f53b193443e
0x9630d2c7d1c0498631d01e1fe72c32f2127fc2b99684da2f52d05463b4faa97f280b89a083ec413fcf732e1966bccb85
0xa248e251882cc86c2b5177f57abd595772fd34ff286356786ac0f37e859a39a928f76190e19a0403b03a66006eca1d38
0x87f118bdc489e44f4260d1a6935c4a66dd2b3036eaff8fceb5bac0b4973f4cfe28e98cea2962bd6e2ff538e1775071b4
0x80468c2579b577e50b1e69755f06e72ebf6ae9caaed311882236f843567f07edfead2fa0f448861b09fe7685910bc241
0x8bca01228ca423746b840dcd6ddffe9be6352d6c315e6ac2bed58f6bbf094f463b21ebad564531fe3d20e2e05bccb65a
0xab7505ec4defbc26ffdd8041b1f06072ffbabc69b3806954bca09346109cb00b8db44dd2bd77da496a919336ff5d2c68
0x8cfb3885f374d0084890f2134ffe7532a09ac8a99992bea61c464dcdf0cb51de50af518f355f75c663060479798f110e
0xad58307480843ccf28bcc931d6aa6ae5145f9d761931431b3d0f83b7646dd44dd9eb18d958f0a6b1cb016094fb2598f0
0xb84fcdb0f80ab436625c1eeaa8b114cb65d365ae06ec9f0c3ae1f25e72efa2cc8e68545dcf256c48b38fd7f3b112c449
0x90ef2b3f8662ee5835f7bf92fd80186f69de9a68cd835bb8f150ce4d49a31b47acc7f6e0e7e7076615156ff3d3bb606c
0x8cfc90335784f6e598a8975c677627953a2a7090ad62ed88775ec978c8ce4e391abf90c4d3082ed0f5df3fbef34ddd19
0xb2a162b6eb4887a0e4e9d37e7e3d5cb223f532d02b57f136423fd006ad5c7824d65e1757e4a749b0f5b55fdfdc2d3607
0xa09d7d7ebf359d3789defcc8a41b9fd7b6fe2d19c452d02a59ff24ec37207a8058de2839155b3d53fa0c4e26621816bb
0x9503af5e8e792c0de280c7e3495288fbd01752fe3dca81c4ec9ac30ef0fe29dfa386a7055c36ed6d2445fabc926da72e
0xa1d8517fe86bf7400a63a13ce4fff684d48ec9836c8fd9e3b4a6174a29a36d45358c8bc0c0e393f3372bd3c0d311c593
0xa30c796f5b0cb3b81e34a799626f3878602542671093c300a2f4cbbc9382db1fbad71af2d31d1b02dcfc2ce628fe627f
0xa3ceabbf9af85f8071aae92a2eddb3c537ab938425ec05fc4ffe77568c5df37d03187071d76b4e7a32cc8fac531dc1f
0xaf86271eb5d53120d5e11e8a1c113020acf36cb7277bef9c8cbbc7a23f31231fb297eb2a3fc85312677f8730aaf40e35
0xb7f8c23fc047bfc6ed9395a4ce70b74aa5eadd030d58c94e48f2689bcbffda67b0867a2055548ed3bb4b654550a5b1a8
0xae10b05588ff4654f1ffbcd4b322ebc957df1d34ec25a9d5a2e9678eaaf306e7a92c37a939516ed23bf71b49286e9fb
0xb2fc475c2876e2eda588c1e391cac243a3ca4c09b39dda98fd7ba723d75b8b79ce4c4dd44e5f7a8795f1a7f7f4f5bba3
0x91ff9cb9cfce9df7ac09888350df134a5424d0e00a25851214c2b334353c7c6d67421cb2d920fae36f7df96efd147697
0x8ed51a4e0080dad24705633f3a128d172495fa0889430dd5409360315acad8d995154ddb8629065810e042ba7d475753
0xa90a20e7e545cfaaa467f977c4241df2033bdd4604013fa12bd41ad05bf22614e14b8a8a737a1edac44d283b5224568c
0x991cc62d8c2b481c547a45f6defa31cff2afccc78b105056b0e6c7103a2924c2a92e3fc8d2848a1f68acc7bd4095c4c6
0x8da139f6202f750093ff7a15cd97302b2861b01586d892ef1eea2bba2f5716512416577dbf586d573ed428912fa7137e
0x8fe2426287a0318189a8296de1e00fdb96a2198eeba31dc19c770f7d589074b9a9e8bf14032e762b9d1b75965c6c3c05
0x90e888179080cda6f99940d6a4cbece4ca3a4559dda088a8d67c1cb2f65a107885680be3b1bed693c1ceaee
0xac8f150702fc2d4e2cf18fec0e4bfd66f70a5a4a592b59a5c5d845816a62d5139a493110918fd0f5a0fa12ac16b86451
0x85e9ec1800eb2cbfb2d34c5a74a9eee11a647102abda74ad22ee012dbabdeeab2ecc2578577e3b03939478fa081a31bd
0xa9ade899aae2f86758e97c10c7133b03c8aa97402a6d4ba434122f30ca981a1b9ad3e3bc13c2f4f9c7672585c314a84f
0x924fd63460ea419cdf35f95e9b5dfa6252f2d33f497ab3443300a3679bd4cad5d357d712fac7f69104dfa044f91889f6
0x89b6f82dea9aad7f06600c5f1eb32009863f5c28a2d96e1c186e4e8c98bddde60be43bfc55c93acd898fe5e84ae5e793
0xa0aed942968dead73c9e613787436c3b2fc80a7d836801584f703bc5d63f371020ede4e9aa923e80454a9aa97b1f112d
0xa63355e38969650563b6be8038ea004ae0feaffbcc15129f1257a454a3aaa367c8e6cdeda9150c564abbb6ef92edabe32
0xa6c03e228b9d934e1a652e4481317eb36e577d630ce5ff1239594e717636fa8fb89704eed7f8ef553ddcfbe3a38c8f89
0x922188942e72259d67cdff8b01436202ca2fa232ecb17a8489a2b402f714acce7e9a45ba203441ccd1ed168cdfc93416
0xb73566fbb9a8ca787280e9bc8e79d5029d82f4be4266c7b1630945436d8bfc8763b63abdec1fb6fe8b6338857b3ae582
0x9732bb40962f0d0379ecbb0d277772ea48e4c2c86cda891e069116f4ced525d2a4c66e99160d5d4aa175d63ce4ea1211

0xb45453f0b80db187404348b34478968684698f08a0bc9a9d8777b6932cb4a37f5df94d8706ac63368c7a190163e6ab3a
0x88c4184ca1fe50ad5357ae1a03238127ccac035aa678545f20cce211e39338bad7e6aaf03c6da4f475003e2b0d8a0069
0xa766b3d76167d6933261702f9b47e405f7772efc63484decc8678e408230f1aab88aaffdba5d3fc632a0be97b7da9396
0x952a8851da150931244dc8d77100c12eebcb641f9adbbd3413056eaaf9b4400d78c20cf5db2c27efcef4532dd73414ed
0xa41f9c3114103c303ece3947e38110db8d15f2b941d45798441bf37149d5d201b4965342e839ef6aa28cfebe6fa095ef
0xa7487454f96f5e7cd2dee549f6ad00ac50602264b4e723595cdda7e1776bc1b32caac8a1f4a08a3ae1a04ba6926ed219
0x877d4d5cc48d4f7ef4bd7ae259b93fcefdcd2272931785e1c58c4d0c7364fae09b444b2f0291c41ae37a7aab3f9195e9
0xb946fdeb18ea8cabc11e5e5d216f46edfd7ac5f4b11ce3572b29fa40adc3bd4d1af1d0cdeced44035e5a9c80fbb1b9b8
0xad499bd8c737b778e83948b5d8edb0695a6ae14360b1204de5a95dcdd4477f1b8c0b28d7e02489e7a907edc69a20dbfb
0xa01326eb7b2d0cbdafbf08d14000cf25f1cc841a2cb14f75b053836b1a32e6c25b9f13cca27f9f6f286d534dee0cee93
0x8955e60f3ca402a8fbb3915c518cfaa13e609e55ae6da18e245b5b664d0adfa7a7c1d8594f89c3ad01a3dcfb8ff26362
0x981dbc8dfe90f2795cdc01ff7d810743b02d92f8aebff59807a9c6119ac8cc9c5333cfd4c1773514caa344e8d3fae940
0xafc2213ecec9f12ec9bb0580884f70280578ff04fc30883322fb9669777f91da9af8548cfcdc3fc17172136cd0eb3661
0x99f09ced37727248b08070f1a8163dc8453b909b223f20730f5de6dbb28047912ef7c7a5a5f68d2d2b08caad06e36d3f
0x94bd20558bd239da23086d752196909e32e9a5c99e0c775621635192e280171d8b02fe72127bd9c7a074d71a9d32f42b
0x8ac5741a0977e6c839044ad1c3db45837b94b50221939a8badee6bac1c380a989d2d5f9ac27c2c6e30f61e27d4c310c1
0xb630560d43f8cad86b5c4cbe4902aed90051b204fd56189ac082e940a039dcdfd7459aeadedcd138c20afe83328c5295
0xb70aff73d58987c948b66a028634f43d9eb1d102515edb79e893f720daebad8b31eb29de60af0fe9a7425a713258856f
0x9632e9ab9bd3d58cc527c6702323097a4b4b704dadaf0732e6947c6f8fc34a2b5e8d8e71289a0b34deab1bacb6cfd3e3
0x8bcdc234d1dba65ebc7458bffc2bd914c7ac00bf249774a1f9ef5b3a430cea9a5d6840875fae724875c0dbf535fbcbc3
0xa5e539d4ef2d370cf3b6375142aa3d2d59a4977b51f0413262c0b9b435a933c59dd4acfe275e4ba350be84a5cae7c07
0x95cddbe351c5e836ea74edfba00d2d818bc262ebe9ab5e888d09cb7fc999a7b67af8fde2cbce19ba43668e2380cc1
0x860531788f3f6508e6ab43c3b3e060f84ebc864c35071ae68873abbeb3b32f0529569aefaaf8d5748882af37b6c334ff
0x8c10a30693b4b1b752ae0aaca5c6dc656c871085701a8cf68c5c7958dbb896e8798b616fa0fbbeb7a2932adbe0f308d4
0xb246ae8e2a7ab79620f0c33f120d32bbaef461b227e21ffa51d95ca753c3b515905cf70b8e0cab899738ceb89bb94f87
0xad7a74ff06df60ea01f00d06d3bacbcf26cd37ba5d6b84eb55f727e0c05d254734849659f5b55476e65711d0ebb35b97
0x8ed5cfb7944be92583bcd0b82f962076d71b89fa1f3834883098250cac9a90f544ac8119eee9689c1896188fa1f009a
0x8a12818a9bb85c8518709f4fa7f1fb8a7afeef9c0c1463c22f43434a1ffba7748d16e137f275e086895da6b3cba42065
0x950ebf4beeb83ed94ece80d0c89af1d5e3ed37971e23d9c09678fc36806767b4c1abaaf92d41e85948fcef91e7d79de8
0x93f7e84b6538d9a22d56dfeb4b615f5740427a2a94e07446d124544c21f0c99c686d8c9e1035a85dfee67786d7d927ca
0x8afbe75e0549fd4fd2df0564e683a52262ad5966d4bec9c947d67a61a1a3bf1aa6ab550b4dce37ec81bd09d022f788e8
0x8450f92aab9f418cfcf5899c5c26b5e521fecacf170b443b76d3cfa4eb636ae53558ea8b111117c420ca2cac61238f82
0xa2c4a7c2b53fdb69cb541cb1240e13f83cde95cb0297d1f8aa8eae5658e76e9e375fb7e9fc715a171ee206b9ec831abe
0x80d1db6f7f690d3846c60784ece33c6b94d88b03d429357ad11955c3de369ded19e6fe6e4555b01fa073235829b3afa6
0x8cf65354f594b55980f63f7b46b1d2af916c936d51291320af8e03412b708b6320b119f418ce6939e270823fff7d6f95
0x88dfff722ad7a38ac626cedf961d851945782a9e2a7d61994e02d73f7348e02bbb72b42b1d1b94cb3a59dc83a57333e6
0xb518641a864c0a1ed8091cdf0cd8e9f2f7736734c60fc4c82a553ef4e0ffc7769bd95e2c6add1d1aec2698b58a3f3b73
0x8b6c09b6df11240e41853b4ad0494582bd7e1522d61490c3ff82d889c6105158608241e05b78fd41a2be4c8b18531789
0x80315128dbd41d9086e1c793ade0282de9168624e497fb6097a50f02fb3c1d304f66803f4621be1cf5f15917dee698ac
0xaaba059a400e29377123126476f551d23775706dc9f9ee3d01b9eacc40d103f951e3fe7bdc62370f129203cd4df90d6f
0xb8bd2da956b7ea6e686771c78654cd723bb5b4b9773c7940ba1588828aa4c79bb0467e8b6946d144a18d485d444e1066
0xb441723ca9fc8a2ceb14252d904ca70a7377cc42b5077bec0be788c79e9e71fbcc865ef439a2d7847c53835df0a
0x821a87d675f50d17d92441d6ca3b8059f9623867bbfe33dfb7f8d4e6365bd81d9f7cf5a48d94629b2889fb3faccd5bc5
0xb91d5fca416389bfe437cf7bb3fb4830ba40799f4e2855bf9359cf84cf5e56f461164888ceff3938416d88de013bf22a
0xb748faebfd439d06c926212079f5432ffc69cb04b74dbcc5dd5f7d71264394e31e8391c907b6839dca4cb0218e0be504
0xa39a5de7832d8a8246fb3307e5d7efbb22513c37e6b828bd72c0e17f6b98464549b7cb9f3ecde0a14c585ee4131759dc
0x939f3c093d03a71d344ee0734f9c1d8447232eda32ea2928fa431c4fce62f217f2ae31cfd1c6dc7cf145d8e8d5e87437
0x989af0dde44f1bdbc103c4cff37e489a7a0dd5a9683a77b24c860b0885c6f8fe5069e013d805ac498289516aa0c9bc36
0xa655d72641e7b7e42ee219e564eae97d7e18ea0cc18bd35ee2e1080e2e53f0bba6cf3412c8487214076f779390b206c
0x83dd43eead5b225b60c4a640cde424a3a650ac7aa6c140dbee1aa7941702ed7568f1f626edaa68da4aadf4f6624b7486
0x9259b291d6783f30a3c70c3a939dd1e715e773244d415167818ae3f8b1af349f44e17fa98d91b2bebcc41ff3a7491b5
0x8f00ac7f663612a5792c2eb8f543e4976d30cbf8ea8aa1658ffc7eb7fa8e7116f900b3b2fac737d1a568ab4bac0148
0x81bb5d670a4b119bee8a62de2fee56ec7edaaba3ddea44771ee92db6025a6367cb795822f342476f88aa5e9f085d0817

0x9270bc3e3ac20173c5d244858e4faf781f33b462a0f0ac872d0966f6d58b4e56698637be8abe910d018c7071bec43ffc
0x98a8ee88c0862e5a0cd8d42588e30ddb889cbfa2beaad78da77251c0a8c5333e20b1107adf538453907405391d97058b
0x8008c5506d9913204a747822dfa49c0729a93a10bbc7a9b3045b8a97795a90e747f549c0dae8705d74805083878a19be
0x90788c6accf2dc90d01b79fe13beb48a68e109ab3086d8189d798a9da49d2f4c9d926622f8853c3d60ac54bdfd86f38
0xa5a1bbdc699a60a92daccb43c84f503c57270a7545e4da86cb8dc5c498228e112569a2137403df90bc2e35ba53093234
0xb4c8d6b6e3b516b68ca3c03d5fd693c9657dee5d069a9fb54d833c919649ea9bc0cdbe2454f4a8f8a861bc7c82b1c7d6
0xa16941df88c662550d402faf7349cc848d03f1973bb4346271d7599cfc2e317a17d38952933a5afa0a2c53efe72c6851
0xb5ed543b4d47d39c0ec6592b83b4aef7cba51ac40ec6b27875b86c3cc55591f88ca739402b3e9234f4ed45b9a2e8fb26
0x9349c983053ae43bff86bcab2a7ff95fbc695e4214555d1636a893a1b146ef214126e6207552a343155ac508e7917ee8
0x80b293cf309c0d8929073e383c118e197812a9c3f4568ab4006d19643b65ad04f93df56de0ffc406d65eec1bc2537413
0x8c8219cdaf2dabd67e145e928b67e8e6f5716523c75deab8cb8e6308ebba1b8bee0601bbf7e4942669d085351b2efa06
0xa21f1a1800e56e64e90448c3192178ab514ecd9515eaa457b6189fb5b8385d4771c9f1521ced3afcdc1fc00e7a6cee73
0x990317376dfb1fd67e7a12a815eaa43d287a31e115aa895e9983d0415d880c437c28c344cc14d38986e258c5d445ecba
0xb81e6480ec6ecdb3bb69cc27eddb6856eb8593855c2d917a1547f4883e1e018473401d4c8b6aae2412e00af1c3bff148
0xb604084b596f2acd9997e50e4d9039fca31f2ddf1c972b582a78748553788b4d29386cd8a154cb59b42a125d9825dd
0x8a8e0a20ff32c6af15f36ac8c9720932a286ee2d1b72f8a076de95afa1ea1089d25d4b83bca36f9a9098cc6b676c8692
0x8665752fb718d9bf4565cd0be6e58ab7a025945b69dacc1627740bb4c750d89da306d2ee5524ada6a2be13ce4e52b9cb
0x86ce56874d0f182a1713b31ff91ec72b97ee61833bcea87b0f8c2b566e18a129d4b3330e27b035ec4ba9ac6f0afe80ee
0x881b9185de4bf8c122fe20b3f4262fee1e984e109350f16ab8f92a3b82ec2770ce792538b9f22c71f6c1bfde9fa29993
0xa00dbdaa673122dfe06f7dcff0d5e470bb4a5eba1e09ea329694fb90f6c1f08afa92ac8c169970def86c3f5d05f128a4
0xa5e2e7e02cd4e6e1063d6926fd8962e1c44f46941bd0d094503541f30e838621ea7f4f5ab0d33fc52ab06509313837 42e
0x81a7ac1ae28edcce8cad1361fe1be51fc22ed9e4f4179526039b0686002947d4a913715ac1cfaf6d1cc354fde64a0999
0xa9d5f4ad8c7c7ac91d525415e99a6931e435d6113f2e8f4a3a53b3c5eaf448e9dbafa2d89d9e19aea1841233ae6a522c
0xadea4fd0a2563dbf4207d2ab264eb01e92354f159289883342bed90f3c7fb94791511ce539ed9f615d9df06f7c2bb28
0xb5c58aa768f57b0033fe5fbbd7720dd5b22bd3556c14578f25622373b0f3130a3e67a8731a9210d23631ef0fcc1df7a7
0xb81e1af0d9009d5df613f847757008e75fe41bf422334763574f98ad718a4e774230bb2cacd43b13550e1af7301186f5
0xa72428ba6301a1856f4a16d79f52a6c0b9caff849b87cc93f786a36f289055444693f987001f2108350224bad31c5bd9
0xad2898afdcad3888e97ca2f8199878a6cab8d925221f712e8235eec478e1a9080b0ba12b3efefe650ef7eb469244091f
0xa9d80b48c89d58395902a2d34d25e55c72ad687abd11d24ab544af954026d39587dec19832ce9813141e9e8d38ce4722
0x88a15e6805370b07d0ece0b5b82193aeee0c1e2bb145cee81503115942e9411db896fc597d5724e307e9c323ab3e19d
0x8f4128ab8daed043c83db5f65b6ee7c10dad0e77c99ea7029aa7b669de63064dc44d86bc3d40a4566dca5cd6bbf87289
0xab066d3bf1b2d970b8cabc69452d834634b86c098010986faa0cb4b136653034653beadf36ff524ff503f8ed272aa998
0x821c21c56d21ff1ba773d2936d5254295c4122212961fbb7c2a26da89a742ea16fe7429be9082547411409defad42d21
0xa19d7d0b2386e0490cf5e97f8c29ed1d6dda73be4817c160c1ddb2d89bd292f9dbb3e933733d5afc0da9cc95a842a4d5
0xa5aae0f6377ee564e83786a6d44e23ed7d2f1359bb7e5c0d954089a707ed08c33cb99c1c6e35f5c378e1d55fb797fcb4
0xb97957d9ef669022ebb80943c9e67e7ae75f4e2b67d8484e7c89d2cc9b477cb777f12adc72b61701be604990db556013
0xa5255a09e24472bc76ec6a8304319c6d6f9536ed105bee1ddfd208d7c01cc122d176fbe37ca26f5dba5446530ee48605
0x81ce114d4fb5facf932522187b0ed523ce380393cdb5c1250ad79bc89d3b0c2465e8a2ba3467921df3372696a5d0ea60
0xa3b3b9770abe99441bf303f281399f74e1c0ee321a958551a1340563c2ab04aa9ad0faa69dbe83e36d8ae70b2d37f0f63
0x915d998a39695c1f180d9020646e2bd6ecbfb0997677f427189d0fc4d2b6d17dc033df7514397c49461a98c038f5106a
0xa45bb05e0d25e2cee038f15f57833bd4851cff90c272dd790e3089e7758e8d752b1b4012a5a689e5dcfa4950a1636c34
0x1071e5d55691f3b56efdeedb1071071abfd3acbb958cb7f18a833ebcf73d16037f8ebe6fc86fc007650753d1f3bfdc8
0xad260f2aed82ae75524f14536dc639801cb581137a904a18ba4a65fb78308df5fe8a4c23785f38ac201919c54be0b3a9
0x8be9b440861f69b5efe969f9c66a674c48bb3c7fe578e57c139ef711898eb368242df58a2f9997e454918202d57c6e2d
0xb2327fd530efedfd4b714aeb5db76ea81953e92c75cf5c63585d7f1c4d1d68c04e6d7247b0f7362d1722fe2244e18dad
0xae372e9266183c3883a8f234d8bd404918b2f59ef3e26c853fd22a5015de43c14d6e1767c93848b69a0e128f19526f07
0x9220d8c3815163bcb4d00e06b0f7b93007dd95c21a0f4b9349c8a06501ce64f95d432a5b0f89e00999eade2098541cd6
0xa731618efdda47d72bde3a8ac3b3bf820369a17e965406a5f1d8e44ab8c3a13cb29407b1ce60af8bb8a61bfbf9bfe7aa
0xa5306b706f574a5114fbafbaa94bac4bb5dd718974229f41734af669ba35e44299c0176530af0347bbfd00d48f294f61
0x929227a46f94c65265b03461b869eb3cef7ac856dc93f2326da8708d015e05d58ec76bcab1535a644592a15943dbe924
0xb52d9ee3704c562d77a6dfdf97c280528d4c87ffb0daafd1648a460b309c500fb385b8434a5b5ac5183e322ff1be207c
0xa4e5e60dfaae99bc4fc75d71f216f2e407134fb67f852dae28b122aabeb7f30443bb6ffde8c07adb6863b63e3466ecdb
0x85e973a2adf31c8a9d4d0153b58960e9284fcbbdb437cc40341fc567f7e662278d48a6823862e07bc103f6c34da37cf4

0x8772407292df584160a273d28066d71fff1b92878ea2a06fb2b7a6803e461f4c250f1246caaf81dd0e710fd6edd66286
0x869f1540118942ec2367204bb717ec8ddc294ef5ffd5b8b7d2edd02c99f5f6a640d80446d5985f58180fa40a753ab991
0xae3bb5950fe59add4fc1dc8401b268ea6800d0a190a7bd7e8a9d55553d03e89020eeca69bb43a7e20338857efaafa63e
0xa2c2234bb10a20c6310e4dd406772cd0a536b8f0952da25e482d110719d2cf97e3b8d3bee6899b93e718763283527298
0x935be7c16acca03a6d1cd6ee8cfc9781ec5db6d79ad84327c29b6af1dd716a79f0d7a4035e214f487508a4d2980ba47a
0x921c8998a8ff104c32833881ed21583d7d533dfcf12e3dd4ed7bb9f6dd8964743aac7be46aa99fa4d9c7dc4d76d3d3a
0x846e33bbb933fd41cdc5852c9ae3b41cf8c40f2bf5615ef9cabe2062b9f48d7f7fcf348243bad4eb9bb8d8f01aadf469
0xa16b6f686b433258ca9e98f8eae850f4092e27f64043178f4d7bb97e62a66406b6580609d9507257cdf23f68134e1766
0x85c34461121057a5565c34a3a4509fb13225cec59c4523615c06021ff84d4c3675fabad383928fe226d70dd054b9675c
0x949894777c68920cdc9de840ff2748633964458e4b9dbbe18b21bba5a01d3f0357611d3c59b2fe5509a4245fdff89f84
0xb59163b7668613a08bbf4022c25ce17cdc732f0cdedd44c2774f686b1a630e4a00f560d340756b3682ce9d904f125ff7
0xa433cd15171424328d36d6e23ff3b7dff241e69afac749aa4d256caffe68ea9ca2cb6b644322162b4aaacea37650e459
0xb0ad45b1fa80b4b472d7bc9c6833f3fb40c0aeb146a0d6c3e9731699f2e5dd212d2b712098da04e5c7ac692674314fe4
0x870a630a814a109d71cd7157da84796837afe72a2b15a21f14f76afc8d0baaa2c5bccf86a13a7254f01beae03edab259
0xa400748cd11c316a0ebde5ad20bd7d1bf85f473726bd5b7900bdf0b88916c0fb61dd1287f02d7bc1d2aca1a9a82829eb
0x906981f3028ab30aea045402f24206220da635ee2b91f702f47ab2b2ce881e17273196185cc42c00fa43c50b9eca3d1
0xb66e914ae7bfb8641f1f9cbb408e8ce922ce9f491076a0398c00aae302b3949cea47e3d79ae188dbd40cc9535a1ce94e
0xb2a971ded117b3af9f736e3ddf2afe102d6e15a394a70d6b6814d16fe774eec038f29a325bbbb6f21573fd6451d468d
0x8935ff6ed9362c05920583ebc66315bd455e18509f7735e675178f6b6a9007e61b31502d1e4d3a7c67bddeeed4003e76
0xb7db1fee7c28dfc98ebc598a35eb6d6606afa700a0a8000ded7c78623628f10b7185738fa1c781e063263469cc346629
0x8ca56dd67c4d6bac21c3158777f88180ad10fc6ad27b11f6c395e2cb5a14ca4bba18cc84a0701e7164eb02c51dbef13b
0x81aac7eee6d99c3fd31302dcaf2c6cf49065f878b4e66b7313600ca24d03c81e430c02e5789abd6eaef30b72d999e372
0xb735e01291fe27569c07d25deabc8665a088e21c4d82e6dff9ffdeb62dbfd2f3b5c32bcc83cfea49d69f6c47c4a81eb7
0x811eb5bc058a5877eb3175cb8f4031922d6066d4ae5402729857dc13200998de35cea2d90996353533dfd0664cb2a874
0xb2eb078e312a0fb72cec39ba3d19af4f5b069cd44f172cf5c97dcec52ce9399e7ee6ab909b55bba5555ae271e25c79a7
0xa31a9cf55f7c164da2ffbffd24515a9e81ee1eb2a6d4a756e489bf0ac859c5bd0d3da2127dd2130d1d8e9c8a43614d43
0x89f7a862a28a57617a2e92447661ac8f4a8a78b04c47f5ad0f562f061ea95656139bc055e69c957d1b88779cccc7e6ae
0x8e5b689bbb079a96d868621b5dd973c6fa7fd0f48b2808b4d900934eefc02d3cc0a5e860a7c8fc4fd42e7ae86ef1d80e
0x950964386626a38b7d8b41c4c3f369b5f4634553aa954dc10d026d227e0c40d1762b231ae0c0685bc607c6708086f570
0x89615cf2a210892c52af3fd9afaea7a03afa0130d62df07e2c997f8dfeb9ef825a6156715ceb15611bbe2e38fa05f18
0x985120e308175014ebf61bda2e40b9e36f1b01d1da16af4527273d748376bb782bc6cb584753d8bda9eb54ca467d64cd
0xa9fce43dae8191ea9bc8bd0864f0310f84f9e6fbc4293efffed0f7532f6927bb57301704197e8717c036ee181480df47
0x99dd0e2a235404eeb8a85c4380c18aa94cf8ca4fba410161fbb3c96e3218f244431f71d2288cedc82a901110043331
0x8efbd182f905e24be21c43fe854d5bad1170b43f07c61c1a7dbcaae112b601a54fe54292b2bc489773916c62391af265
0xa16ddb0e6b09772cb74bb01b95a98c4c4419c96d00f66322e129fe067a1e130ee63502b22773ceed2009540c61a2b047
0x901cf17058bde65ecaf121a5b7b3e64b6bcd349bb6cd200a043c00ae82eec236f541213f5c55952b55ccffa9715b8e8c89ea
0xa2c125e54ee6b35666e76d8d04a2c694e5566d9dd8a3a6ea4468eee9f0afc37c83706ec1aeda1a47a3200767f863872
0xaf22ebb5ece25de4a6182f56f980071c82f75d13938e8957dbc9e01c8b31b8cb598bc73b986f0f7bf4839bb99bdda65a
0x94e7e745d19bf4ffc7bdb0e96a9ee0b2b44810336b5d582307e05f10f3bf6d9b108de7bd546811071825c907488854da
0x875abcbc7461f4c6286c8c307245c95569107c0e7f485b00f934d51243391ceb9d889ecb98dfa902130d4ee841fdfac1
0xb9bdda27c8cef5a1d19bb8d1a780aea49ed143c6ea95a0af5d8c8797d0affccc4b6f2cf522f7e283347c39045a03e88
0x9611afbed3abe7f936cfb20d962aa29071eb939d3d3b509795ba0b59bbe525788edf7c973fb2a9e14728c276baeae3b7
0x9380a3bb62befc37d12985386ae64c92fd4aa19e9887e8d8830d90cb2ab1ee0c48e34d4d7709d590a600c475eb9c05e1
0x93b9ea6b970dffea42849eaba5e10971952d6f4e70828f39a3979d52408d6351c4646bea32ecde9175a1e181365e5347
0x8e1c34d564b0efc2e46518aa83f2045bc872a23985e5bb60182a13daa51737976b9aec13b225c44678f0a4dfa7192114
0xb0e6efd35bf430093c7ec142489b0118321e594f6b38981966bfb4ee694893f64b43bee363c69364f1d6ebf740368f19
0x80317c0e995b47a51f37ab5fb0aa90cb86015404f7a60a709c95978b38195c820ac5464e77079019ad5041132f8be963
0x8c5efa9cd28c42f2207c367440f660a7cee587896631225bb2350e6e9e9701fa254b5fb6e5e7ffa8e902a206bc17
0xb795975e08d9f402f685716864305840b99bafffe64edf6d93157b84d3f9f3cf8039c4a3f418b9b0c8c47e5fbc77372e
0x85893f3497830807792a2959226a79552717fa12fc6ab1f20ec314bf5255a27a7b000b54d34e5ba08529102ef79e3f44
0x932ad51b5fda2dd46ff84c48fa06e2a7291eff51489cb9bc878cf5e1f43fc3dad0e422eeed96e239f6a397fc5762fcfe
0xaf468663a75bb1854ee19284cc44130c4ce2b2f08bf2e4798e9e1425cf2f3c59670fbbb3de6648f99ce196d506180b54
0xa8867130eab20441134eab06d22011a775b2c996c55a75da7d6ca0de023e5d9a163cd5bd9fea88ea744ac7ace252ca2d

0xac4637c15070d1d0dca93e685561d4451e279b45aba445fffcfab7b5b1748be6ac8a6939b749a9ff48389af4a48bb9bc
0x8948b355bab971d4c1792cf4627672179293c77480481daf34f767d52b22ae1b4c70767c1cc976eabfe3560a20ac730d
0xad6acc9fc951e9912a23810c5a30c0597dd326e9034b281e3d084b17b23fdb9f80f8a08c5ccbfa385f00a72086fd93b1
0x8f45f51becbd525233d4a53ec6d31ba6a83cb76a0a8c90e24ce2409a98bf8d4d508c775246964253dbd16b7e322feb34
0xa05e8e424eb38b99f0095cec9b0cec27f1b99622dd024f03af598304bbf077c6c8828c25602b405bd42bf9ba7aaa3d4a
0x95ef6d0632994890ecaf904063356a7e4d8016fb8047ae3ec32d08467ffd633aa237442fefd796b621597351cfe518c6
0xa475d75d49eaeec0b8ae8c24d163936b1404415a28259a528156ec4ba80344a4302a299fdcaf444b5299c83318ff0e00
0x893cbd05a95bcfc6ebc4a78ae0f8ffdf24908cd5567738bf37e8d062bab574b29e8614c533bc129e83bda512cfa4390a
0x97bf3400a33c08219ac588362abc6d0b483125990f4316418c09f8335a4d29d3ae06ade8e1908458675fd798dd9daf36
0x99dab78953c32f8d40c6a89a79b68263547d591bec3f52d574593aabe6b79f6522a0365d0e6ac8d30972748eaadadf81
0x99d5b87d4d4c13234b049394e3a847b9865b50dd49c5d4247cbc17ec4b63ad32e960f02a93b33ef6863b1b196e7564b4
0xa03505b12e804e195675e4de7e3e59b2cb1d8c2d9ea5a843cef3ef1c9e3e890dd4fd7870cc6b5f8ab90a5c5b09ffa
0xb722d1cfe33122df134d90acb44788abc247a6ca95b20c43734310630774683fF009b3be70757394b9f5af0bf26f54db
0x87b55564d4483cbed5dd9f9802f11c4934752bc1bbcacda0626df903486b95b4b1c1329c5db71d3198764d1f99690e34
0xb83c2ecf64b81b40e638a0d29db4597ed9021fe603df9a696d352115c8a6ad16592051d0531eca9b9d9908c4ef12a8d3
0xb6404ea7c74d6c0d603cfa69e41d396764b2f58ae1ef511d30449e8d4dbd0b8808d498fb508881686c5f3801fa21dc4c
0x90382c46b22f6ad796997a6680de634c162daca8d6b903085c1c9faa054ea4592d0404d939de5cf3c3a879a5c6f34b65
0xade83eb1e218f8c8180857007716f4ffa1a518a305deffde811644a51bc3642ab5a137ff769d624eca309a63d137db52
0x92a3c3c027b7de43a4cb5bb25c04892ae3a501eb6e58f7173aec7407c18b55f60601a9370624ecec912cdfb2b510cce9
0xa85059abbbec61a131ff49c274108daab4efccc56a3c0a84e4e141cc46a9a7853d43e6ab11671c77282037f2e50f5a19
0x818068852297564376e72b55f09074c9f24f24d408b089f7c51e790b6bf9803f3fa84023b09e3eec7cdcfa72b29180c00
0x8fbf2cd24f7a9592de75421756ef7d915c1b53a7a25e856642fb8718de97c449647217bdbc7e67540cf1b051f2488839
0x907a8f399c66166fc8e6a5b88f5bca75642fb5ba6195326d4559adce08a6e19a8702145878a4681e33873887dc07d5a0
0x82436813e7dc98d711c80c775bbce42e417bc59e1dc7476786fffee79ee98dba4de1924828ad59003fd4c05267c21cd2
0xaf6a7aed8edf01658626074bb21756e23515a332f41be90f10fbb3e2d3eca59611fda1ba7ef9e39c3663925b71b34c52
0xaf6ab5fd44b60c322bf457c5eb2e80d319e8cbf8bdca25d0a0a8c53eb46914c77dc27561085b0c424c47e7c66efe3e77
0xb758547cd3fdb3c784c7ae530ef99320ad4f262a617810d971f6d3b5cdcb9369dadc8aee8df0ecfe571ddfe78702d419
0xa43aab05fda0973b2a4e2227dedaacfb9bfcdd535a76212b4d63b53ce470f3301eeb08afc73ce880188619ca775af3db
0x89d08a232b9f0bb61debfe0b90195ec72171bdb149832cb073a1a934fc6026ccee83bed297f5c24dca95dd93192fc7d4
0x99e1792486d52d5443d63867398d93d0ce060470837b7b5471d04115ab632b32bf8fa1a3cfd791f98866cb23717765f0
0x945e3b07f647cc8359099cfec5b8d96bbe8942555ddd66532e027ae8e4b520615d59e2cd10c5f662a571bf135179ed24
0x961f8d0355e16b0aa981f3cfe06b8210739d3b70991b7b028f50947bce733bdd1dcec27a692c556893cf0988fddbef8f
0x8a5edb41cd675de5fc299507c5e7932f1563972f39d45d208aff125b859ebdcce7abffcafe7ad36727528a2391ce2b2a
0x90731bffcbabca383394d9cb387557536559b20dbbb73132eeac28584d0c77b3e80a719bdcd9c9e2e7a5fefe1315f263
0x98a2175fca13ae038ab4bcbe89300207a6ea1ca464a45c975537aa85d3aea60169180dde31299a46c9bce40f7db633d8
0x8682471bd5275cf69d67860c13e49af9f14b9658c0422690e4e77071b5bb0a02ae2293a49df87162dbc724ca32c06a0a
0x98cf4122be02a29f5ba516560eba85ae634d82c4440e6e442a5f243fe0c40dc6d2bf8da876048e556289c6bb99d27db0
0x85b8ea639168efd3b068a959532f5577fc99fa7316ef53150bcbfc6442d28df30566396fe5b2ef77b854e5245f397069
0x96319e58794914cd61b62f62d4a078d9f8f0571caf28bd3c961e11f827d206d6451477acc8d435ddc30e1a58008cdb
0xa9c52af517b0d8e1812cb048513dfff0461346fe66f1f2c7e6a3239c0781f3fe62a0a03c0e6a56fb1b04f12cb170c322
0xb380b08935de5ef195a7a554ec4202aa273a20d173cf5a09fd680532383be06eed383d5998076f63ce1ae4d0d4d5a04f
0xa7a6f9ecd25888e145c14caa133d35119db71c29e957b68e31c78ea43b9fcefa287d1ead3ef2468a12d812db45c85841
0x95c9337160db7d58b22043e19614d21c6fcd7c3bf3748ff6c1cea1258ffbb3a9ecdec6c60a067751948421f6f171b971
0xad54b45987773fee7cbbc5d301758d0051e00cfb4d1eff802089d971514df2132b13e070e31f558959a5b995864eaef9
0x8018578b93d7edf0a57cd1cb567148ce641d19e724f5acb7626e7a55569ba3681c33080301c4903c45ed7570a428f759
0x85bb5146c5f62e4afb83c30d91206be768e2a479bb66e35ec1bc7b3da0e16a79eea5a920ee8f601e0681a656c9203071
0xaf1ca8e708a088a6063ba18223909458c878d42c68d17c90c4ee14462eb559810c0525d43889aa5fd24a24401c6c800c
0xad819caf2db9269580d21f8faea1ed6fb3769cd46c99725702d9c1801ad90934827431443d2bf34709c64d081fd648a7
0xb4bbfba865787629b95b4a32fa14f79cafd1eacce4bb1397dac8a96a71c3aac6af2f147f874a6ff11e5407e277aa7209
0x941563fc900024bd27c2859a522fcf654d851c385245d9dd2fd7070bfaecc298cbb6f7ffb56717cfcae479ae586f886d
0xb42b2c7823119db918fd74b0dd440bd1e1345e17c9b5aebfb35292b2ba8ae30d60b46599fdc1644f85644a7700a8715a
0x9083f9ed99263b75303ffd6742d10ac3f14a9d691f951de12daac4748becc407c991b30eeea8d09186e31f6977038805
0xb87015d46ef4fe888ca59420ee59ebe4d9bf66c6e98922111e702e1adae6ee0cc229f854b05206171e5c5227b6425e25

0x97c81098462d197257f00f0b13eaf83b4565162bfb356aaf883b8081fa2de44760cdecb1cf4590bb780bc3ab4825a4aa
0xac66815636ff2daf74d15a1fc831d2e8056eeaa1f033fb4fc457df83e02d14ac2c73928411505f7e2d7469a31ef27e90
0x896dad2cf42851f1018529fa6b92775ed35eeabb40070c02965b56885ef1eedc865f10b6ee1428b195322d024824f4e6
0x8910948d7b3ed1fcc9bff695659ff310fe2a95b1544cd7b8a55a54573986e3cc92d7ad10c49804a0d4f8554e969af3c8
0xb7240a77f8d86652037a6f451fb42cd0f2648377baa9af0c9e394bb4ecac25768752051117ec8095f41e5179b210a98f
0x88f1b3cdd8eac2f8bf6d4df2535b6e221b8d97f20371377320a7d954fcdcb9f03b9f8d233bc2c803a82c6ae97356c63f
0x895c36a61516c36d26abdee03aa5b437f60f215766d31d18762b6b5607d4d5729fc0a96e25882514b4fb1cfdba298331
0x8aeafadd28a31ef5e4308760f34c75c961910da6127a62e2bca91ae9d85c0c21c4d3ff32e094464d3350030918da913c
0x8b5c9cd942c67402e1f8fed13417c728cea89a584461e29df14994115d4ee1da085944b6888fdb38277a9b00cf961ab6
0x848d5f1ac4980e57a03b6ab038e58314e157540880d7817562447d65005f61dbf99ca8ebb5851fbb95318447db8970a6
0xb463d22c1bf105bc827553c9eb58791c9104a274e2e6fd958ea34900a97b0e759a5940d4599a992a4fcca6d65e3024a9
0x8090a4c870571aeae82e2440235f3c1bc895fffec001ffe139809a93b1e18f102888885575e98f8d385dc5ba5d6b303c
0x99216f47aae4497e7f1aae5e33212f58907cf31ba090fa2265a068680f3e9bd966f66495e6b9ee7b989a5ff68fabe011
0x88a02253721c63d9286e8d3683e0fb1cdae56e986bf4007c53e578bea6978b0ac571904f49f3ea966b88a647c2253d26
0x85fc66f2456730712fb3ceea33517294c9dca5cf1f3e406003ee58c328be9e76864d2e939be9f956e6985bcbf2f64d5e
0x88a79dc4bebe218e4e77be13fac79044d3bd1058a5466a09838cd99ddef366c270afa63c44989ec9326c9cd32d160e66
0xa083294b34d518de17fab592e99c83380c5ceefe7719d80342d9b687d9a824ebbd8dfa6a9501ce4fa321dc195950b8a0
0x8893eefef826587d1e802f24967daf180e2d3af0661b39a74dad123a59781de65c974614d3382bb2c1bcff9f7d84b93ff69b5
0xa42f3b6109f794e2a694d49873e3bccac96d23a97380eaf9f9000c3ab2316d01778a4ee43ab318129f14013388f05c41
0x852b319cc375a37077ca5674a9da5145684edddc56fb5fea8fbd66dcde48068b6c36f80d39d9e4c38ec4e057ad20ad46
0x909b5e93a30d5471a0d86c6ef30ec97a86866f5e5f8e2eeef93cc6cda7ea8b368962736c9079e5847c3af6a9b8
0xac47b1547662b11e0d1d8ddd071aa93190c5c8d495bf1f29496325a33e6767fe8688aa5bcf902e07304e0ef90b1fa4f4
0x841c33ff3d03f38c32bd77b9395494691e0317b4fca863df20a0285fde0e48b53b362899f54ddfdcbc38d11c7989b112
0x91d7e7cfc37fbde572a8049791d6a79e0475f4033af5649f7f955539ddd4a247a974c456aa2c36c2d6d326933ee161f
0x912f9e0f360e01299d8d32b552301ee347fde8b8c10634f30466c5646bfa53398118dab840f0a6b38c3f385024e056f0
0x80b83c9717a14ba7f7f079174eb2d8009944e43739e423f82e04e79e82eda61de6bf116c0cbecf5cb73c44e3fa82b529
0x8eec50ad6787dfc831578a51840f5d3ad8052ff493413efc6e3eeef93cc6cda7ea8b368962736c9079e5847c3af6a9b8
0xb9cf2292e4114aca22246268c824329920765b227d31067353f40ed1119d99804fe399723fbfaf5633484d54f19a0c3a
0xb0ebef48beee2b791ad95d7d432662617c20e944b076611ef4cb5f4dac7b978800f3cc436649b0323c8695a1752fedb1
0xa0e00913b81e6d8aa3f15e6635eb9e5a435689c133600b2796e49d27b227ae8ee5985433f1c8f9e4dfca316f0aa7cc6d
0x951e508153504bd76f556c2e1313e364e0bb2cb35c48ac7c24c518416b122b055ed64fecc39d3e60f6915f0bcbbe946a
0xb2d494ab9c0093b3357416365d67aa348484bd574b27d97d9f4aa3250d5a9c6df7044a29947cecffc648e497e287e67d
0x8d796350f9eeec6fdacd5e77da1930fd4ca2efc1dcfeabfa5de4bc29e3f34425294cb19396438cdd89a39dba8d1d3ac
0x88a701a6add1bf0b59516c54aeaf9141267df519e4063c1540625c0343376a9568eff2d307cbfd73061321a5b52822c6
0x94e15dd2f8d135823b533467ec0ac41fac12180e14143800f75bf369c1792d953970583b6524cff9191e2cee1bc7939e
0xa89b3f9fc3257d45e1d9697b5679abc084a5fb1d450dcd34ea4162315267cb320c9fdd1e7860d271875ec315f33bec1f
0x831660baa8d0e28ac41bc2c92d9658697ef3332cfe1e3f1fe446913c37dc6d224ad09048fd5c691ec676e24440f8a7c1
0x87c7a3f544278b4dfec7459de2acd3aeebbc5a02889ec2327c8e7732bd5a940ec6613853dfc9c379e386a53b6cda82ad
0x8f7787fdeef5e58bec0286e1312149094acd9ed406c41f215bbb44f785e3ba2f53d0b695bfedb2cc96d289f0aa3666b1
0x8607b1d43000331652fb5c9d31f44630dd6d17139dd1b1a533972b3680e0d1156beab93d1d6ca5c00285d027de52006a
0xa49cb907ddac3c8b53e63e159ebe981f915fb93dd081ee56a84692190c0b8014e8598037f361a7cd46a126bfe244c720
0x876e90dd9391b55578a65fa20ea9f9bfed97b516d2c5b597a40d03118e7ad352897d2e1691333c4a84c63b30b743a7d8
0xadea2f8a2661c61d499a8e7fd04981e04c6c6fe0fc03c1c21e11b630d9628e723af813606de7cbb186a0c0833ef2e7be
0xaa6e95273021ec0531e5714fe886d354a81575a543bd2aab2ea923b24a3f66615466f15cd45e47df9b8ce4774339ef19
0x969e3cbcf52b77b8e806b8ece819f6019a7f1586233133240cbbc25699de2819dfa14817b9a93f4d137c8d583d8ca3ee
0xb12c18699f7a6582884a04c5a788cf252d472829adfb71feaff827fd3533f04f1aafcd9d514cdb98836ae34258f84c83
0x8fb8a2c0645385fd953af8f25a9ae3d90daa118f0ed79dd46e23e42e748fa90dabb51c1e048a8d1b890687e71c8de068
0x848613e70616ef2efbfc05d9664156d9504e35408ee24b8351afd12f179b701f4e891bb8a8d829bdea12fd509d5c05a8
0xad92fc674a39a7dabe84d44f9ad81e0d8ea18e4bb12810a68dc1570fe98ed4c0ff48c8c3426756004d606d44b774a630
0x843a62beffe411485651672126fc8c7822712695fa9b9394518c517f4aa9dbc63ea589f079dac268187b8ac7ce5033f4
0xad43787f0906e00b3a5787b1f07aab6ce9188cbdfaba70f1328046c80f4977b132e77650efedfa41e769972b234095a0
0xa3293bd915073ae5292f08c2cf595b5e0da9b03197de9a44e822eb50a05e81f56fa00230947dc0e5873e637c356112f1
0xb2af52a493c783e1676644bd18b5b88c16bd5e1628bab5728753e06aab282154b7a7b8296a6c91896eb66efc67579ab7

0xb6b4804d67f2c7cfd2c9ab0858e1c0166d075cfe390cd96fe95e9af0e6b38e74d1b20e3bf866c187e441ca6ffedac8d2
0x85b2821cb935fe6558ef62eb5f7b06860ccf024d8c72b22db2cfc297749e671b405aa02e21eeaf08369e07588805e5f5
0xa7753752f2ceda6b11204cc5ac9a211033019bcc05fcaf8fba32e23ea48bdf7fd78800c7824c996e7df187ca8ce830da
0x984e74e63e5eb5216d8705250a4554de633bfdeb2406e6d1b70a598e041aa5175b5611489bb1216bed79025a52c8a7fe
0xa58a11dd7ea5d874df86ceccbf80636b065bb6e8ef9c9b22dcc9a02760d30b65822e3e474331d6df02cf1e471b8c296f
0xa9b6e8fe3c16f4924b65bbf52deadcbad92e0b46906a919a64d83d7687467199260a1adb0635f8dc9debdd9f60e1bf379c
0xb4b9b26d04aa314825244c0f883a3aa9197ca30b471f2fb080b85c4d2572baa2ef6b4c52124434caf5756396fcc3271a
0x88c30b925e51d52a713d7965e2ae07ec987fcae189c095a7fd54ccfda45c9c678b120596b16cf29c3187eaef44eb7ee8
0xaeaf9f471f79b710b092c84ea89ed70f70c30d8a2678479620e022975e5e6a78012d1a3489ba356d2cb5f39cf39bce3
0x93fe514c5fda3bbf832abf8fc92017f1f4c11f8a8e0893681884a2ba524e8a48f92fd6e21f29d5f4a34f55778eb7bafc
0x9048d58892b3c3a55678ad51b29cbffabc1611cec3bec7118d24b1c98f3e691a0be6fa941457e2af45f543dc5259b4df
0xb10615ef0b3055547947821de53698049c5030311fa4e264849a1359af161e8c7212e98f392b78c0af453185fda56bcc
0x8b945271184017e8685107cb2458b04d849bab47f9cca842ed811d9ab7d0a78b8f9c17c7f4d0dc47654d1d7d470f6368
0x99715bf887613aae5e456299394a886a46850cf36edbbff9fd4f8ef4e6180200a7ce3e760d96a849d91d128f25dcc024
0x83bea68e2e8be846dd6201d89db254667ae05cd562df46a4ad9f05cbe5a78eb8f5bb31abc72fa15bb3405dcaa479d614
0xaed7370d4aa1e0148a93ae7c070d7d48bcb72c72f700cd0f66c77383b923089e882bd1130be79facaf982a2b283559ec
0xb66ebe0aad5e96aeaf25cd1e088aefa51a32d944b861d685a5d80868ba5f8735fb34f1656a0d4bdc3766003b7b9470ad
0x93fbf682405e17d600c140dce810392c5e6e07ea7dda0f8741105472e1188b707f52b023cba3d7765
0xa429c278ae7b8431a5c687d7150d018140ef1bc30406f7e8b65bd673593b6a8175b782f4ef67df9d09b4193907453b59
0x9885acc732116303a483ffd555543f0776c814c90ad9edd237a1428a439a7ac92c7a3624d104a58a5dbe921770b8d97b
0xafcf58ce4eb1dc5e1ad1fcfcadf8ba9d4ae3123b566b55fc7a1a783accf1291b41cd2e5a1bcc1dd94d6b7e25618ee77a
0xb7fe1c215dca264d085501e30221c05880d10913eef36f43d56faa620a4e25cfddbd5e879076b2872de94c7ba688dbb0
0xb7dddb32dcbb17d4e4dcd562c7d277eaea40445aa84c87fd6326ce545f8d106b3d4f66bb2f4477f4a7d13f7cd55e736c
0xb1985a2af8ccf4dc725c79b773a0ee83a2b1ef83590550074ee0243a13a0f3c7a0246bfb66ea874f9bb596f5948b67a0
0x8cfae2439ca1258feb7d77b85231edb3830db50dbaba737ffef92c9e4652ff4825c1d18b4370e751f0e11eeb82a944fa
0xb366209ade48ad4c12abbdd926f4a2d6f7bce24086ca8d76df9c060b678a318ce487632efdb757bb7cd843c811e2855d
0xa3dfdb8d860a4ff7e1f0316ce98896080094cea20c2e9dadc79e7a019cd8669bc1638289f8c72b4e9336922fad4869a
0x816a10989ff4ee0fd12a10bf4ea08c73166cd2331bd38a0a0e524f9fb75bbd58741239319e7b6cffc4978cb1581da8ba
0x8bd721c2135ca0dc49d56c4bb2d281c0f33b9e3e4856560674c104b85928dec15094a6bb745bf5b702b3326b7c273fbc
0x36b92df404f4e37ad21225aefe64b304d3e246b203ec39fb39a9d7c682b5e7b1e87da9bce8baeda5729cfc49944
0x91a9b8ed2de226cd737cceee5e0b30dcf426774c41f3efc74447a5826f6762c613570544996971a2ccafa8f76529b1dd
0xb5bb15f3c4a88d9aecb720ef2781ade6b5f7badab04b20f2104c2435e8a8165b6eb23b91cd9b540ce8240b451eaff0fd
0xb3dd119832d1b9394a0e6e5e6504001459c7d2ad86aceafaace1f1ec015cf8399636d27e078e214a5f56bdff78cdeb1d
0x96573fc218c41b6f294e9b9c380135fd6accc6a4983216d19d0e8f296b9398a1c1df4d84911c6a9cb4abbbe092099e8f
0x84dbb904aba1d1fecb107690f44ff2470baf02bfa3d1c5e2704e61bd377a84c98bd8031e327c2e0732991b40ca8ece4b
0xaefb1c54dfd76b89ca415521628b0385f69602592909c36d8e8b1bbea70d81d3ae6358beb6d16175e936266e3a6ed86
0xa0628269f7c1c94c0271834db6c718e9fa0da3df29152821513dbbb388a2212d24248561adad762db626828298f10ee6
0xa244291b5b784af07ef5b80cc492569abea85e66d117ef6498686d455b2a587b5c99637afe2d72f290497aecd8e263eb
0x827f924e6e5d71fcaddd91567f0db0c1ff3cbc9b976274a3c8bcf7e58896c411206f1033316e442839a32c37098
0x887302046e7cc0ef2525ad0b56c6ae2554b6c4617b21da63eea1fc5ba41104a1fd75291add55aeea2781b327c23b68c
0x94fdbfabe22f60bbefa6101377959101254d36a83d9b6135872ac1fe4fe4c19f3b28ad0102120cc55f0e1c2b8a3aac60
0xadab14689f8c12a37ea6daac3682bb45a57fce6faef6dfc6fc7e65757d95770cb1416d9b6794c0fbd5dbd3fdc9bd9f7
0xa97b2e885fc29d1ae2ea92f276b6351ae49eeec2e00474cc07a21a2906a1b469f4ccdfdc74f4e9ed3537c271f6df91ab
0x8c9445a62630aecaa2eb9b2131b86b5cb4d091b1faac700b382fbdf3cf91bbac155414d7599b2973e64c016392ecc280
0xa2f4334c6e64cbbb88901afc5c8c80871b77abc374ad2b125decf8661509b2fcfbbe3c0d4de556e89a27a99b8ed67a02
0x8e080f0727b8f78008c6029b2edaab0b4f2248ae1b8d4edc99b545c9ef0b890d26f9cbea79f1e5940141de8ade623ebc
0xb7ebfffd46dd5b2d857ff6bf695fe0ac9157ad3e732eea46bafc796d0c86deb431703a8d8351074017f991b811317cd2
0x8f6c01e0d91d7ab9cc18112f3038b912af33fb3aff02e4b8751550a8b4dae51529d9324e292fc86eea4d63bb27230c3
0x8e434dc5cfecc14dbdacff1e8ac9910577140d37f18f5fda3f37e517baf2dee692e6e17c4ff60658de2fb1eab6b19ec9
0xaaf1ba9e7cb1075a82ac011eaa71fb1a46feed3a5df0a089e0719885349c9e5736aa3cf568618ca51e5a0ff1a578154b
0xad696c494c356d20c71c7689fed3958837d387531f439a1353754a02e39fc9c90e5e45b2c80254914ec0bc84dc7aef
0xa27b4dedf16e4c52d0131d317a50945a418d9924595aba048961cf2f1ae5f2da727eb338e1ebc29f10f3472b536e0424
0x886def2a0cebed55bf62312724248068d0d9b633d6439895cfc1a45b2154e7abfd7bdcee9bb00b99c46aa9c49207a947

0xa85a92aefeb2f03cbaf98f3d447bf50d6397ada9e65c3a9a1d461889ef5aee50f6349d6c4632b5cc66c83c73f1c4c9c3
0xa1461b2d26234a81c4188d421b9e924cc941ab874838cf5b72243d3853e0e092136c37d66a21a538d4da19c2f2091709
0xab6f79851b28ebdcfc576b3f43d7eeaf05c96bb95ce7dacaea7158c43086dae71dbcd55d3b1b03a3e0af306a8d744597
0x9006ec56e0f205b00b3ba0e09d64acfc9cd40d45c7168520af719d2751168bb6fa01e3e69e6cd23719ead0d36a8a4ac1
0xad3512fa63cd562b90c8e73392bdb4ddf8cd2d6fc7f0edc050cc80843422d0ce32a449bc7ecadafce9802809dbdd63ec
0xb9bff8f53c9d2a36469efb44d750c497bd53ecd839a72dfabc974a8e924adad6a4b36737dc52d0716b3561964ecc2ad7
0x8db40761e3a2592b2e8adb3e5e201bf8dd08ec8704c0f4f6e399d7dcc530be3948cb609dbc108704a52072ce08185a7c
0xa7d22d480cc20f5deea6f28e523663efd4dd082265ab061b627161f967df120d8246b2c27366cd2c8b159351f8b282de
0xb638e506b87410768322dfe28237bff17c6c975e1621aba1b6ddbb8622dca0c51cfea0dcceb15293824ab191e161a4b7
0x8b874c1079ec8a289327be04ae5d5998ea94d7af64c50d2a77ab38cd0c1580e54d631c184451e71e6278c92ae257fb1b
0x836b2dc881f8f64c7615565590fc0287c844f07f5133fb18e3f7599dfae14daed1940a10b1c5604f9b44aca4cd43427b
0xb2723736de15c6f0cd7003cd19c33d86f583cc98f54fbc50b40845d25e308a7c3d17b955e67d5e43709722bf1d03971d
0x988b960bc3528760227f860f97f79a5426ab8ade01099e9d895672c6349f5abcf9951b91ad9069f7741fbbb0d7389827
0xaa1f6a58585ebcb7e7c5dc7f44f0a9cbf5db22a9e6f0f510195e13d216751dd78a66fe607633dc9e228298b0e7bb3b12
0x862b1666bdf7f50a2a8ee9ae1cbfd52bac2a7a5667cedee02c984efceeefaea98d68765cd0d84334748b547e10e791b3
0x8ec808fa5018e4dd634f15eb9c236917cedff114520753d3b21062f7e68ea97a5818f70a28d887e956d2f6027dcf3cc8
0x821477d767b870fd9107aa95a027dd30830f084220b2f5e03b4976c6a4b5af60cbc503260f1e7e03115be81b13e26813
0xac547924f9d13a4f30d982a65a63ef97f44205b9f25d80333f57886a221504cad36a5acee308054b7408e63fa38d988e
0x8e94d6a7e6934e4c3c3bc8ec7435c419196df16170890920305b8989ef2ab15f16feacd4134c32d9b10a7c6c37903773
0xa9f95bdaf92c5e4355d5085bc138f1d164da0f1fd0dd8ba08d6b91c258e57674d9626c23eb0013cdef92fd4e9b7f0a47
0xb4fb900d1e71111af5ee28e19e377725b4562e3a6a81c2315d9cb93249b4a7a609450cdf9473e51432f60ab5c991c3c0
0x8a78885bfff710eb38be9997b3363e5889d2c7e08cddeef9c425cb1f01fbd05a49a144cd291e800d4e444615dd9cbb3b
0x983463a9924b523b152df74b39bebdfc868a08e854901e449e8709d80813396fb5205139487a2b2fd9da58196b5b0df2
0x9738b698b2425b2000c8cbf24c1964b41685035ed914d898968bee916e686678ce5978f5b2037dd3056b1659482ed46c
0x97b27202abedf0604d60067ff2e460b65e0f4c86c51fd0224e58e3240c684fc32089add9bb0358493f4796218442e14a
0xb84445f78f9678a078613113f580484acc7b575d2955f132066b7cdd6c79ab2ccc0e61d6c955becb57d915973aed322f
0x97322d4e60074d501cd5695ae01ccf694c6bf82eb0b04b0647a6f7ef79898cf7ed00b8e92d9dd30f4dd3b5a5fef8d66
0xb4b00dd30f9cc25f4c829879ff54c4d9872dad1c89a7010e2b6df85e6369eb69e88552949cf69e3ad8c9ac89ed472120
0x93375e44d9b388fa844c831668bc09815b8af9356491e3704ada6390661e209db127d15638eb3187a5446a4a26672294
0x91e417b8443591ef23292a96c5c8787062f03b47acead61531e8d63e98d3c5bc422e113cf54e0fe8b41a4488be2d30e5
0xa1aa0922a22139ec7f9913968bad35313859dd2d03ee48e67a047fca939179ac6fcc646063f3df501dfa017ca581532c
0x819e277e5932901882407373c07fd406acaf8069fd5a897451444ed54604647a5617000bd4281b22f419db0ff47a97ca
0xb86101d04432e51100bbb1efbac2160b2acfb3d88d6302e8f09d3f5619fbd7e94f88d110246727f50183473e7acac38
0xb23a88546e35f18d851a3ca7ce88131d3241e9f6195f1bf6f685661548f4d4f39e13962867036d36ba498423824924aa
0x8c2e752e334fe3db3969db2ef8ec9220ebfd3e953789d572ebd4b166c1d21c38c8eea194256bc6100816ab3a280b74f7
0x8003d044ecad933f442fcc132a8dc2b9589dd9159e3bf74240bf4f68b22eeeb0d0882f967ae2953fde72ff84b17f24b9
0x8753d3463ed4389134f6b3d8513c4e3e0d484c58b074e38ece09a52d3e4e7ff5876f8682397ce83b277e182d5ad3901e
0x856dfd983ff96e8fc1221affc6bb64d577e5b0fc714feb0825565a6c8cf7799764859ff478a5ef3071e4fee68ca7d4fa
0x847b26006c0fb9aef3f5d0ab8476325d8c0f6a426cab5231cda669a072652059e1f45613a934049b39207530f440fd8c
0x9186ab776414d4ae802f7800606717bbee51083ad1676d5dbbc964aaddd0ab8ca7741e2a37ae16beffb5154e373b5126
0xa9e26495c391b68eafd0f7b3a74f1ea542e58263c8fb8e9ce5c104b3c1346de50c12810c686695342eae64169c3c7b68
0xb26c30aa0f9a436dfdc69b528c8b4a2a25f8b320f4f707d5553b750f96791225904f8937c4e4ebe586c5165fb751c9
0xaaa01270b84895a1f5eb13d1095da1edb66b22b18b7e008cc8309606ef54650dc626dfaa3e7ad430f332b615823dad7b
0x997cae2f1158600d4e85e4d8ea5fcee4587eef91a9b545d01d864b8f74a81b366fd120ec543a7121d31bac9ef1fc04a3
0xb78139a521e0764b2eb610391d3af0f118b6fa17c25a4e2f87913a4e41898c120a6d343cee8542b6def69b3a44845b3c0
0x8f6093d6f88421c329c17f44880dbe20efe8ba3de5f43081cf4f9e2651e76515d6fbb392a7dc669b5262d426a9ab4667
0x8c8010d2a50939551d29193c6e601039ddaea7bbe1607f8aa56b0bf5b44a55e1ef8224d921855b74a9cebc93233c92ed
0xb779ec024a9453f65df678f32476bf58e796406173628f0fdc480b9c7678eeb9d386885ee8f7136469530eb42ce3544
0xa6c4f0fd80c21d47298ab34e158bce19a3c38c9322de0fd0b0be1c44baac3a25336cb3513272f31f170babc396165f179
0xb47fbca09f42f2608ed10747c1cca19585bca6701132223df0409f489c26ba8870ddd6fe966fad3da3319e3b1254cb35
0x98d88538f2a7d4f48dc52c853144aad135e581c65b8462f58d8132b9e6306496bf9397f4e5251b36e453cc025043bf5
0xa547aad234b3f605648ae2afc35592910504e3b50e79ca7696ae814ab027092e201b7eca13294214f7507242e7d1fa83
0x8ee811913ed76cba7a0dc67da2b3e764517c5f6a3a8d371176275ae3acd5d1d187fb8947967f59e4d1b75e314fe8a3ae

0x8607c48e5fad6882fa267170c7ac6906858aa47ac2c219dbcde75cc65d03fd038f16cda5c6e297d9f1bcb8ce0fe0117f
0x852f14b7e1730a270e5b095c15c613b78f2c8f3116afea446f5a1efc32d973d80669d178a3bdd234062f9399dacf9d1c
0x904b463c03c4861499bb024bfc7765d7bacf413af55b884720f758a1ead5593bedd1d46c56ab46bcccd4efad0a7b84a8
0xb2d273d211915db15ececbfb0c2e2e07cf16259a1d5c45c3f13adf5c04ac92a72aeaf10218c9df52c485d72ab55210eb
0xa055a416bfae9d04de89c6c282f67c2fc8b7547d759d6de1a7a0e53029ecf03f8fe501cf195cd46601052015032281e8
0xb99f851c64d2deca95e1e1138a1a9de9e59ec08490f889f0c88171d2fad72b95c72b78f8571059115275d50a37b6713b
0x8b46cd7344c11ca055069631457761e52b6f1bb61059a341a9f35df2b2fdb73e39924faa2bda455cc31413dd7c48b2e2
0xb7e5809b5fff1e3447ef98eed825449e06db1cb349e9e3a6aff406f07841a81ba4531ca391fadf83e5f32cbb662866a2
0xb83bbf20c6573017650b3b691a2ee266c1039fb71c1845ccd4b2878d9d8e621aeadc946ce5ae6d6eb28311c29d7db1b8
0xa483b0a76ca7a04c6d696b168152985b2574ec2a0e1f54fd871ff79e4c869918d9de1ee5a0fe5933fc17ab77f733987b
0x87989c7ca2bea7b8571b235310ffb86680f84641bf2c8639298d2ff9e53b9df105935317291e182dd5c682b65e553421
0xb760795e89b5b4927a50d70f58e86c10545f728fb0aaa0456912f92394b016bc7818c8ef383bade7c88f305491a97b11
0x9863fa51bd3e2cc79a21a5b65215ca1d5b2c5377ab3bd3044d4fdc106e07f2ec2e7c34b510d913dacd43755858273721
0xb188e74542815a882f55bae19c0b815707f3f062f3fcca06ac77084251f4ea87cda9ac15111a5c32cab4a4d3f37d559a
0xb9c3b04d4563ba10fc49315d81059a63f0e0c92b633b563675c3c8e754c84c5b5626826dc7475d47b54f1aab140c0262
0xb9a0da64dad97a01f5a684f83dc34416cd5d6d3094842fd712a2232c22566db71c760a25a5ff2bdc9c3cfe63648e4b80
0xb3a0728d3da75c2de57e606c397f37a1a774516f85fe30fd6aa083e8bfbd78a924a0961b6d6f81e8aa51161631eb06c1
0xa839e48b834fc914ed1cac9474b10b646d173c9c717c6c3c37fed817aeba74330a333703597459887c62db21d8e6cdbb
0xa92c8cea74877d34112f516ab8eacbff6caac6ef4f5b7dd00fb915e8f40f07f87959948af56beb56380d78b60af11f84
0x932ed9707674b13dfc277b07f5c5b2c67b36bfa496f3b203c914cda6d1660506d38b81db9a02f7493a67b0049bc084aa
0x8fe22016735c27aa80c855d2e54ecd4598f01d800cc32c26c79283f096a24adbbf5350fcc9341ce0be9462cd4317459e
0xa3beaedf1bd3ec8872a64eda04f4b004d91c23ac920a3ba39c77db596901ae103d4dbc1f30ddcb2d076fcf50ded1a74b
0xa662c5688767577167c66993811a889b7a9e90ed804f8433d6a60d55359ba1a5486dfac85097e28bbfcd961864fca39d
0x9936129098a95d4ad8df071ac5fdf7bf0be81c55b2a766f3ca6223d697d772ba4afc10c581e69cf039fe2cbb2c5036
0xb40f1f21e259a18060469cd42d4f32d4817ae1aa7b64b257e1bf022adc791da89707ed0bc8f0d2efe511b6f383ed0106
0x85bd59221266db645d85c3b2f3997af10cd76908024d842242eae49db3213938ea73043e5aad3a12877035139b82889e
0xb93d11ba84ad266b55bd471964a06ded8bfa6021749c5c8d3e8db390a123b5e32eb79457f0bf52485de80811c710329a
0xb4e1937ce94e8dce99accd05eb52acc9b8df632a3e005d9e220a04e623e191d373c4d13b9d4074513099237adf227e1c
0x82868dbe4177b35f692ae224e16aff86e2b7a9873f436664a6f5be1ec4e649907ae0fdc7098f6154c9568363218e5163
0x87222e8cc074cd778508e5a442987f43f8616de901ec20c54b8b364d655b5eee0dcc8887501fdd230726d624632c3576
0xa53e7bb5165d4ca3117348deee0aef79f97a4a0eec2bc7bf791617e72b6a24251eacb7cea45e518afab85aa363d8781e
0xb960b884847befe2681db83fafbc4e44bdc4b823e000bb507649316a79b7622dfad079dc5090124770db01e5ad7b3c90
0xb9f41ae46144311c464af08f4676a88616ef882ee5a767c1f93dd11c6d03cfab6c8ca981629f80eef4a39fed358ef10f
0x8f7dce279dfa8148f989dd409d99561a49ce6081c6f44176b0f08e90daf0331e923ad2c25454d73617b11ff4dbdf4f40
0x8592364fc1ea9d3a2e15cccc0ca3ffae5454b1d7f4ca38a9e922bf97e1be4298329a177d1d2e049fdbf196fa696123b5
0xa7cc12e859416244c93309a1cf17813ee57bc8469894a4bef93f13b2609cdbbc413ac1875d10826cef0c287f48624a10
0x8f196ef701fd4d094972b1da1d4bb7c1c0804921de345e6a6792a6f530fa11ce1b5ad3cefc6ecbb945ed9edfa04280fa
0x99fef9bf2ad2cf4f6afbf5af0736ef079f4f93142b0decb389ea5012123f918cf3ee58c17c9b45258189b2aa8fe9eefb
0x8e65d1b7932ebb255918527a04414ef2372b8ec9b0b16e12d67cc636a8a2b104ab3570440f283dc04b93615ddb072223
0xa7c86e0e447177b15557250508967ca081d4e95cd35b0204678ce4212b174d6c8ead4188578f4b4d44b9139bbef91e56
0x8c8a321848d1e8fa0d7aca4f5df3ae7bd578a7e5f24ad1b69e248cb360c9f53b59c8514804b153ed5382ac76230c9fa6
0x845faa8cfa242833c4ded1edbd1261f7e7883ea3a7674a3767a789deb45fd22e13ec41f4d7f9c48e49aeecc17642c24e
0xb74d54cb2e709b45e55c8423889f49f9cc34ef89a2ca093a3feffb8e07ac4a2fb7c348b997bba5cc1bf855e71bf3b080
0xb289a076905b6737bc7e676b285e45fe75c4c926ce0996926f3c20af487499d3dfa119267d443934b70605c66f9c13d4
0x8d8039b2263606ece413554c8e4c381c6ac8549c4f32d7747e190476d878a506b64996a02aeaa27ace53f5201130d032
0xab3f2a5b12460ca75bec4b8bf1a4ef7464dc648671097fcacd0001e9fedcfb3776bc4fe209fd341e43102e3adb454522
0x9935e283cc4a5367e3817636eadf1ba74307c4a7da69a09957866ddf1bc1c9947878e27a802fd298bdf73524bd3e43be
0xb94cdc83d7f1879d5f204f2db1984dbd7aa6b9ee965fd7a358d6b826b394f5abfca5fc1b30a7edf4bf6685dc23c0fcf9
0x89e83cc24c9c53d7ab5f3d0effb815436e27d577a5cc0441ed0f245fd337b1a2debb1a3eeefa786dd4d6058b5f0fc972
0xac8e376ab16963d66605e4fe578956b079a9b15cc18849210476e4e5e7d8696cc87b7e61e5951c978b439b4b4fe1b107
0xb85bd72e8d599cedb9941f4c0dad6a9a814f39095d10e1d7001fe01053cf818b94c7f83bc53f56624260ab20bb0ae38c
0xac042d9ff0e4b901465cc6d0e408450db919c2bbdecc8440ae71f768e09d7f12bbe45258261ca1544d9d01abd1e78921
0xaec8d00dec5190349bd639ed3cb41408e8d336538d6cf915cad8a9b90dc5d259a9ec9413d3ce9c33c2b91ff9fa2b43ec

0x839fb75131169795a8d1e7ae100882f5d98e0d5fd3782b9f81fa64b16ef4b873831b9f4a5b658fc4f2a3d2594b399875
0x84712cd6466c3718e018bb0bda7d9a83052e26791ae879ce842591ff357c9412f0b7a07153f90b6d35304bdc985f1fb4
0xb7767b06505d21bc31a6c8aba25263e203af3e8e11a6c11625b97dda5d753f529ed73266f66dae2484cdb57097735604
0x8995e4a43d025f46f25ccfeef38b407b5690a342869f22d7e7b5fc8dc20271f8ff80e01b2f37ca47fef31492842fdc47
0x814f6d393b78721a1b06ac9bc5f9164936c70210f941e96ff29948003fbe4905e4a3ed3cadbaa83bc69c5a54402f4203
0xafab58242680aa60c975c7d08b4e00ef944eb358c5e67ee1daab86697462da8d0968421d32c6763661b6fb928139d952
0x8d4b8ad0de16f0929f55016458bdba574d8d83423796c4a2eeef00e6cedcc860a5d2da0d4fc09a3281e109852c258548
0xa95d6ef494e3ea0e3cbd0647144e7f2a0a3f42d53d4606770f95bce10d0fccf4aba2c430ee3816804c248d5b3daa2f0f
0xa377d18e707b0edc4d49d58bcf894ae0b77c10ac2d539c571750089f4fea8c10abcf84bad38a4ec4aceebcfcb0ca4f07
0xb960a125b032a2eea2d94224cd0a663f6045f2beefe3b5368e2b35b9cedf0d89e07eb10922cfb9195bf825f1d83c88e8
0x892fa9ed237965daeb88560b00ba4367f2b96355705ce76b2977bf298641985bd0cd75c835bf24825ef23836607d83b5
0xb2cf1138d9970e317f137f14db7c265862af5b54185c733ce67906853a617f08c93db40140d7bb9a7028ead3064a1ecf
0xb6789ebe9de49d566fa23a8b6a5d9dd22e6f5a3928e5781bcf3a78d48f979644296aa94912285a796a24e3a5d07fb128
0x929583f09f525b7c3e795afe82920128aace67de5facf1ae6741c1ac0abb4067ef90177568cca793dd7e3571fd9b236d
0x87e9fe0452343da7369d99f30ca38a103d1bb80ca25e35ef4d8c7666433fe488c855eed2f9b28d805b96a18e31808d4
0xab8d5b311a2ebdc02e65c41605854f62a1f7ae7e410283c3019af1cdb02275b5aac547ea1371d688f350523036d71a83
0xb20462243f0ddfc66b09b53e692ab7fcf544670842fdaf96be2dcc2fe8e305814ba272631e1520be47170e827d188937
0xa1325e06a7fcadbb4b52154a0f8c8175c755dfdc86ee9ed1cbf710fbabca8ead264872ba5cabf633de812cc669bc64c0
0x83858349dca611449423ff913eb5958d79510ba726969bf11c68394ea9a171fd1ac368c29451c303bb881bbb314bd21b
0x8f8c6d85434923864c7df1fd5c7ca9ac2fc86e8f5994408f572599489dc3c93c6ca9407fd6e5f939edd0a12d3f7906bb
0x8edac5770089b2517a35b30f7ae56b02d9ce89fbe84175b4bd604f4c739024307b63f598c6290bdef1c7b50c96678154
0x852c70db8440c12276fb1bb296fba369f30097ef723ebd084f11d6445b3a564730b26c081b2f9df468594d7edb29f79b
0x85d88a1c13700c319a81ea2313ab68360c491fd242425b1c2756ea674afe850bca21ebdc49034082b1982af67bf950c7
0xb392c494d1c9bbd1b0d36a329b6696a8149881515f8c9a7b1e192585835fd89aec9b5c8de73f35bd24d0d2925e13c6d6
0x94d681f25fd00c06f39357fbd0648ac5ea843e25fd3828d526df040bfe9802a01d0f2ccc62394f583086cd44ff645235
0xa758bf532548c1afb4a65037dd065ad37151856c4f3dedb0e92be67d587d248ed81aeb998352daafcab415bfe39fdf68
0x8d9ba5158f9753107f958366d75b4286bfeb3692adf358ae33207cc219b77d36b336986116a16a522bc071abf6171d61
0xa0298267a27c4c45bf7cc381f1788bc7a7ec8bb5b11f259187f6727e8395460543dafe82d33bbbd886a87a0839e7279c
0xac92bffa9d9d5d87a9a625c051ac19dba1288d163d32f72bc8b9925946e6d2338c7ad3695ccfeb62104a3d5c74455240
0xb8018230a0e172d5de2c28e8999b40018bb2625b778215b16d5d58025966ec526b036b20bddca178db8a8cb00e883193
0x9537708b95006861b68815af146a15bde65aa75c063d90bbccde9a5c7ce88632c124e3b918d08cabaae3f56074ab357
0x8d5d08c1b288e65af670e0c90b89ccc06559c2f3749cb6438739d6fe48b21a4c7691f4a8eadfb81f64a1b87000daa782
0x8410bb71634163b869e87a221aba555e37aa52c6a7c799eef337b66bafdcb16cc53c6fb984b33d665770c683e01bb764
0xb84875cbd640a3f5849a8362dcb561a9101c17dced83121af0a4cea5f1a893e0fe3431182380d7430594daad6c94197d
0xb15e6dc1b8a4b6957fe416d35dc262ec862bf3083b57b24b708af57cda9f7cd2b366f7ace2d3ae6344da750666a3f021
0x992117704efd92776b7487d994ac05717c1807360ca7a17f2bffd1aa53f95c7180bec2036b2d80af7f3ce1696e3a787
0xb1881976d2d4d71918401805f1d7ef2eb21bb6e4ce77bd659cd569573e7c92d4135f244965a450c2c3442259f1639ad1
0x810604e7dca88072b38a6208499365770bb31c080f548e1ea593e93de5bfbcb9322d0c994434b8e7c40939916c9837ac
0x9652728994889b5efeecb4b8cf0e0435b01f45469b175934999b9596cce8aa53ec56fa3ecc87e6f05efcd8b45034eab0
0x8081e24c904cd9fffa78c7b4496e1dbae29da3b029a915241bb23111264305a60dce54bad2ba0621edbbd8296161c1a3
0xb0b4de2c48d946d8a72b41390815d3e1f2272d345f5bf189e1b9fd151ff0c53ccbef3eb4830503a64a516c58f8f10053
0xb7a75cc125dbd99e216e3c9e3e5fb051b25556d1ee6527312752059a9ab71f7c800f0b2d3d1c7b55677ac0eb33346a8
0x8156ec575977e0b613624035d4f29b59e9427fe89d4e4a0382e242f7becab58a86115312002dd7992f201818ff2561af
0x89eb4070690a7c087ec3d61336717ae04ce1ae43810f0c0bf64ddaf0e1df903a1e35a471c584f750b8e820d1d408c5e1
0xafc93cef95552eed355d1142528fe819a78e0d9cea8d3f8642ec45203c52d712322d18d10b172500450d2912e566a89
0xb5b393169f212b44882817e2e3e609fff9f11a9ef7a2ebaa4bec2b0f58570f42ef1d855b4ff055a1da5f7dffec884c23
0xae8e5ef4dec9b2b4e4985e6b8d6373378dcc0662f42cb716b383cc3f3fac4d7e9eec37db2f6026cbe6173728d02e26b1
0x8e1c28207f582303168c6f6a908a5bc314566d648a130030ef829312a3a099b0810c564ff6fca3aea49ba405d7436d82
0xa37abddab019faf27e453a57578ce01913dfda031fca91391dac1d3d8777007aaf78e6128e9d7ee278d13e9b3deadcd7
0x87b5552440a6dd4ef30f39369f00f0b6635549b86aa7716c187e767767ea833b36733dc0978e2a2487c2ce8528bb7c15
0xaac55235d5a162dd735ab1b2b487235decf6074c1df0b31c202c6f5f80361d16724b94f6fe6a023624df14baccb97dbf
0xa4f54068ddc5947815710d48a65a982637f894ce49dc84ae1c278a58d0cf99a0cea1f11d4b81c4c06fd4a2848895d990
0x894009c8bc3ba05e054faf64a74fe46294c1eed3d6030c15a9b2a13e4eb34cfa27f4cba6df4b4e179e94a2d67bd66072

0xa099fd14e5bc726534e12e02dba21e527dd414373e94d821b5fb8e285a42d671a744f75a9dff0ea007b7af84c87e930b
0xb1bab3b21db73e15b6ca6b09b401d9ad2f2645433c4227dfe6f08ea1fc2cef8f5f111df3b8e9f8ffa2fc98752394550b
0xa9a06bda7b9ce823b9e7bbf2d7a3b693bb8c3837fa1fc787a636de050a9cf02c6a46007d9de1e79f454ede06fe38ac23
0x8d4081487a4f50d22d9858baf235c67fd115fa9b92358a44ecaccf190ac13636e81a6892d230d577f087229c0dd36b43
0x91b6c850658d836a60518e316e0defee14d0127348501b42e719c2b736a821fac53dc6cf0f812557d2fb15a9c4e890dc
0x81acc0c82fe03d0d7a5ca8b35c755f25b7b63c0f9c6649fb2476d298d3462dfdebba6cd759b715fb2f30aa04ef294e5d
0xb13678cb717645090808de7a95f2a1076e023a7908dad87ef38ad221a2f85a50c8bedadb79c4db7bbf31780d38ba3f6d
0x8790d478481b9b67ec9227236d6263b5f9232e1dfa9de877f930225ca9ae3730ddf3e8cec564d9bf3f74b5221abd13a4
0xa3fcd1de9caf413fe3fb4515ab742064e71312c170218fffb03f7377fcb8151145f8837567c186ef92f03ea8b63bee48
0xa6eac814d07ada82b04f6c37996f7ce4582bfdea6ea61dc3e0533cc2c551ae53638839948f260358fdb8e03cc4a8619c
0xb4e6fa3a7a8b54d727b6f04e62e117e004712fb2b674247194bcde9ad7c96b24a53bd4bd862d5a12394f25e0ca68414e
0x8f15107460d3a16db4efacd4390c4b29ce10fa4eb4819f2bb199113a1c2889f90419a232267664bf1870ad357f572286
0xa411328d71904d359fc2648e70e998b894b9a4ce0a317e60b6e9d274ffc5bd0594e6ec65535f601efbc8432acb70b78d
0x8103847a2c0eafc41e15b9eaf2f3538c3ad12c99ebe681c8ab7dce30e00cf48d0ba667f3ff987a068f82c523ba4d5db9
0x84abdee7775d9183efe8c3082c8d3a306663f8e79f42771b712a64ff5a1b755f06d91f8fa9996516ebbe5ca5b1d827cb
0x97f28e79a8425d19b94fce80194fccb00ff3854330cddfa25fc0341cae1c964b0fc94bc46439833e134f6a7ce00de340
0x8996b799ca90056b2d24e66b2ae59173a6be36d9fd634f76c3cb7effee66986f3d32bb600e8c40cc640ba0804aa8d35c
0xa04304903698ead4f1660b04eda58fbdf13e0e1efdf17aabc8130b3ff82f2b316bd4c1c3dcf91a7c1105abfa14ef942f1
0xa9fd92298665b5f52cb47cb95b7be4db7381dc45fb4aed3dd1f2ea54fd399dd3151a20ab5c39d50f4f16b3a93c9d04e0
0xb7c4aa372b931a6d75ce59201c2a62fd67e2e634b9707dbe5dc8f9966081b96c4b8d31dd45e2999eb1660b0d82966823
0xaf64b9701e9073ef4cf2b5345190791b0704dbd28b3f626042e1a0c4fa215fda937e996dfbaa07c65d9ca5f96b8f61fa
0x84c30a63f365b6c208b1e16b2bbf3936994ba40bac15f6735fcf87fa135a8aa539e81e1f6c4bda18980e8e426c4a474f
0xa02f5073b20d214842aa8aebea5675f5fe60ec72db43b7e6bb185334c9300bc9d1b2fa8f179981105f473884480f900d
0xa6c391135b1fc79e5a36d1ae9dcb1c63eb3934a1216951fef196b4fa1087edd3356eb767ca21b8f9b18975202a69304b
0x9540dfebd37f682d706a4060718c7239b04e2f6dd2cb174a680b8fd6f6686bf69be2ca077b316fd39954c9eef8ac5208
0xa280c6e732a85be6002763b2ed031e63313ce11a97300541159b8382672fa849200e6e919e80be845781fb002262a7d8
0x929622180e557d04bfc528cc9110387efb4a81e0ed25d40d05111c11cef7b69fecf5061943104217fba86cc484844424c
0xafb3f70074b57860239dfda078438b9cccf230c171aa38580b69ebb152643b4720b2a0bb21701ffef85aa05a31b48040e
0xa2116fbc0ea8ef0b1b8f628751e84436ed7f12792f09e83564ef2a8e844374366e8e8141e276d9eb63a669f41eb71850
0x80e8ce7407e2dc31aac6e36bfd2d9b49e48102c8fc4187b3f0af45377f7f40609a141fc61166e5e96883ef8edbac2a126
0xa0f1071cccf4383b1dcbe8a53b3fda947b0615b7b8da10cfe42b663bb66fa842ee13b39fc1fe2d85132f4bbd93cc1ba7
0x8f372adaf0e7bea4ffe06de84219e6670dc5b75959cea7b5e7af5d0bca012e1bf1725ac6103d5583332e70115390f5a6
0x90c5604c27999d31a627cae3881ddfa3ee9ed6dade92751a4b0c2e06d6cfbabe8e1b56174849c7ff0f376b9fcaeb7291
0x941e524fdff893f9e026a4fd7b94b3529f8e0ae57dd5b7b9c5b9cbac2f99d590727503db8b746e64f20bfa55ea6946dd
0x95960a45da0c5c7e2ba8d7340a94bdf357e360bc9b1785d6c897cf1bbe433a1e3a1489013fbc0fe83f19452579e8944f
0x94452b7c25b333441b8c8120eb52b44b0320ef92c53ca39761cb10a240ef1c8186dc8adfcc2aa7e6f1f672046a6d
0xab7016047640dabbea1c72010567401747410bb86d40abd4f6540887503392477cb6815584e5f2898732a82575e9a1a4
0x807d01bd612a58b3ceb48bdd5a6dff5872ae36eafff740456d6c2789ef7a93c3a8d9b04df85e7266552fe315a5d8df79
0xa29cab01d74fef1ec7d8d20787ce0c058017e98aedd9729201ca80b83bae526427cd15b5b70e43bf9e2683ffa85805b7
0xa7b0cf08fd7999044dfdb1746451c8b493a546b6025a082a79c4631d0924825569f29029cd7ce4f40a6aec1038198296
0x875aa0cd576bce608192fc96152e46fd41ca19c5972c9e5d8643f8347d5f40acf439b6cc56ddcf58af2dc5850a596ab4
0xa38a2784441ba63b5ff1b5d1e58b5e822366a47bffc1c1645626d84cffc18c8c7091f1258795c8d81502c278bff7eb53
0xac3821d374a5f7f7a76310ba822aa37f9e8a34101ad60a3d931c3242fbbecfd025adc82b26161c59c5d9f56ddceda93f
0x9893770ef4955103f715659a874c85b0ac905f3731e4258cb46bcf9ee4bdf48513fbcaf03e4e2492184b7e7447a060ae
0xa63c04424fcb76112bb8491aa7c7b490f056a60d5d01cdcc220eaf88b8f7d8aa65072d961acd92005545c850281ff8
0xb3d585d798b9f3445a2db02117616800c73ed0b0e924305e3dc294c55ba828426917471314586d4cd37e326616a2a325
0x8f2b63756c36a5a44c5d781812db85770bad0167ad975810ee6f6aa5f812b7a12829e3de5906603214a0acff274c2bf6
0x8f6ee77032d8ff13159c16602f10430b25a6d599140660a7e7a7eada8d80015f5037afbbe8b02992a6de45c3129a2be
0xb434dd63912f476205c8c1ea6fd1f8b726d213fd55fb3b9610a2586b5e0cd4afc058ac6a26de6267a9b81fd6ba84df9d
0x95c3f4444f0000e26d529dacf3789cc445daf6e00890d7fb437a7ef9dd490ad55ac9fc28647ef96456d1ccb85ce92af7
0xad1269b84bd15e7c324916505648d1314b8c84da01f91f60740fd222d9a250584424d258af2b4dca3127a953ea359321
0xa2b0ce980fdab784da3ba234e7341df9e23a96451f6ca8aca768fac6c8f357b46365fa54d6063c63eb729b09fd1835a9
0xb94958eb8c69af78e0efc355b583059e74fe9236a92bc3f3ca731aad2358960eb52384f9e63853d747f28f20029b34b0

0xacee27616b1e5509028cdbc7695b959fada5c6d954b5e905e8d62afbf60a468262f4ece1115571770c11a6a0d33c87bb
0xaaad366c2bbad1e9ab9f1b49253055e7c4216d562a5c92cf626636ad73c7d945e74fabd2fd53470f3a0afd1d3688e06d
0xa91c9ad96350df5664dcbbf6ebabda40a62de27dc85b42fa77dfb56f3d580ef98139b90fef71c558283cd93310a4c954
0x84000bb0827267074cce2971a47eb8991a405666462b49be7bad04691f1c86d6c7925a2e3bc7391d2d80ef7d3019a3ed
0x928bae31efa20522749d4f6fd0e4aa3f0dd49a53392cb990747f4f47e107723234369b9eaf403701d7953e1cf38e0351
0xa318f168d494f8c85d32cb12cf2ede472bec82e13c383fc2483e87d7fe3d60960c14fa470835f9ec1115fe9db9d7f113
0xa5e2e2b2e10fca41ab59e9d19df708d30a64c0b80ad73e6df4cfec26b4706689a6836aa3c192c35d03fd7336563ffb2d
0xabde0c2894524b8d0987cd765b10bdac507b5ac190a390f429ec17b71d0b0ae308811315cd2580a3c4e41c8d2e675a37
0x8b51b53c9bc50628440c33cdde22e968e0da7c3cfb5c5e157aa6c4c639fbfc9a124e6ef9d4eb320aaec32ad4e7c08b79
0xb6c071819d6957b8ec23a56aaa2158ca8f0c97599daf7c131e192b0ca3f260dea8ccc5ae0cffc4fc81f2e991ae0821fe
0x990357b4e10d570cc1c7d44b48aeb2fcf5e777183b33cbc8a4869055276a206162fb75e5c3549c39b471dcef4862066c
0xb42c091053d1b6b5d7212d3b3d434022f8c519ed7b7499f84487cc072d23bec4920bd6f69cb94e1afd025316d6764440
0xb88b16acd1383b6145247622e9be9766eec7094fbadfe353b986463840781a2fb6f608cadc686665a14a580945428502
0x97badfb5925b544763a13471a9775ae6f28f5495623fa425af138ae242250ff5acf0601e14cb9145b682dcf8ea0cc0e3
0xab13b1c2b086348e2baf16a3caf0a1a4802d150515a3f05069c7fdb844aed7f65aab51c55f8ded1cacea0253b1363772
0xb88594c8b78782d1c00fc34f44c0d49b5858fbd0700bacbf5b29637366d4a75efe2f7b02b576a50d025957ecdeb18b1c
0x977a9a2750265ae3e677b2610f9a657abb11ae87dfec0e32e4ff0877a3d4ccb02b7f68ab80fc894590ed9fecce9db086
0x8aae86f15c26d968969dfa695b7cd358d6cb942b74335a94b5ac208d501db59e84256964d8a76fe24fae2ecf49187f2
0xa31b3f092f2f41512bd2916052f9b97e2172e1684d4897c1b514ee1a154bd8992be6093bfd6f831f1a7f623616d8c6bf
0xae9547d0fd868c718266a3e5d9cd8d526b2ff5c1cb9a2daf49a5794f0c0d5bc1ec1d6f0424b4b931a2989c3860d5b0a4
0x978fc93cd7545acdf1d42bca3545f0af9ed76a2df6d885cd3c558ca7b13488c2c36b658434638ef3d788710ef16271a8
0xabf8525a3f0aab6a4c88587a0c1205491333cc068a0b3814bd5e5e61802cf1649e16092e88174b7ca26b097eb13b5237
0x8fba9abf96111c66074fbdb4fde47da27515d25682bf2ce02f4251555f0f0b30a0f5d7d8bbbd461d2dbf49d7e08d4a3d
0xa214977229339d3a691011ecee110748709cea06bab8596125b8a6bdc704f2b1ca535b35382e7c419eda40ffc495911e
0xb0bfbc22fd7789f0e099dcd72ef7c6e6b3559a7f479615ae597567f5e66d111e95545da25fa76209cedcbd26347b99b8
0x8851e8ccd755b7c07e34d0b3d230c7dfd326844c45eacdcdb9d83403ef20026e12adc056a5a28c64d8ba3da10821027a
0xb3fc192e2815b877fdd71cb3e94ce5d209bd556d849ff75b804badc939652bfae6a24e7fb4612762e68b0d6ba0b9c2aa
0xad86ebf6f91abf8d83dd7b4532b1efe94a0cbf0b669b5a51f7332c7d5c2f0b55959a31d7dcf9d5e3aef296991afb21fa
0xb8f2ce7be8a032debcaab576f5a48b48ee9d021423edae030765ea50d8cc41bd674d413b92abf1ab0ed47cf93a17252a
0xa2c40f817dc61ac255c9e981d5ed929ef151e648f839ee8a77f180350c54c112784fa0002e0ad2c1a426a6784038e9e1
0x93b4b1f47c51c87eeae39fde09f0b8b75805ff5c7681f11586df9a130234eca707913dc450750a1a06f9cd137d44be23
0x833d7a245b99963d9991fa96a0a11e569ffdf229eb03378b00603ae179970c52e86e6c051994b890ab8a960ff9a448be
0xa23a992b04d52c858b0ddb2ab3447f72d332f48ae60671dd2d330cdda422d05810148a5c71f38c863ca170567c215a9
0x990514f91b828797d6309234fa955ff841c7e90311656393534e9cdd3b347f8be6b4ba781c23c2819bd9a7d31a490e7d
0x884401852e6ea6fb1ed86bd5de5b547c594e9a67c7f1e0a46f945280351f52fd3b06d87f3b474fcc36f6e1ba196fe489
0xb15cdff0e21ee65070573ab1014a04b6ab0deec596799165b35e76be3e96668e48930d0a070ab9018d12dbe8ef7514b2
0xa69baf8ec9f3e8e61672ee0be00b4d14a127be6249dac94d7b3eb032ae1f1e242874ba555909c7c953fdd472d6add733
0xb42860245ad0ed0578bdcc1592cc9b7b45fc1ae2696634361023d77a8863aff35d18acebeb5a65e982293b3c8b2ca488
0xb4ad4e1353427938e3fbe15c7bad64881a98ca48cfd2976d30ae77b4e58160b26727fc6c14c21742c0ad5859cf041e72
0x860b8b518532ce16f1d2dd82012626c27915f2781bde6b064d65885a7c1a0ef7002317f37cdb913d70485ede73169aaf
0x95c3549ed43495390dd8192bd612ab42c60fd0884cdf9532fbeaa05a010cff41b2386579e43fdf0edf3dfdf90e3b8987
0xa05bb8ff1588e257a1d0fd7acbe76d86cc05b5936aa32c4080300d2d56f9218dd9984bab669da81b71103665d0c66cae
0xa75e0663b464894ff01b95499ff28efd08caf3c43e6dd642dafe4db7fde085517b712322c2f1231ba1e7664d8496e83c
0xa596dd6a6bc6e8612e5e28110685e5c512c6ee727c4b8062dae5a0a2bea0214205887e0b94d1ac1971364bd10d3c1af5
0xa4235af2958e76fdabbac2adda8e9740a3a773fd08ea55acc580cb639df403c9b1e2aba857da2d46e7cc8bfc4f74a471
0xb8e2cdc1343e9473e3e74d5fbdbdfca57c289c6f03f1bd775cae88278f15a0a6c2501a34e1a6b4e13df636f51e352145

F09687-E002100899

**EXHIBIT B**

**STAKEHOUND SERVICES TERMS AND CONDITIONS**

The following definitions and rules of interpretation apply in these Terms and Conditions.

**Definitions.**

**'Blockchain'** means a distributed ledger technology (DLT) in the form of a growing list of records called blocks that are linked using cryptography. Each block contains a cryptographic hash of the previous block, a timestamp and a transaction data.

**'Company'** means StakeHound SA, a company incorporated under Swiss law with its registered offices at Place Longemalle 1, c/o MN & Associés, 1204 Geneva, Switzerland.

**'Company Parties'** shall mean the Company's respective past, present and future employees, officers, directors, contractors, consultants, equity holders, suppliers, vendors, service providers, parent companies, subsidiaries, affiliates, agents, representatives, predecessors, successors and assigns.

**'DAO'** means a decentralized autonomous organization, in other words an organization represented by rules encoded on the blockchain and controlled by the organization members.

**'DeFi'** means decentralized finance protocols such as Uniswap, Aave, Curve or Synthetix.

**'Dispute'** shall mean any dispute, controversy or claim arising out of, relating to or in connection with this Agreement, including with respect to the formation, applicability, breach, termination, validity or enforceability thereof.

**'Eligible User'** as such term is defined under Exhibit C.

**'FINMA Guidelines on ICO'** shall mean the Swiss Financial market Supervisory Authority (FINMA) Guidelines for enquiries regarding the regulatory framework for initial coin offerings and the Stable coins framework "**Supplement to the Guidelines**" dated September 11th 2019.

**'KYC'** and **'AML'** mean 'Know Your Customer', (KYC), and 'Anti-Money Laundering', (AML), and these refer to the required due diligence checks which all financial intermediaries are required to carry out on any person or entity wishing to transfer funds.

**'Platform'** means the platform of the Company to issue Staked Token(s) available at the following website: https://stakehound.com.

**'Proof of Stake (PoS)'** means the verification of the authenticity of transactions by producing and validating new blocks without the need of a centralized third party through the process of Staking. Every Proof of Stake Blockchain has a specific set of rules for its Validators.

**'Restricted Countries'** shall mean any jurisdiction into which the release, publication, circulation and distribution, of the Staked Token is excluded, directly or indirectly, as further described in Appendix A.

**'Restricted Person(s)'** shall mean any person located or domiciled, including without limitation, any corporation or partnership created or organized in or under the relevant applicable laws, of the Restricted Countries who are not allowed to use the Services of the Platform.

**'Reward(s)'** means the yearly yield generated by liquidity mining with Native Tokens holdings locked in custody.

**'Services'** as such term is defined under article 1 hereunder.

**'Staked Token(s)'** means token(s) issued by the Company.

**'Native Token(s)'** means any crypto asset that can be used natively to perform a service to a protocol in exchange for a reward. Among others, some examples of Native Tokens are those used in the Proof-of-Stake blockchains such as ETH2.0 or XEM; masternode protocols such as DASH or XZC; and protocols that use such tokens to ensure the proper function of the protocol, such as REN or MATIC.

**'Staking/Stake'** means locking crypto assets for a certain period of time and where these locked assets are used to achieve consensus, to secure the network and ensure the validity of every new transaction. Staking allows users to earn passive income with their cryptocurrencies.

**'Token(s)'** means a digital representation of value on a shared distributed ledger that is owned and secured using cryptography to ensure its authenticity and prevent modification or tampering without the owner's consent.

**'Validator(s)'** means those who Stake their coins and who are rewarded with new coins from the network for locking their assets and providing services to the Blockchain. Validators that Stake larger amounts of coins have a higher chance of being chosen as the next Validator.

**'User or You/Your'** means a person using the Service of the Company through the Platform under these Terms and Conditions..

**'Us'**, **'Our'** or **'We'** refers to the Company as defined above.

***

These Terms govern the Services and the use of the Platform of StakeHound SA, a private limited company incorporated in Switzerland, whose registered office is rue Place Longemalle 1, c/o MN & Associés SA, 1204 Geneva, with a share capital of CHF 100'000.- divided into 10'000'000 registered shares of CHF 0.01.- each.

In order to use our Services, you must read, accept and agree to be bound by these Terms and Conditions at all times. These Terms take effect when you click an "**I have read, understood and hereby agree with the Terms**" button, check box or other indicator of agreement presented with these Terms. By using our Services, you will be bound by these Terms and all terms incorporated by reference.

If you have any questions relating to these Terms, please contact us at hello@stakehound.com before you click to accept them.

You and the Company agree as follows:

### 1. Services of the Company

In order to benefit from the Services, the User should own Native Token(s) or Staked Token(s) and must register on the Platform subject to a KYC/AML due diligence process as described under article 2 of these Terms and Conditions.

The Services of the Platform are as follows:

1.    Staking

Subject to satisfactory completion of the KYC/AML due diligence process, the User will use the service of staking of the Platform by sending his Native Token(s) as a payment to the Company. Upon receipt of the Native Token(s), the Company will instantly mint and issue

Staked Token(s) and operate the nodes, allowing the User to use such Token in the DeFi ecosystem. For the avoidance of doubt, the Company will have the ownership of the Native Token, as the latter is used to pay the Staking Services of the Company.

The Native Token owned by the Company might generate Reward over time. The Company, at its sole discretion, can allocate part of the Reward to the User, holder of Staked Token(s). If the Company allocates some of the Reward to the User, the latter can, at its sole discretion and upon demand, donate a portion of his Reward to a Liquidity DAO.

Additional information to illustrate the use of the Staked Token are provided on the Platform. However, the information on the Platform is for information purposes only and **may be updated or amended at any time by the Company**. Only these Terms and Conditions contain the Services conditions and are contractually binding. When deciding to use the Services, the User shall rely on these Terms and Conditions, not the Platform.

2.      Purchasing Native Tokens

Subject to satisfactory completion of the KYC/AML due diligence process, the User, holder of Staked Token(s), may buy upon availability Native Token(s) with his Staked Token(s), at the same value in the equivalent crypto currency.

Users agree to use the Platform and any related material and request Services, at their own and sole risk.

The Platform, related materials, the payment processing and other tasks are provided on an "as is", "with all faults" and "as available" basis. Users expressly agree that the use of the Platform, related materials, the payment processing and other tasks are at their sole risk. To the fullest extent permitted by applicable law, the Company makes no representations or warranties of any kind, express or implied, as to the operation of the Platform, related materials, the payment processing or other tasks, and disclaims any and all representations or warranties of any kind, express or implied, including without limitation: (a) any implied warranties of merchantability, fitness for a particular purpose, title, or non-infringement; (b) any warranty that the Platform, related materials, the payment processing or other tasks will meet Users' requirements, will always be available, accessible, uninterrupted, timely, secure, operate without error, or will contain any particular features or functionality; (c) any warranty that the information, content, materials, or submissions included on the Platform will be as represented by Users that the tasks are lawful, or that Users will perform as promised or to Users' satisfaction; or (d) any implied warranty arising from course of dealing or usage of trade.

1.      **KYC/AML Requirements**

The use of the Services may be prohibited in certain jurisdictions and it is your sole responsibility as a User to ascertain whether the use of the Services is allowed in the jurisdictions in which you live or do business. However, if you live and/or operate in a Restricted Country as described under Exhibit A, you may not pass the KYC/AML checks.

The Company uses the services of a KYC/AML provider for the purposes of carrying out the internationally required KYC and AML checks on all Users of the Platform. In turn, in accordance with legislation, the KYC/AML provider requires different levels of information and a slightly different procedure depending on the total value in Swiss Francs being transacted and whether you are an individual or a corporation, a Swiss resident or not. The different tiers of value are as described below:

    i.   Tier 1 is a value up to CHF 3'000.- and requires you to provide your full name, home address, nationality, email, phone number, proof of address, passport or other acceptable photo id, banking details, crypto address (if any), and the completion of Form A which is the internationally recognised 'Declaration of Ultimate Beneficial Owner of Funds'.

    ii.   Tier 2 is a value of CHF 3'000.- up to CHF15'000.- which requires you to provide the same information as Tier 1 plus, if you are a corporation, corporate documents and completion of Form K (indicating persons with an ownership interest of 25% or more), and, if you are a Swiss individual or corporation, a video conference.

    iii.   Tier 3 is a value of CHF 15'000.- up to CHF 100'000.- which requires you to provide the same information as Tier 2 plus proof of fiat and/or crypto funds, proof of residence for Swiss Individuals and a video conference for non-Swiss individuals and corporations.

    iv.   Tier 4 is a value of CHF 100'000.- up to CHF1'000'000.- same as Tier 3.

    v.   Tier 5 is a value in excess of CHF 1'000'000.- which requires you to provide the same information as Tier 4 plus a physical meeting if you are an individual, or if you are a corporation with shareholders.

## 1.    Specifications of Staked Tokens

By using our Services, you acknowledge that you understand and have no objection to the following specifications of the Staked Tokens:

    a.   <u>Payment Token</u>. The Staked Tokens are considered under Swiss laws and regulation as cryptocurrencies and qualify, from a Swiss regulatory and legal perspective, as a "payment token" as such term is defined in the FINMA Guidelines on ICO.
The Company is currently seeking to obtain a no-action letter from FINMA confirming that the Staked Tokens are not subject to the Swiss Banking and Financial laws, including the Federal Act on Collective Investment Schemes and the Federal Act on Financial Market Infrastructure.

    The Staked Tokens provides with no right comparable to the ones of a share, bond, participation rights, structured products, mutual fund/collective investment schemes/investment fund, derivatives or other type of securities under Swiss law. The Staked Tokens and the Company are not subject to the authorization or supervision by the FINMA.

    b.   <u>AMLA.</u> The Staked Tokens should qualify as a payment token and is thus subject to the Anti-Money Laundering Act (AMLA). In this regards, the Company has mandated a Swiss financial intermediary subject to AML (the KYC/AML Provider, as later defined) to perform KYC verifications prior to issuing the Staked Token.

    c.   <u>No Representations and Warranties</u>. The Company does not make any representations or warranties, express or implied, including, without limitation, any warranties of title or implied warranties of merchantability or fitness for a particular purpose with respect to the Staked Tokens or their utility, or the ability of anyone to purchase or use the Staked Tokens. Without limiting the foregoing, the Company does not represent or warrant that the process of Staking or purchasing the Staked Tokens will be uninterrupted or error-free or that the Staked Tokens are reliable and error-free.

If you did not understand any of the concepts identified in these Terms and Conditions, please contact us at <u>hello@stakehound.com</u> before agreeing to the Terms and Conditions. By agreeing to the Terms and Conditions, you confirm that you understood any and all concepts described in these Terms and Conditions to your satisfaction.

## 1.    No Rights Created

DocuSign Envelope ID: 8DC535BD-9D00-43E7-9B5C-EB6795943E35

The Native Tokens or the Staked Tokens: (a) does not provide you with rights of any form with respect to the Company or its revenues or assets, including, but not limited to, any dividend, voting, distribution, redemption, liquidation, proprietary (including all forms of intellectual property), or other financial or legal rights; (b) is not a loan to the Company; and (c) does not provide you with any ownership or other interest in the Company.

The Company retains all right, title and interest in all of Company's intellectual property, including, without limitation, inventions, ideas, concepts, code, discoveries, processes, marks, methods, software, compositions, formulae, techniques, information and data, whether or not patentable, copyrightable or protectable in trademark, and any trademarks, copyright or patents based thereon. You may not use any of Company's intellectual property for any reason without Company's prior written consent.

1.      **Acknowledgment and Assumption of Risks**
You expressly acknowledge that you have carefully reviewed, understand and assume the risks associated with the Services and the use of the Staked Tokens or Native Tokens purchased from the Company, as disclosed and explained in **Exhibit B**. If you have any questions regarding these risks, please contact us at hello@stakehound.com.  BY USING OUR SERVICES, YOU EXPRESSLY ACKNOWLEDGE AND ASSUME THESE RISKS.

1.      **Security**
   a.  Your Security. If your private key(s) or other access credentials are lost, you may lose access to your Staked Tokens or Native Tokens purchased from the Company. We are not responsible for any such losses. You will implement reasonable and appropriate measures designed to secure access to (i) any device connected with the email address associated with your account, (ii) private keys required to access your Staked Tokens or Native Tokens purchased from the Company and (iii) your username, password and any other login or identifying credentials. In the event that you are no longer in possession of your private keys or any device associated with your account or you are not able to provide your login or identifying credentials, you may lose all of your Staked Tokens or Native Tokens purchased from the Company and/or access to your account. The Company is under no obligation to recover any lost Staked Tokens or Native Tokens purchased from the Company.
   b.  Additional Information. You undertake to provide us, or our KYC/AML provider, immediately upon request, with any information we deem to be required to maintain compliance with any federal, state, local, domestic or foreign law, regulation or policy, including any "Know Your Customer" requirements and policies. Such information may include a passport, driver's license, utility bill, photograph of you, government identification cards, or sworn statements, and we or our KYC/AML provider may keep a copy of such information.
   c.  Your Information. We may use aggregate statistical information about your activity for marketing or any other purpose in our sole discretion. However, we will not release your personally-identifying information to any third party without your consent, except as not prohibited by law or as set forth in these Terms and Conditions, all of which you have agreed to.
   d.  KYC Process. You accept that you will receive your Staked Tokens or Native Tokens only after having successfully passed through our KYC process under the Swiss Anti-Money Laundering Act of October 10, 1997 ("**AMLA**") as further described in Section2. This means that the Staked Tokens will not be issued until you have passed through this screening successfully. If you fail to pass the KYC screening you will not receive

your Staked Tokens. No payment will be accepted by the Company until you have fulfilled all the requirements of the KYC process.

1.      **Personal Information**

We may determine, in our sole discretion, that it is necessary to obtain certain information about you in order to comply with applicable law or regulation in connection with the use of the Services. You agree to provide us such information promptly upon request and acknowledge that we may refuse to provide Services to you until you provide such requested information.

Please refer to our Privacy Policy and Cookie Policy of our Platform for information about how we collect, use and share your information.

1.      **Representations and Warranties**

By using our Services, you represent and warrant that:

(a) You have read and understood these Terms (including all Exhibits to which these Terms also apply);

(b) You are not a Restricted Person as such term is defined under **Exhibit A**;

(c) You are an Eligible User as such term is defined under **Exhibit B**;

(d) You have the necessary authority and consent to accept these Terms and Conditions, to enter into a binding agreement with the Company and to perform the obligations set out herein;

(e) The acceptance of these Terms and the entry into a binding agreement with the Company shall not result in any breach of, be in conflict with, or constitute a material default under: (i) any provision of the User's constitutional or organizational documents (in the case of a corporate entity including, without limitation. any company or partnership); (ii) any provision of any judgment, decree or order imposed on the User by any court or governmental or regulatory authority; and/or (iii) any material agreement, obligation, duty or commitment to which the User is a party or by which the User is bound or (d) any laws, regulations or rules applicable to User;

(f) The execution and delivery of, and performance under these Terms and Conditions require no approval or other action from any governmental authority or person other than you;

(g) You have all requisite power and authority to execute and deliver these Terms and Conditions and to carry out and perform your obligations under these Terms and Conditions;

(h) If you are an individual, you are at least 18 years old and of sufficient legal age and capacity to use the Services;

(i) If you are an entity, the User is duly organized, validly existing and in good standing under the laws of its domiciliary jurisdiction and each jurisdiction where it conducts business;

(j) You have sufficient knowledge and experience in business matters, including a sufficient understanding of blockchain or cryptographic tokens and other digital assets, smart contracts, storage mechanisms (such as digital or token wallets), staking, PoS protocols, blockchain-based software systems and blockchain technology, to be able to evaluate the risks and merits of your decision to use our Services including but not limited, to the matters set forth in these Terms and Conditions, and are able to bear the risks thereof;

(k) You understand that the Staked Tokens or the Native Tokens purchase from the Company confer only the right to use a cryptocurrency and confer no other rights of any form with respect to the Company or its corporate affiliates, including, but not limited to, any dividend, voting, distribution, redemption, liquidation, proprietary (including all forms of intellectual property), or other  financial or legal rights;

DocuSign Envelope ID: 8DC535BD-9D00-43E7-9B5C-FB6795943E35

(l) You understand, acknowledge and assume the risks associated with the use of Services and of the Staked Tokens or the Native Tokens purchased from the Company, as explained and disclosed in **Exhibit B** and that you are able to bear such risks;

(m) To the extent required by applicable law, you comply with AMLA, any other applicable anti-money laundering rules including, but not limited to (a) any applicable money laundering statutes of all jurisdictions in which you are located, resident, organized or operate, and the rules and regulations thereunder, and/or (b) any related or similar rules, regulations or guidelines issued, administered or enforced by any governmental authority to which you are subject;

(n) You will provide to the Company, or to its KYC/AML provider, immediately upon request, information and documents that Company, in our sole discretion, deems necessary or appropriate in order to maintain compliance with any federal, state, local, domestic or foreign law, regulation or policy, including any "Know Your Customer" requirements and policies or any judicial process. Such information or documents may include but are not limited to, passports, driver's licenses, utility bills, photographs, government identification cards or sworn statements, or, if you are an entity, proof of legal existence such as a government-issued certificate of incorporation or notarized formation documents, and we, or our nominee, may keep a copy of such information and disclose such information and documents in order to comply with applicable laws, regulations, rules or agreements. You acknowledge that the Company may refuse to issue the Staked Tokens to you until such requested information is provided;

(o) You agree not to allow anyone to use your wallet or share your user credentials with any other person for the purpose of facilitating their unauthorized access to the Platform. If you do share your user credentials with anyone we will consider their activities to have been authorized by you. You alone are responsible for any acts or omissions that occur through the use of your user credentials. We reserve the right to suspend or block your access to the Platform upon suspicion of any unauthorized access or use, or any attempted access or use, by anyone associated with your user credentials.

## 1.    Indemnification

(a) To the fullest extent permitted by applicable law, you will indemnify, defend and hold harmless the Company and our respective past, present and future employees, officers, directors, contractors, consultants, equity holders, suppliers, vendors, service providers, parent companies, subsidiaries, affiliates, agents, representatives, predecessors, successors and assigns from and against all actual and threatened claims, lawsuits, demands, actions, investigations (whether formal or informal), liabilities, obligations, judgments, damages, penalties, interests, fees, losses, expenses (including attorneys' fees and expenses), and costs (including, without limitation, court costs, costs of settlement, and costs of pursuing indemnification and insurance), of every kind and nature whatsoever, whether claimed by the Company Parties or third parties including governmental authorities, whether known or unknown, foreseen or unforeseen, matured or unmatured, or suspected or unsuspected, in law or equity, whether in tort, contract, or otherwise arising from or relating to: (i) your use of the Services or of the Staked Tokens in violation of these Terms or any other applicable terms, (ii) your responsibilities or obligations under these Terms, (iii) your violation of these Terms or any other applicable terms, (iv) any inaccuracy in any representation or warranty of the User; and/or (v) any act or omission of the User that is negligent, unlawful or constitutes willful misconduct. For avoidance of doubt, nothing contained herein shall limit or restrict the Company Parties'

DocuSign Envelope ID: 8DC535BD-9D00-43E7-9B5C-F86795943E85

right to maintain or recover any amounts in connection with any action or claim based upon intentional misstatement, fraudulent misrepresentation, gross negligence or deceit.

(b) The Company reserves the right to exercise sole control over the defense, at your expense, of any claim subject to indemnification under Section 9(a). This indemnity is in addition to, and not in lieu of, any other indemnities set forth in a written agreement between you and the Company.

## 1.      Disclaimers

The Company expressly disclaims any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from *(i)* reliance on any information contained in the Platform, *(ii)* any error, omission or inaccuracy in any such information or *(iii)* any action resulting from such information.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW AND EXCEPT AS OTHERWISE SPECIFIED IN WRITING BY US, (A) THE STAKED TOKENS ARE ISSUED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT ANY WARRANTIES OR REPRESENTATIONS OF ANY KIND, AND WE EXPRESSLY DISCLAIM ALL WARRANTIES AND REPRESENTATIONS RELATING TO THE STAKED TOKENS (WHETHER EXPRESS OR IMPLIED), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT, WHETHER ARISING BY LAW, COURSE OF DEALING, COURSE OF PERFORMANCE, USAGE OF TRADE, OR OTHERWISE; (B) WE DO NOT REPRESENT OR WARRANT THAT THE STAKED TOKENS ARE RELIABLE, CURRENT, ERROR-FREE, OR DEFECT-FREE, MEET YOUR REQUIREMENTS, OR THAT ANY DEFECTS WILL BE CORRECTED; AND (C) WE CANNOT AND DO NOT REPRESENT OR WARRANT THAT THE STAKED TOKENS OR THE DELIVERY MECHANISM FOR THE STAKED TOKENS ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

YOU UNDERSTAND THAT TOKENS AND DISTRIBUTED LEDGER TECHNOLOGY ARE NEW AND UNTESTED TECHNOLOGIES OUTSIDE OF OUR CONTROL AND ADVERSE CHANGES IN MARKET FORCES OR TECHNOLOGY WILL EXCUSE OUR PERFORMANCE UNDER THESE TERMS.

TRANSACTIONS USING DISTRIBUTED LEDGER TECHNOLOGY, SUCH AS THOSE INVOLVING THE STAKED TOKEN, ARE AT RISK TO MULTIPLE POTENTIAL FAILURES, INCLUDING HIGH NETWORK VOLUME, COMPUTER FAILURE, DISTRIBUTED LEDGER FAILURE OF ANY KIND, USER FAILURE, COIN THEFT, AND NETWORK HACKING. WE ARE NOT RESPONSIBLE FOR ANY LOSS OF DATA, COINS, HARDWARE OR SOFTWARE RESULTING FROM ANY TYPES OF FAILURES, THEFT, OR HACK.

1.      **Limitation of Liability**

   a.  TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW: (I) IN NO EVENT WILL THE COMPANY OR ANY OF THE COMPANY PARTIES BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR EXEMPLARY LOSSES OR DAMAGES OF ANY KIND (INCLUDING, BUT NOT LIMITED TO, WHERE RELATED TO LOSS OF REVENUE, INCOME OR PROFITS, DIMINUTION OF VALUE, LOSS OF USE OR DATA, LOSS OR DEPLETION OF GOODWILL, LOSS OF BUSINESS OPPORTUNITY, LOSS OF CONTRACT, DAMAGES FOR BUSINESS

INTERRUPTION, LOSS OF ANTICIPATED SAVINGS, OR THE LIKE) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF STAKED TOKEN OR OTHERWISE RELATED TO THESE TERMS AND CONDITIONS, REGARDLESS OF THE FORM OF ACTION, WHETHER BASED IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, SIMPLE NEGLIGENCE, WHETHER ACTIVE, PASSIVE OR IMPUTED), OR ANY OTHER LEGAL OR EQUITABLE THEORY (EVEN IF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND REGARDLESS OF WHETHER SUCH DAMAGES WERE FORESEEABLE); AND (II) IN NO EVENT WILL THE AGGREGATE LIABILITY OF COMPANY AND THE COMPANY PARTIES (JOINTLY), WHETHER IN CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE, WHETHER ACTIVE, PASSIVE OR IMPUTED), OR OTHER THEORY, ARISING OUT OF OR RELATING TO THESE TERMS OR THE USE OF OR INABILITY TO USE THE STAKED TOKEN, EXCEED THE AMOUNT YOU PAY OUR SERVICES.

b.   THE LIMITATIONS SET FORTH IN THIS SECTION 11 (a) WILL NOT LIMIT OR EXCLUDE LIABILITY FOR THE GROSS NEGLIGENCE, FRAUD OR INTENTIONAL, WILLFUL OR RECKLESS MISCONDUCT OF THE COMPANY.

**1.    Release**

To the fullest extent permitted by applicable law, you release the Company Parties from responsibility, liability, claims, demands, and/or damages (direct and indirect) of every kind and nature, known and unknown (including, but not limited to, claims of negligence), arising out of or related to disputes between you and the acts or omissions of third parties.

YOU EXPRESSLY WAIVE ANY RIGHTS YOU MAY HAVE UNDER ANY OTHER STATUTE OR COMMON LAW PRINCIPLES THAT WOULD OTHERWISE LIMIT THE COVERAGE OF THIS RELEASE TO INCLUDE ONLY THOSE CLAIMS WHICH YOU MAY KNOW OR SUSPECT TO EXIST IN YOUR FAVOR AT THE TIME OF AGREEING TO THIS RELEASE.

**1.    Data Protection**

We collect personal data from a variety of sources which include personal data you give us directly, for instance upon an information request in accordance with Section 2 of these Terms and Conditions, or that we collect automatically or form other sources.

Please refer to our Privacy Policy and Cookie Policy for further information.

**2.    Termination and access restriction**

If a User fails, or the Company suspects that a User has failed to comply with any of the provisions of these Terms and Conditions, or any applicable laws or regulations, the Company may at its sole discretion, without notice immediately terminate the User's right to access the Platform and/or its account. The User shall remain liable for all amounts due under its account on the Platform to the Company.

Users may delete their account on the Platform at any time.

The Company may suspend an account or a transfer of StakedTokens temporarily and access to the Platform or stop any transaction immediately at any time, without notice, at its sole discretion.

The Company reserves the right to deny, deactivate, or terminate a User's transaction for any reason at its own discretion.

### 3.    Dispute Resolution; Arbitration

PLEASE READ THE FOLLOWING SECTION CAREFULLY BECAUSE IT CONTAINS CERTAIN PROVISIONS, SUCH AS A BINDING ARBITRATION SECTION AND CLASS ACTION WAIVER, WHICH AFFECT YOUR LEGAL RIGHTS. THIS CLAUSE REQUIRES YOU TO ARBITRATE CERTAIN DISPUTES AND CLAIMS WITH THE COMPANY AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF FROM US.

a.  <u>Binding Arbitration</u>. Any dispute, controversy or claim arising out of or in connection with these Terms and Conditions, including the validity, invalidity, breach or termination thereof, shall be decided by arbitration pursuant to the International Arbitration Rules of the Swiss Chamber of Commerce ("Rules") in force at the date at which the notification of arbitration is formally deposited in accordance with the Rules. The number of arbitrators shall be one. The seat of the arbitration shall be in Geneva. The arbitral proceedings shall be conducted in English. The arbitration award shall be final and binding on the Parties.

b.  <u>No Class Arbitrations, Class Actions or Representative Actions</u>. Any dispute arising out of or related to these Terms and Conditions is personal to you and the Company and will not be brought as a class arbitration, class action or any other type of representative proceeding. There will be no class arbitration or arbitration in which an individual attempts to resolve a dispute as a representative of another individual or group of individuals. Further, a dispute cannot be brought as a class or other type of representative action, whether within or outside of arbitration, or on behalf of any other individual or group of individuals.

c.  <u>Notice; Informal Dispute Resolution</u>. Each Party will notify the other Party in writing of any dispute within thirty (30) days of the date it arises, so that the Parties can attempt in good faith to resolve the dispute informally. Notice to the Company shall be sent by e-mail to the Company at hello@stakehound.com. Notice to you shall be sent to any address you provide to us in writing in a notice. Your notice must include (i) your name, postal address, email address and telephone number, (ii) a description in reasonable detail of the nature or basis of the dispute, and (iii) the specific relief that you are seeking. If you and the Company cannot agree how to resolve the dispute within thirty (30) days after the date that the notice is received by the applicable Party, then either you or the Company may, as appropriate and in accordance with this Section 15, commence an arbitration proceeding.

d.  <u>Governing Law and Venue</u>. These Terms and Conditions shall be governed in all respects, including as to validity, interpretation and effect, by the laws of Switzerland, without giving effect to its principles or rules of conflict of laws, to the extent such principles or rules are not mandatorily applicable by statute and would permit or require the application of the laws of another jurisdiction.

### 4.    Miscellaneous

a.  <u>Assignment</u>. You shall not assign these Terms and Conditions without the prior written consent of the Company. Any assignment or transfer in violation of this Section 16 (a) will be void. The Company may assign these Terms to an affiliate. Subject to the foregoing, these Terms, and the rights and obligations of the Parties hereunder, will be binding upon and inure to the benefit of their respective successors, assigns, heirs, executors, administrators and legal representatives. Any purported assignment in violation of this provision shall be void.

b.  <u>Entire Agreement</u>. These Terms and Conditions, including the Exhibits below and the materials incorporated herein by reference, constitutes the entire agreement between the Parties and supersedes all prior or contemporaneous agreements and

F09687-E002100899

understandings, both written and oral, between the Parties with respect to the subject matter hereof, including, without limitation, any public or other statements or presentations made by any Company Party about the Services. To the extent any of the exhibits or materials incorporated by reference contradict anything contained in these Terms and Conditions, the provisions of these Terms and Conditions shall prevail. No Party shall be liable or bound to other Party in any manner with regard to the subjects hereof or thereof by any warranties, representations or covenants except as specifically set forth herein or therein.

c. <u>Severability</u>. If any provision of these Terms and Conditions is determined by a court of competent jurisdiction to be invalid, inoperative or unenforceable for any reason, the provision shall be modified to make it valid and, to the extent possible, effectuate the original intent of the Parties as closely as possible in an acceptable manner in order that the transactions contemplated hereby be consummated as originally contemplated to the fullest extent possible.

d. <u>Modification of Terms and Conditions</u>. We may modify these Terms and Conditions at any time by, at our sole discretion, posting a revised version on the Platform, other channels we make available or, only if you have provided us with an email address, by email. The modified provisions will become effective upon posting or the date indicated in the posting, or if we notify you by email, as stated in the email. It is your responsibility to check the Platform and other channels regularly for modifications. Your continued use of the Services after any modification become effective constitutes your acceptance of the modification. Please contact us by email at <u>hello@stakehound.com</u> if you do not accept any modifications. We last modified these Terms on the date listed at the beginning of these Terms and Conditions.

e. <u>No Waivers</u>. The failure by the Company to exercise or enforce any right or provision of these Terms and Conditions will not constitute a present or future waiver of such right or provision nor limit the Company's right to enforce such right or provision at a later time. All waivers by the Company must be unequivocal and in writing to be effective.

f. <u>No Partnership; No Agency; No Third Party Beneficiaries</u>. Nothing in these Terms and Conditions and no action taken by the Parties shall constitute, or be deemed to constitute, a partnership, association, joint venture or other co-operative entity between the Parties. Nothing in these Terms and no action taken by the Parties pursuant to these Terms shall constitute, or be deemed to constitute, either Party the agent of the other Party for any purpose. No Party has, pursuant to these Terms, any authority or power to bind or to contract in the name of the other Party. These Terms do not create any third party beneficiary rights in any person.

g. <u>Electronic Communications</u>. You agree and consent to receive electronically all communications, agreements, documents, receipts, notices and disclosures (collectively "**Communications**") that the Company provides in connection with the Services. You agree that the Company may provide these communications to you by posting them on the Platform, by emailing them to you at the email address you provide and/or by sending an SMS or text message to a mobile phone number that you provide. Your carrier's normal, messaging, data and other rates and fees may apply to any mobile communications. You should maintain copies of electronic communications by printing a paper copy or saving an electronic copy. You may withdraw your consent to receive electronic communications by sending a withdrawal notice to <u>hello@stakehound.com</u>. If you decline or withdraw consent to receive electronic communications, the Company may suspend or terminate your ability to use the Services.

<u>Force majeure</u>. You understand and agree that the Company shall not be liable and disclaims all liability to you in connection with any force majeure event, including acts of God, change of legislation because tokens are new and not regulated, labour disputes or other industrial disturbances, electrical, telecommunications, hardware, software or other utility failures,

DocuSign Envelope ID: 8DC535BD-9D00-43E7-9B5C-EB6795943E3E

software or smart contract bugs or weaknesses, earthquakes, storms, or other nature-related events, blockages, embargoes, riots, acts or orders of government, acts of terrorism or war, technological change, changes in interest rates or other monetary conditions, and, for the avoidance of doubt, changes to any blockchain-related protocol.

## Exhibit A

### GENERAL RESTRICTIONS

The Staked Tokens are issued to owners of Native Tokens in Switzerland and in certain jurisdictions - other than Switzerland - provided that such issuance is not subject to specific limitations under such applicable laws and complies with the requirements of such applicable laws.

Persons who are in possession of these Terms and Conditions are expressly required to inform themselves about applicable laws and regulations as well as to observe and comply with such restrictions. These Terms and Conditions may not be communicated, used for or in connection with any offer to, or solicitation by, anyone in any jurisdiction or in any circumstances in which such offer or solicitation is not authorized or is unlawful.

These Terms and Conditions are not for release, publication, circulation and distribution, and do not constitute or form a part of any offer or solicitation to use the Services, directly or indirectly, in or into the United States (including its territories and dependencies, any state of the United States and the District of Columbia), Australia, North Korea, Iran, Myanmar, Afghanistan, Angola, Aruba, Bangladesh, Belarus, Benin, Bhutan, Bolivia, Botswana, Brunei Darussalam, Burkina Faso, Bosnia, Burundi, Cambodia, Cameroon, Cape Verde, Central Africa republic, Chad, Comorros, Congo, Congo Democratic republic, Cuba, Cote d'Ivoire, Djibouti, Dominica, Ecuador, El Salvador, Equatorial Guinea, Eritrea, Ethiopia, Gabon, Gambia, Ghana, Guatemala, Guyana, Guinea, Guinea Bissau, Haiti, Honduras, Iraq, Jordan, Kenya, Kyrgyz Republic, Laos People's Republic, Lesotho, Liberia, Libya, Madagascar, Malawi, Mali, Mauritania, Micronesia, Moldova, Mongolia, Mozambique, Nauru, Nepal, New Caledonia, Nicaragua, Niger, Nigeria, Niue, Oman, Pakistan, Palestinian Areas, Papua New Guinea, Republic of China, Reunion, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Somalia, South Korea, South Georgia, Sudan, Sri Lanka, Suriname, Syria, Swaziland, Tajikistan, Tanzania, Timor, Togo, Tonga, Tunisia, Turkmenistan, Uganda, USA, Uzbekistan, Venezuela, Western Sahara, Yemen, Zambia, Zimbabwe or any jurisdiction into which the same would be unlawful (the "**Restricted Countries**").

In particular, these Terms and Conditions do not constitute or form a part of any offer or solicitation to use the Services of the Platform in the Restricted Countries. The list of such Restricted Countries is not exhaustive and may be adapted at any time. Moreover, the Platform (as such term is later defined) may consider additional restricted countries and other restrictions.

Residents, citizens and/or green card holders for the USA, or a person located or domiciled, including without limitation, any corporation or partnership created or organized in or under the relevant applicable laws, of the Restricted Countries shall not use or attempt to use the Services ("**Restricted Person(s)**"). Restricted Persons that use the Services of the Platform by providing false or inaccurate information about their citizenship, residency and/or nationality shall be in breach of these Terms and Conditions and shall indemnify the Company in respect of any damages and/or loses suffered due to this breach in accordance with the indemnification provisions set out in these Terms and Conditions.

Users should not construe anything in these Terms and Conditions as legal, business or tax advice. Each User should consult its own advisors as needed to make its decision and to determine whether it is legally permitted to use the Services of the Platform under applicable laws and regulations.


## Exhibit B


**Certain Risks Relating to the Use of Services and the Staked Tokens or the Native Tokens purchased by the Company (the "Tokens" for the purpose of the Exhibit B)**


**By using the Services of the Company through the Platform, you expressly acknowledge, understand and assume the following risks as well as all other risks associated with the use of the Tokens (including those not included below):**

1. ***Blockchain Risk***

   Because the Tokens are based on the PoS Blockchain, any malfunction, breakdown or abandonment of such protocol may have a material adverse effect on the Tokens. Moreover, advances in cryptography, or technical advances such as the development of quantum computing, could present risks to the Tokens by rendering ineffective the cryptographic consensus mechanism that underpins PoS protocol. You acknowledge that PoS blockchain is prone to periodic congestion during which transactions can be delayed or lost.

2. ***Source Code Risks***

   The source code underpinning the Tokens may contain flaws, bugs, defects or inconsistencies that could compromise the predictability, usability, functionality, stability and security of the Tokens. The Company will attempt to perform quality assurance and audit procedures to ensure the source code accurately reflects the Tokens intended operation, though there can be no guarantee that any errors are identified or the source code will be error-free. In addition, source code modifications or updates may lead to unexpected or unintended outcomes that may adversely affect the functionality of the Tokens. Source code modifications that constitute upgrades may be required in connection with the development of the Tokens, and your failure to participate in any such upgrades may result in the loss of some or all Token functionality.

3. ***Risk of Hacking and Security Weakness***

   The Tokens may be subject to expropriation and or/theft. Hackers or other malicious groups or organizations may attempt to interfere with the Tokens in a variety of ways, including, but not limited to, malware attacks, denial of service attacks, consensus-based attacks, Sybil attacks, smurfing and spoofing. Furthermore, there is the risk that Tokens may contain intentional or unintentional bugs or weaknesses which may negatively affect the Tokens or result in the loss of your Tokens, the loss of your ability to access or control your Tokens. In the event of such a software bug or weakness, there may be no remedy and holders of the Tokens are not guaranteed any remedy or compensation.

4.    ***Risk of Losing Access to the Staked Tokens Due to Loss of Private Key(s)***

The Tokens purchased by you may be held in a digital wallet, which requires a private key, or a combination of private keys, for access. Accordingly, in case of loss of requisite private key(s) associated with your digital wallet, any third party that gains access to such private key(s), including by gaining access to login credentials of a hosted wallet or vault service you use, may be able to misappropriate your Tokens. Company is not responsible for any such losses.

5.    ***Risk of Invalid Wallet***

It is your responsibility to ensure that the digital wallet address provided to the Company for the receipt of the Tokens is capable of accepting all types and categories of Native Tokens. The Company is not responsible if your wallet is not capable of accepting the Tokens issued by the Company. You assume all responsibility with respect to the foregoing, and the Company accepts no liability whatsoever for wallets that do not accept the Tokens issued by the Company.

6.    ***Risk of Slashing***

You duly acknowledge that the Tokens can be subject to slashing which may result to a permanent and total loss of value of such Token in the market. You assume all responsibility with respect to the foregoing, and the Company accepts no liability whatsoever in relation to the consequence of the Tokens being subject to slashing.

7.    ***Market Value***

The market value of Tokens may be derived from the continued willingness of market participants to exchange fiat currency or digital assets for Tokens, which may result in the potential for permanent and total loss of value of such Token in the market.

8.    ***Risks Associated with Uncertain Regulatory Framework***

The regulatory status of cryptographic tokens, digital assets and blockchain technology is unclear or unsettled in many jurisdictions. It is difficult to predict how or whether governmental authorities will regulate such technologies. It is likewise difficult to predict how or whether any governmental authority may make changes to existing laws, regulations and/or rules that will affect cryptographic tokens, digital assets, staking, yield farming, blockchain technology and its applications. Such changes could negatively impact the Tokens in various ways, including, for example, through a determination that the Tokens are regulated financial instruments that require registration. The Company may cease the distribution of the Tokens or cease operations in a jurisdiction in the event that governmental actions make it unlawful or commercially undesirable to continue to do so.

9.    ***Risks of Government Action***

The industry in which the Company operates is new, and may be subject to heightened oversight and scrutiny, including investigations or enforcement actions. There can be no assurance that governmental authorities will not examine the operations of Company and/or pursue enforcement actions against the Company. Such governmental activities may or may not be the result of targeting the Company in particular. All of this may subject the Company to judgments, settlements, fines or penalties, or cause the Company to restructure its operations and activities or to cease offering certain products or services, all of which could harm the Company's reputation

or lead to higher operational costs, which may in turn have a material adverse effect on the Tokens.

10.    ***Risks Arising from Taxation***

The tax characterization of the Tokens is uncertain. You must seek your own tax advice in connection with purchasing the Tokens, which may result in adverse tax consequences to you, including withholding taxes, income taxes and tax reporting requirements.

11.    ***Legal Risks***

Federal, state and even international laws, regulations and/or rules applicable to technology industries, including but not limited to those regarding the blockchain technology may impact or constrain the design, implementation and operation of the Tokens.

12.    ***Unanticipated Risks***

Cryptographic coins such as the Tokens are a new and untested technology. In addition to the risks included in this **Exhibit B**, there are other risks associated with the use of the Tokens, including those that the Company cannot anticipate. Such risks may further materialize as unanticipated variations or combinations of the risks discussed in this **Exhibit B**.

**Exhibit C**

**Eligible User**

Initially, all Users are "**Eligible User**" except the following:

-    a User whose acquisition of Staked Tokens or Native Tokens purchased from the Company would cause a breach of the law or requirements of any country or governmental authority, including anti-money laundering regulations or conventions;

-    a User that (i) is subject of economic or financial sanctions or trade embargoes administered or enforced by any country or government, including, but not limited to, those administered by the Swiss Secretariat of Economic Affairs (SECO) or any equivalent foreign (i.e. non-Swiss authority), (ii) is located, organized or resident in Iran, North Korea, Syria, the Crimea Region or any other country or territory that is the subject of country-wide or territory-wide Sanctions, (iii) is listed in any Sanctions-related list of sanctioned persons, (iv) is a citizen or resident of, or located in, a geographic area that is subject to Swiss, EEA Member States or other sovereign country sanctions or embargoes, (vi) listed on the European Commission's consolidated list of Restrictive measures in force, (vii) listed on the French *Direction du Trésor* summary table of restrictive measures by country, (viii) listed on the United States Department of Treasury's OFAC website, is directly or indirectly owned or controlled by any person or persons described in the foregoing clauses (i) through (viii) and/or (ix) is otherwise a party with which Company is prohibited from dealing with under applicable laws;

-    a User that is *(i)* a citizen or resident of a geographic area in which access to the Platform is prohibited by any applicable law, decree, regulation, treaty, or administrative act, *(ii)* a citizen or resident of, or located in, a geographic area that is subject to U.S. or other sovereign country sanctions or embargoes;

-    a User who acts, directly or indirectly, for a senior foreign political figure, any member of a senior foreign political figure's immediate family or any close associate of a senior

foreign political figure[1] unless the Company, after being specifically notified by the User in writing that it is such a person, conducts further due diligence, and determines that the purchase is permitted;

-   a User or an entity acting as trustee, agent, representative or nominee for a purchase that is a foreign shell bank[2];

-   a User, or a User that is an entity acting as trustee, agent, representative or nominee for a person, who is a citizen of or resident or domiciled in the USA, Japan, the Republic of Korea or the People's Republic of China or purchasing Coins from a location in the USA, the Republic of Korea or the People's Republic of China ;

-   a User, or User that is an entity acting as trustee, agent, representative or nominee for, a "U.S. Person" (within the meaning of " Regulation S" of the Securities Act 1933 under U.S. law);  and

-   a User is a Restricted Person.

---

[1]  Senior foreign political figure means a senior official in the executive, legislative, administrative, military or judicial branches of a foreign government (whether elected or not), a senior official of a major foreign political party or a senior executive of a foreign government-owned corporation. In addition a senior foreign political figure includes any corporation, business or other entity that has been formed by, or for the benefit of, a senior foreign political figure. The immediate family of a senior foreign political figure typically includes the political figure's parents, siblings, spouse, children and in-laws. A close associate of a senior foreign political figure is a person who is widely and publicly known internationally to maintain an unusually close relationship with the senior foreign political figure, and includes a person who is in a position to conduct substantial domestic and international financial transactions on behalf of the senior foreign political figure.

[2]  Foreign shell bank means a foreign bank without a physical presence in any country, but does not include a regulated affiliate