# Exhibit F

Message

| | |
|---|---|
| From: | Albert Castellana [albert@stakehound.com] |
| on behalf of | Albert Castellana <albert@stakehound.com> [albert@stakehound.com] |
| Sent: | 4/19/2021 5:52:49 PM |
| To: | Shiran Kleiderman [shiran.kleiderman@celsius.network]; Edgars Nemše [edgars@stakehound.com]; Roni Pavon [roni@celsius.network]; Ron Sabo [ron.sabo@celsius.network] |
| Subject: | StakeHound - MATIC Onboarding |

Dear all,

As we discussed last week, we are now ready to start staking MATIC and will be ready to start staking DOT by the end of the week.

In order to proceed, please follow the steps below:

1. Provide us with your Ethereum address (the one that you will be sending your MATIC from)
2. Provide us with your Ethereum address (the one that you will be receiving stMATIC to)
3. Wait for a confirmation from us.
4. Send MATIC to 0xF745B9fFC813C11875F7B503D1157F175b86cA06
5. Receive the stMATIC on your (2) Ethereum address

As a side note, @Shiran Kleiderman proposed we follow a specific process to share the addresses in a secure manner. Please, let us know how to proceed on this front.

Another side note, @Ron Sabo has asked me to share our Fireblock's TX policy for MATIC - You'll find it attached to this email - Please, let us know if you'd do something different or have any questions.

As a final note, since we plan on launching stMATIC by the end of the week, you will be receiving the stMATIC at that point, already including the rewards obtained until then.

After that, you can send MATIC and get stMATIC at a 1 to 1 ratio any time.
You can do viceversa also, but there is a 9 days unlock period that we will try to mitigate, but we can't do much about. We'll be delegating the tokens in different 'buckets' to not have to unstake massive amounts.

Please, let me know if you have any questions or comments.

Kind regards,


**Albert Castellana**
CEO @ stakehound.com - Bringing Staking and DeFi together
+34 688989877

