# Exhibit G

This Term Sheet is entered into pursuant to that certain Revenue Sharing Agreement dated April 27, 2021 ("**Agreement**") by and between Celsius Network Limited ("**Celsius**") and StakeHound SA ("**StakeHound**") to regulate the delivery of those certain Native Tokens set out below by Celsius to StakeHound for the provision by StakeHound of the services as set out in the Agreement:

| Token Type: | DOT |
|---|---|
| **Number of Tokens:** | 66,000 |
| **Celsius Token wallet address:** | 15HFBTacAQoYKytP5f5WeSu5wW5jmXCVfhMG431BxP2pu9Tv |
| **Stakehound Token wallet address:** | **164u9fvdGtDrN6dZm5ZA8wCaKY7i8JFziQ4Zt7oXNPx5A5q3** |
| **Lockup period:** | € No <br> € **Yes**: 28 days |
| **Agreed termination date:** | € **No** <br> € Yes:_____ |
| **StakedToken Type:** | ERC20 |
| **Celsius stakedToken wallet address:** | 0xE08CcaFb94E1dE775bC43Ae927286F16848B8Fc8 |
| **Special terms (if any):** | |

*[signature: Albert Castellana]*
BB54902442294DE...
**Albert Castellana, CEO**
For and on behalf of **StakeHound SA**

*[signature: Roni Cohen Pavon]*
C9BBE4BD9B5D482...
**Roni Cohen Pavon, CRO**
For and on behalf of **Celsius Network Limited**