**LOCKE LORD LLP**
Stephanie Wickouski
Jeffrey S. Kramer
Sean A. Feener
200 Vesey Street, 20th Floor
New York, New York 10281
Tel: (212) 415-8600
Fax: (212) 303-2754
swickouski@lockelord.com
jkramer@lockelord.com
sean.feener@lockelord.com

Jonathan W. Young (admitted *pro hac vice*)
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
Tel: (617) 239-0367
Fax: (617) 227-4420
jonathan.young@lockelord.com

*Attorneys for StakeHound S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br>　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br>　　　　　Plaintiff<br>　　　v.<br>STAKEHOUND SA,<br>　　　　　Defendant | Adversary Proceeding<br>No. 23-01138 (MG) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The Debtors' service address in these Chapter 11 Cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

134909075v.1

I, Katherine E. Culbertson, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent StakeHound, S.A., in the above-referenced adversary proceeding.

I certify that I am a member in good standing of the bar of the State of Washington and State of Illinois and am admitted to practice before the United States District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 10, 2023
      Chicago, Illinois

*/s/ Katherine E. Culbertson*
Katherine E. Culbertson
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, IL 60606
katherine.culbertson@lockelord.com
(312) 443-0256

134909075v.1