UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |
| CELSIUS NETWORK LIMITED, | |
| Plaintiff | |
| v. | Adversary Proceeding No. 23-01138 (MG) |
| STAKEHOUND SA, | |
| Defendant | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Katherine E. Culbertson to be admitted *pro hac vice* to represent StakeHound S.A., the defendant in the above-referenced adversary proceeding, and upon the movant's certification that she is a member in good standing of the State of Washington and State of Illinois, and is admitted to practice before the United States District Court for the Northern District of Illinois, it is hereby,

**ORDERED**, that Katherine E. Culbertson, Esq., is admitted to practice *pro hac vice* in the above-referenced case to represent StakeHound S.A., in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The Debtors' service address in these Chapter 11 Cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

Dated: October 18, 2023                                /s/Martin Glenn
     New York, New York                       UNITED STATES BANKRUPTCY JUDGE