**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |
| CELSIUS NETWORK LIMITED | |
| Plaintiff, | Adversary Proceeding No. 23-01138 (MG) |
| v. | |
| STAKEHOUND SA, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION OF STAKEHOUND SA FOR AMENDMENT OF ORDER GRANTING TRO**

Defendant StakeHound SA ("StakeHound") hereby withdraws its motion to amend the TRO pursuant to Federal Rule of Civil Procedure 59 and Federal Rule of Bankruptcy Procedure 9023 [ECF No. 74].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

| | |
|---|---|
| Dated: October 18, 2023 | */s/ Stephanie Wickouski* |
| | **LOCKE LORD LLP** |
| | Stephanie Wickouski |
| | Jeffrey S. Kramer |
| | Sean A. Feener |
| | 200 Vesey Street, 20th Floor |
| | New York, New York 10281 |
| | Tel: (212) 415-8600 |
| | Fax: (212) 303-2754 |
| | swickouski@lockelord.com |
| | jkramer@lockelord.com |
| | sean.feener@lockelord.com |
| | |
| | Jonathan W. Young (admitted *pro hac vice*) |
| | 111 Huntington Avenue, 9th Floor |
| | Boston, Massachusetts 02199 |
| | Tel: (617) 239-0367 |
| | Fax: (617) 227-4420 |
| | Jonathan.young@lockelord.com |
| | |
| | *Counsel to StakeHound SA* |