UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>    Plaintiff,<br>  v.<br><br>STAKEHOUND S.A.,<br><br>    Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

**ORDER AUTHORIZING CELSIUS NETWORK LIMITED TO REDACT
AND FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION
SET FORTH IN THE MOTION TO APPROVE SETTLEMENT AGREEMENT
WITH STAKEHOUND S.A. AND RELATED TRANSFERS PURSUANT TO
RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
AND SECTION 363(B) OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion")[1] of Celsius Network Limited ("CNL") for entry of an order pursuant to sections 107(b) and 105(a) of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order authorizing Celsius to redact and file under seal certain confidential information set forth in its Motion to Approve Settlement Agreement with StakeHound S.A. and Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363(b) of the Bankruptcy Code (the "9019 Motion"), as more fully set forth

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M10-468 of the United States District Court for the Southern District of New York dated February 1, 2012; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any, to the relief requested in the Motion having been withdrawn, resolved, or overruled by this Court; and this Court having determined that the legal and factual bases set forth in the Motion justify the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted. All responses and objections not withdrawn or resolved by this Order are overruled in all respects.

2. Pursuant to sections 107(b) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9018, CNL is authorized to redact and file under seal confidential information set forth in the 9019 Motion and Settlement Agreement attached thereto as reflected in the redacted copies of those documents filed at ECF No. 105.

3. CNL shall submit unredacted copies of the 9019 Motion to the Clerk of this Court and the U.S. Trustee under seal in an envelope, clearly indicating that the same has been filed under seal.

4. Except as otherwise provided by further order of this Court, the 9019 Motion shall remain under seal and shall not be made available without the prior written consent of CNL to any party other than (i) the Court and (ii) the U.S. Trustee.

5. Unredacted copies of the 9019 Motion shall not be filed on the public docket and shall remain permanently under seal, except as otherwise provided by a further order of this Court. Upon closure, the Clerk's Office is directed to release any copies of the 9019 Motion to CNL for disposal.

6. Nothing in this Order shall restrict or prejudice in any way the right of any party in interest or the U.S. Trustee to seek relief from this Court to unseal any part of the 9019 Motion or the Settlement Agreement attached thereto.

7. CNL is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

Dated:  December 13, 2023
    New York, New York

                                    **/s/ Martin Glenn**
                                    MARTIN GLENN
                                    Chief United States Bankruptcy Judge