UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*, [1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED,<br><br>                  Plaintiff,<br>        v.<br><br>STAKEHOUND S.A.,<br><br>                  Defendant. | Adversary Proceeding<br>No. 23-01138 (MG) |

**ORDER PURSUANT TO RULE 9006(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SHORTENING THE NOTICE PERIOD FOR THE MOTION TO APPROVE SETTLEMENT WITH STAKEHOUND S.A. AND RELATED TRANSFERS PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND SECTION 363(b) OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion") of Celsius Network Limited ("Celsius"), for entry of an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") shortening the notice period for Celsius' Motion to Approve Settlement with StakeHound S.A. and Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure

---

[1]     The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

and Section 363(b) of the Bankruptcy Code (the "9019 Motion"), and it appearing that good cause exists for the relief requested in the Motion, and due notice having been given,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is granted, as set forth herein.

2.  The 21-day notice period otherwise applicable to the 9019 Motion is hereby shortened, pursuant to Bankruptcy Rule 9006(c), to permit the 9019 Motion to be heard by the Court on December 21, 2023, at 10:00 a.m. (prevailing Eastern Time) or as soon thereafter as counsel may be heard.

3.  The deadline for the service and filing of objections to the 9019 Motion shall be December 15, 2023, at 4:00 p.m. (prevailing Eastern Time).

4.  The deadline for the service and filing of any reply in support of the 9019 Motion shall be December 20, 2023, at 4:00 p.m. (prevailing Eastern Time).

5.  The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

Dated: December 13, 2023
   New York, New York

>   /s/ Martin Glenn
>   MARTIN GLENN
>   Chief United States Bankruptcy Judge