Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
sdavidson@kslaw.com

Thaddeus D. Wilson (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
thadwilson@kslaw.com

*Counsel for Fireblocks Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Debtors.[1] | Jointly Administered |
| CELSIUS NETWORK LIMITED, | |
| Plaintiff, | Adversary Proceeding No. 23-01138 (MG) |
| v. | |
| STAKEHOUND S.A., | |
| Defendant. | |

# CERTIFICATE OF SERVICE

This is to certify that on December 15, 2023 I caused to be served a true and correct copy of the *Objection of Fireblocks Ltd. to the Motion to Approve Settlement Agreement with Stakehound S.A. and Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363(B) of the Bankruptcy Code* ("Fireblocks Objection") by

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

electronic mail on all parties receiving notice *via* the Court's ECF System (i) in the above-referenced main bankruptcy case, Celsius Network LLC, Case No. 22-10964 [ECF No. 4109], and (ii) in the above-referenced adversary proceeding, Adv. Proc. No. 23-01138 [ECF No. 111].

In addition, copies of the Fireblocks Objection was served by first-class mail on the service list attached hereto as Exhibit A, and *via* electronic mail on the service list attached hereto as Exhibit B.

Dated: December 19, 2023
New York, New York

KING & SPALDING LLP

By:  */s/ Scott Davidson*
Scott Davidson
1185 Avenue of the Americas 34th Floor
New York, New York 10036
Telephone: (212) 556-2100
sdavidson@kslaw.com

Thaddeus D. Wilson (admitted *pro hac vice*)
1180 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
thadwilson@kslaw.com

*Counsel for Fireblocks Ltd.*