# Exhibit A

# Stanley, Michael

| | |
|---|---|
| **From:** | Chapman, Dean |
| **Sent:** | Monday, December 11, 2023 10:06 PM |
| **To:** | Stanley, Michael; mg.chambers@nysb.uscourts.gov |
| **Cc:** | Hurley, Mitchell; Scott, Elizabeth D.; Chen, Michael; Wickouski, Stephanie; Kramer, Jeffrey; Young, Jonathan; Feener, Sean; 'Wofford, Keith'; O'Connell, Caitlin |
| **Subject:** | RE: Celsius Network Limited v. StakeHound SA, A.P.  No. 23-01138 (MG) (Bankr. S.D.N.Y) |

Dear Chief Judge Glenn:

We write in connection with *the Ex-Parte Motion for Entry of an Order Authorizing Celsius Network Limited to Redact and File Under Seal Certain Confidential Information Set Forth in the Motion to Approve Settlement Agreement with StakeHound S.A. and Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363(b) of the Bankruptcy Code* [ECF No. 107] (the "Motion").  We filed the Motion on behalf of Celsius Network Limited last Friday seeking the sealing of certain information in the Celsius-StakeHound Settlement Agreement and 9019 Motion [ECF No. 105].  We redacted certain information in those documents of a confidential and/or privileged nature in a manner that we believe is consistent with Sections 105 and 107(b) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 9018, and the Protective Order entered in this Adversary Proceeding [ECF No. 87].  Nevertheless, given the fast-approaching hearing on December 21, we wanted to make clear we are available to answer any questions the Court may have, including concerning the material that has been redacted.  We appreciate the Court's attention to this matter.

Respectfully submitted,

**Dean Chapman**
**Akin**

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8795 | Internal: 38095
Fax: +1 212.872.1002 | Mobile: +1 919.740.5789 | dchapman@akingump.com | akingump.com | Bio

---

**From:** Stanley, Michael <mstanley@akingump.com>
**Sent:** Friday, December 8, 2023 7:27 PM
**To:** mg.chambers@nysb.uscourts.gov
**Cc:** Hurley, Mitchell <mhurley@AkinGump.com>; Chapman, Dean <dchapman@akingump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>; Chen, Michael <mchen@akingump.com>; Wickouski, Stephanie <swickouski@lockelord.com>; Kramer, Jeffrey <JKramer@lockelord.com>; Young, Jonathan <Jonathan.Young@lockelord.com>; Feener, Sean <Sean.Feener@lockelord.com>; 'Wofford, Keith' <kwofford@whitecase.com>; O'Connell, Caitlin <caitlin.o'connell@whitecase.com>
**Subject:** Celsius Network Limited v. StakeHound SA, A.P. No. 23-01138 (MG) (Bankr. S.D.N.Y)

To the Chambers of the Hon. Martin Glenn:

Please find attached to this email a copy of Celsius Network Limited's (i) Motion to Approve Settlement Agreement With StakeHound S.A. and Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363(b) of the Bankruptcy Code (and exhibits attached thereto) [ECF No. 105]; (ii) *Ex-Parte* Motion Pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure to Shorten the Notice Period for the Motion to Approve Settlement Agreement With StakeHound S.A. and Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363(b) of the Bankruptcy Code (and exhibit attached thereto)  [ECF No. 106]; and (iii) *Ex-Parte* Motion for Entry of an Order Authorizing Celsius Network Limited to Redact and File Under Seal Certain

Confidential Information Set Forth In the Motion to Approve Settlement Agreement With StakeHound S.A. and Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363(b) of the Bankruptcy Code (and exhibit attached thereto) [ECF No. 107]. These documents were filed in the above captioned proceeding this afternoon.

Also, attached are Word versions of the proposed orders granting our motions. Lastly, we have attached the unredacted versions of the 9019 motion [ECF No. 105] and the Settlement Agreement [ECF No. 105-2] that we filed under seal. Copies of all of these documents will also be delivered to your chambers.

Please do not hesitate to reach out to us with any questions or concerns.

Best regards,

**Michael Stanley**
**Akin**

2300 N. Field Street | Suite 1800 | Dallas, TX 75201 | USA | Direct: +1 214.969.4752 | Internal: 14752
Fax: +1 214.969.4343 | mstanley@akingump.com | akingump.com | Bio
Pronouns: he/him/his (What's this?)